20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
AUG 13 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
AUG 11 1998
Michael N. Milby, Clerk

| | |
|---|---|
| MARIA F. GUAJARDO, ET AL | * |
| | * |
| VS | *  C.A. NO. B97 215 |
| | * |
| CITY OF BROWNSVILLE, ET AL | * |

### ORDER DENYING MOTION FOR WITHDRAWAL OF COUNSEL

On this the 11th day of August, 1998, came on to be considered the Law Offices of Ernesto Gamez, Jr.'s Motion for Withdrawal of Plaintiffs' Counsel. The Court hereby **DENIES** said Motion at this time but will consider a motion to substitute counsel.

DONE at Brownsville, Texas, this 11th day of August, 1998.

_____
Fidencio G. Garza, Jr.
United States Magistrate Judge