United States District Court
Southern District of Texas
ENTERED
AUG 2 1 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
AUG 2 0 1998
Michael N. Milby, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| MARIA F. GUAJARDO, INDIVIDUALLY AS ADMINISTRATOR OF THE ESTATE OF JUAN JOSE GUAJARDO, AND AS GUARDIAN OF THOMAS GUAJARDO, III, CYNTHIA GUAJARDO, AND CAROLINE GUAJARDO, MINOR CHILDREN AND ALEXANDRO GARCIA | & & & & & & & |
| VS. | &   CIVIL ACTION NO. 97-215 |
| CITY OF BROWNSVILLE, CITY OF BROWNSVILLE POLICE DEPARTMENT, BEN REYNA, CHIEF OF POLICE FOR CITY OF BROWNSVILLE POLICE DEPARTMENT, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, EDUARDO TREVINO, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, AND ANA HERNANDEZ, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY | & & & & & & & & & & |

## ORDER SETTING HEARING

The Second Unopposed Motion for Withdrawal of Counsel is scheduled for a hearing on the 2nd day of September, 1998 at 10:15 a.m. before U.S. Magistrate Judge John William Black, 2nd Floor, U.S. District Court, 500 E. 10th St., Brownsville, Cameron County, Texas.

The last known mailing address of **MARIA GUAJARDO, INDIVIDUALLY and as ADMINISTRATOR OF THE ESTATE OF JUAN JOSE GUAJARDO, and CAROLINE GUAJARDO, MINOR CHILDREN** is 2125 Southmost Road, Brownsville, Texas 78520 and the last known mailing address of **ALEXANDRO GARCIA** is 3033 E. 20th, Brownsville, Texas 78521.

SIGNED on this 20th day of August, 1998.

_____
JUDGE PRESIDING