UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
SEP 0 4 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
SEP 3 1998
Michael N. Milby, Clerk

| | | |
|---|---|---|
| LAURA RAMOS | * | |
| VS | * | C.A. NO. B97 235 |
| HARTZOG BROTHERS, INC. d/b/a EL CENTRO FOODS, ET AL | * | |

## ORDER SETTING STATUS CONFERENCE

A status conference in above-captioned and numbered cause of action is hereby set for **September 16, 1998, at 10:30 a.m.**

DONE at Brownsville, Texas, this 3rd day of September, 1998.

John Wm. Black
United States Magistrate Judge
2nd Floor, Courtroom No. 2
1001 E. Elizabeth
Brownsville, TX  78520