28

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
FILED

SEP 21 1998

Michael N. Milby
Clerk of Court

Maria Guajardo, et al §
§
§
versus §   CIVIL ACTION  97-215
§
§
City of Brownsville, §
et al. §

United States District Court
Southern District of Texas
ENTERED

SEP 21 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

### General Reference to Magistrate Judge

This case is referred to Magistrate Judge __John Black__ for management through trial.

If, by the time the case is ready for trial, the parties have not consented to trial by the magistrate judge, the trial will be promptly set before the district judge.

Signed __21st September__ 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

orefcdr.
termddl.
CJRAMGflag