30

United States District Court
Southern District of Texas
ENTERED

OCT 14 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FILED
OCT 9 1998
Michael N. Milby, Clerk

| | | |
|---|---|---|
| MARIA F. GUAJARDO, INDIVIDUALLY, ON BEHALF OF THE ESTATE OF JUAN JOSE GUAJARDO AND AS NEXT FRIEND OF THOMAS GUAJARDO, III, CYNTHIA GUAJARDO, AND CAROLINE GUAJARDO, MINOR CHILDREN, | § § § § § § § § | |
| VS. | § § | CIVIL ACTION NO. 97-215 (JURY REQUESTED) |
| THE CITY OF BROWNSVILLE, CITY OF BROWNSVILLE POLICE DEPARTMENT, BEN REYNA, CHIEF OF POLICE FOR CITY OF BROWNSVILLE POLICE DEPARTMENT, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, EDUARDO TREVIÑO, INDIVIDUALLY IN HIS OFFICIAL CAPACITY; AND ANA HERNANDEZ, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY | § § § § § § § § § | |

## ORDER

BE IT REMEMBERED that on this day came on for consideration Plaintiffs' Motion for Withdrawal of Counsel in the above referenced cause of action. Upon consideration of said motion, the Court is of the opinion that same should be DENIED.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED, that Plaintiffs' Motion for Withdrawal of Counsel be and is hereby DENIED.

SIGNED for entry on 9 OCT, 1998.

UNITED STATES MAGISTRATE JUDGE

cc:   George C. Kraehe;  Ernesto Gamez