United States District Court
Southern District of Texas
ENTERED

OCT 1 4 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA F. GUAJARDO, INDIVIDUALLY, ON BEHALF OF THE ESTATE OF JUAN JOSE GUAJARDO AND AS NEXT FRIEND OF THOMAS GUAJARDO, III, CYNTHIA GUAJARDO, AND CAROLINE GUAJARDO, MINOR CHILDREN, | § § § § § § § § | |
| VS. | § § | CIVIL ACTION NO. 97-215 (JURY REQUESTED) |
| THE CITY OF BROWNSVILLE, CITY OF BROWNSVILLE POLICE DEPARTMENT, BEN REYNA, CHIEF OF POLICE FOR CITY OF BROWNSVILLE POLICE DEPARTMENT, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, EDUARDO TREVIÑO, INDIVIDUALLY IN HIS OFFICIAL CAPACITY; AND ANA HERNANDEZ, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY | § § § § § § § § § § | |

OCT 9 1998

Michael N. Milby, Clerk

## ORDER

BE IT REMEMBERED that on this day came on for consideration Plaintiffs' Motion for Continuance in the above referenced cause of action. Upon consideration of said motion, the Court is of the opinion that same should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Plaintiffs' Motion for Continuance be and is hereby GRANTED.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the following scheduling order be set for the above referenced matter:

Deadline for filing Defendants'
motion for summary judgment:          October 30, 1998

Deadline for Plaintiffs' response

to motion for summary judgment:        November 30, 1998

Hearing on motion for
summary judgment:        December 8, 1998, 9:30 am

Deadline for completion
of discovery:        January 26, 1998

    FINALLY, IT IS ORDERED, ADJUDGED, and DECREED that this matter be set for the April trial docket.

SIGNED for entry on  9 OCT , 1998.

                              UNITED STATES MAGISTRATE JUDGE

cc:    George C. Kraehe
       Ernesto Gamez