35

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 4 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARIA F. GUAJARDO, INDIVIDUALLY, ON BEHALF OF THE ESTATE OF JUAN JOSE GUAJARDO AND AS NEXT FRIEND OF THOMAS GUAJARDO, III, CYNTHIA GUAJARDO, AND CAROLINE GUAJARDO, MINOR CHILDREN, | § § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-97-215 (JURY REQUESTED) |
| THE CITY OF BROWNSVILLE, CITY OF BROWNSVILLE POLICE DEPARTMENT, BEN REYNA, CHIEF OF POLICE FOR CITY OF BROWNSVILLE POLICE DEPARTMENT, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, EDUARDO TREVIÑO, INDIVIDUALLY IN HIS OFFICIAL CAPACITY; AND ANA HERNANDEZ, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY | § § § § § § § § § | |

## ORDER SETTING HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

On this the 4TH day of DEC 1998, came on to be considered, Defendants' Motion for Summary Judgment. After considering same, the Court is of the opinion that a hearing should be held. IT IS THEREFORE,

ORDERED, ADJUDGED and DECREED that Defendants' Motion for Summary Judgment be and is hereby set for hearing on the 30TH day of DEC, 1998 at 10:00 __ a.m. o'clock in this Honorable Court.

SIGNED FOR ENTRY on this the 4 day of DEC, 1998.

_____
United States ~~District~~ Judge
MAGISTRATE