40

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA F. GUAJARDO, INDIVIDUALLY, ON BEHALF OF THE ESTATE OF JUAN JOSE GUAJARDO AND AS NEXT FRIEND OF THOMAS GUAJARDO, III, CYNTHIA GUAJARDO, AND CAROLINE GUAJARDO, MINOR CHILDREN, | § § § § § § § | United States District Court Southern District of Texas ENTERED DEC 18 1998 Michael N. Milby, Clerk of Court By Deputy Clerk |
| VS. | § § | CIVIL ACTION NO. 97-215 (JURY REQUESTED) |
| THE CITY OF BROWNSVILLE, CITY OF BROWNSVILLE POLICE DEPARTMENT, BEN REYNA, CHIEF OF POLICE FOR CITY OF BROWNSVILLE POLICE DEPARTMENT, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, EDUARDO TREVIÑO, INDIVIDUALLY IN HIS OFFICIAL CAPACITY; AND ANA HERNANDEZ, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY | § § § § § § § § § | |

**ORDER GRANTING DEFENDANTS' MOTION FOR EXPEDITED HEARING AND GRANTING DEFENDANTS' MOTION TO QUASH**

On this the 14TH day of DEC 1998, came on to be considered, Defendants' Motion for Expedited Hearing to quash plaintiffs' deposition notices as set out in Defendants' Motion to Quash filed in connection with the above styled and numbered cause. The court having considered defendants' motion is of the opinion that the depositions presently noticed for Tuesday, December 15, 1998 and the deposition for Wednesday, December 16th, 1998, referred to in Defendants' Motion

13

to Quash, should be quashed. The court further has determined that a hearing on this matter should be set.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED, that Defendants' Motion to Quash Plaintiffs' Notice of Intention to Take Oral Deposition of Yvonne Salazar with Subpoenas Duces Tecum and Plaintiffs' First Amended Notice of Intention to Take Oral Deposition of Eliborio Rios, Eduardo Trevino and Ben Reyna with Subpoenas Duces Tecum and Motion for Expedited Hearing be and is hereby GRANTED and said depositions shall not go forward as noticed.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that a hearing on Defendants' Motion to Quash is hereby set on the 21ST day of DEC, 1998 at 10:00 A m. in this Honorable Court.

IT IS FURTHER ORDERED that counsel for defendants shall promptly deliver a copy of this Order to plaintiffs' counsel notifying him that said depositions are hereby quashed.

SIGNED for entry on 14 DEC, 1998.

UNITED STATES MAGISTRATE JUDGE

14