49

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**JAN 1 9 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MARIA F. GUAJARDO, INDIVIDUALLY, | § |
| ON BEHALF OF THE ESTATE OF JUAN | § |
| JOSE GUAJARDO AND AS NEXT FRIEND | § |
| OF THOMAS GUAJARDO, III, CYNTHIA | § |
| GUAJARDO, AND CAROLINE GUAJARDO, | § |
| MINOR CHILDREN, | § |
| | § |
| | § |
| VS. | § |
| 215 | |
| | § |
| REQUESTED) | |
| THE CITY OF BROWNSVILLE, CITY | § |
| OF BROWNSVILLE POLICE DEPARTMENT, | § |
| BEN REYNA, CHIEF OF POLICE FOR | § |
| CITY OF BROWNSVILLE POLICE DEPARTMENT, | § |
| INDIVIDUALLY AND IN HIS OFFICIAL | § |
| CAPACITY, EDUARDO TREVIÑO, INDIVIDUALLY | § |
| IN HIS OFFICIAL CAPACITY; AND ANA | § |
| HERNANDEZ, INDIVIDUALLY AND IN HER | § |
| OFFICIAL CAPACITY | § |

CIVIL ACTION NO. B-97- 215

(JURY

## ORDER

On this the __15__ day of __JAN__, 1999, came on for

consideration Defendants' Motion for Leave to Appear and it appearing to the Court

that said Motion is well taken it is, therefore,

ORDERED that Ryan S. Henry of the law firm of Willette, Guerra & Treviño,

L.L.P. be allowed to file in place of George C. Kraehe, attorney in charge, for

Defendants, also of the law firm of Willette, Guerra & Treviño, L.L.P. any motions

regarding this case.

-5-

Signed for entry on this ___15___ day of ___JAN___, 1999.

_____
U.S. DISTRICT JUDGE
MAGISTRATE

ClibPDF - www.fastio.com