United States District Court
Southern District of Texas
ENTERED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**JAN 1 9 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MARIA F. GUAJARDO, INDIVIDUALLY, §<br>ON BEHALF OF THE ESTATE OF JUAN §<br>JOSE GUAJARDO AND AS NEXT FRIEND §<br>OF THOMAS GUAJARDO, III, CYNTHIA §<br>GUAJARDO, AND CAROLINE GUAJARDO, §<br>MINOR CHILDREN, §<br>§<br>§<br>VS. §<br>§<br>THE CITY OF BROWNSVILLE, CITY §<br>OF BROWNSVILLE POLICE DEPARTMENT, §<br>BEN REYNA, CHIEF OF POLICE FOR §<br>CITY OF BROWNSVILLE POLICE §<br>DEPARTMENT, §<br>INDIVIDUALLY AND IN HIS OFFICIAL §<br>CAPACITY, EDUARDO TREVIÑO, §<br>INDIVIDUALLY §<br>IN HIS OFFICIAL CAPACITY; AND ANA §<br>HERNANDEZ, INDIVIDUALLY AND IN HER §<br>OFFICIAL CAPACITY §| CIVIL ACTION NO. <u>B-97-215</u><br>(JURY REQUESTED) |

---

## ORDER GRANTING MOTION TO PRACTICE PRO HAC VICE

---

On this day came on to be heard Defendants' Motion to Practice Pro Hac Vice.

All parties appeared by and through respective counsel. The Court after hearing the

arguments of counsel is of the opinion that Defendants' Motion to Practice Pro Hac

Vice should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that Defendants'

Motion to Practice Pro Hac Vice be and is GRANTED.

ii

All relief requested and not expressly granted is hereby denied.

SIGNED FOR ENTRY on this the *15th* day of *January*, 1999.

_____
JUDGE PRESIDING

iii

CASE:      1:97-cv-00215
DOCUMENT: 51
DATE:      01/19/99

CLERK:     og

ClibPDF - www.fastio.com

51

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 9 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

MARIA F. GUAJARDO, INDIVIDUALLY &
AS ADMINISTRATOR OF THE ESTATE &
OF JUAN JOSE GUAJARDO, AND AS &
GUARDIAN OF THOMAS GUAJARDO, &
III, CYNTHIA GUAJARDO, AND &
CAROLINE GUAJARDO, MINOR &
CHILDREN AND ALEXANDRO GARCIA &
&
VS. &   CIVIL ACTION NO. 97-215
&
CITY OF BROWNSVILLE, CITY OF &
BROWNSVILLE POLICE DEPARTMENT, &
BEN REYNA, CHIEF OF POLICE FOR &
CITY OF BROWNSVILLE POLICE &
DEPARTMENT, INDIVIDUALLY AND IN &
HIS OFFICIAL CAPACITY, EDUARDO &
TREVIÑO, INDIVIDUALLY AND IN &
HIS OFFICIAL CAPACITY, AND ANA &
HERNANDEZ, INDIVIDUALLY &
AND IN HER OFFICIAL CAPACITY &

## ORDER

On this the _15TH_ day of _JANUARY_, 1999, came to be considered Plaintiffs' Motion for Leave to File Plaintiffs' Second Amended Complaint.

After consideration of the motion, its contents, and argument of counsel, it is the finding of this Court that said Motion should be **GRANTED**, therefore;

**IT IS ORDERED** that Plaintiffs' Motion for Leave to File Plaintiffs' Second Amended Complaint is **GRANTED**, and that Plaintiffs' Second Amended Complaint be considered filed as December 5, 1998.

**SIGNED** on this the _15TH_ day of _JANUARY_, 1999.

_____
JUDGE PRESIDING