51

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 19 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MARIA F. GUAJARDO, INDIVIDUALLY & AS ADMINISTRATOR OF THE ESTATE OF JUAN JOSE GUAJARDO, AND AS GUARDIAN OF THOMAS GUAJARDO, III, CYNTHIA GUAJARDO, AND CAROLINE GUAJARDO, MINOR CHILDREN AND ALEXANDRO GARCIA & & & & & & & | |
| VS. & | CIVIL ACTION NO. 97-215 |
| CITY OF BROWNSVILLE, CITY OF BROWNSVILLE POLICE DEPARTMENT, BEN REYNA, CHIEF OF POLICE FOR CITY OF BROWNSVILLE POLICE DEPARTMENT, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, EDUARDO TREVIÑO, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, AND ANA HERNANDEZ, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY & & & & & & & & & & | |

## ORDER

On this the 15TH day of JANUARY, 1999, came to be considered Plaintiffs' Motion for Leave to File Plaintiffs' Second Amended Complaint.

After consideration of the motion, its contents, and argument of counsel, it is the finding of this Court that said Motion should be **GRANTED**, therefore;

**IT IS ORDERED** that Plaintiffs' Motion for Leave to File Plaintiffs' Second Amended Complaint is **GRANTED**, and that Plaintiffs' Second Amended Complaint be considered filed as December 5, 1998.

**SIGNED** on this the 15TH day of JANUARY, 1999.

_____
JUDGE PRESIDING