IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA F. GUAJARDO, ET AL | * | |
| | * | |
| VS. | * | CIVIL ACTION |
| | * | NO. B-97-215 |
| CITY OF BROWNSVILLE, ET AL | * | |

O R D E R

The Status Hearing previously set for March 4, 1999, at 2:00 p.m. before Judge Black, is hereby reset for Tuesday, March 9, 1999 at 2:00 p.m. before Judge Black.

It is so Ordered.

Done at Brownsville, Texas, this 5th day of March, 1999.

_____
John Wm. Black
United States Magistrate Judge