#61

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 1 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MARIA F. GUAJARDO, INDIVIDUALLY, ON BEHALF OF THE ESTATE OF JUAN JOSE GUAJARDO AND AS NEXT FRIEND OF THOMAS GUAJARDO, III, CYNTHIA GUAJARDO, AND CAROLINE GUAJARDO, MINOR CHILDREN, | § § § § § § § § |
| VS. | § § |
| THE CITY OF BROWNSVILLE, CITY OF BROWNSVILLE POLICE DEPARTMENT, BEN REYNA, CHIEF OF POLICE FOR CITY OF BROWNSVILLE POLICE DEPARTMENT, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, EDUARDO TREVIÑO, INDIVIDUALLY IN HIS OFFICIAL CAPACITY; AND ANA HERNANDEZ, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY | § § § § § § § § § § |

CIVIL ACTION NO. 97-215
(JURY REQUESTED)

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF DEADLINES

BE IT REMEMBERED that on this day came on for consideration Defendants' Unopposed Motion for Extension of Deadlines in the above referenced cause of action. Upon consideration of said motion and arguments of counsel, the Court is of the opinion that said joint motion should be GRANTED.

IT IS THEREFORE ORDERED that the current scheduling order in effect in this matter is hereby withdrawn, that an extension of ninety (90) days of each deadline will be allowed, and that a new scheduling order will be entered under Federal Rule of Civil Procedure 16 reflecting same.

SIGNED on this the _12_ day of _MARCH_, 1999.

_____
UNITED STATES MAGISTRATE JUDGE

ClibPDF - www.fastio.com