6 6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 8 1999

Michael N. Milby
Clerk of Court

MARIA F. GUAJARDO, ET AL.　　　　　§

United States District Court
Southern District of Texas
ENTERED

JUN 23 1999

VS.　　　　　　　　　　　　　　　　　§　　　CIVIL ACTION NO. B-97-215

§

CITY OF BROWNSVILLE, ET AL.　　　Michael N. Milby, Clerk of Court

## ORDER

Pending before the Court is Defendants' Second Opposed Motion for Extension of Deadlines.

This Court is of the opinion that Defendants' Motion should be DENIED.

IT IS THEREFORE **ORDERED** that Defendants' Second Opposed Motion for Extension

of Deadlines be **DENIED.**

DONE at Brownsville, Texas, this 18th day of June 1999.

John Wm. Black
United States Magistrate Judge

ClibPDF - www.fastio.com