# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
FILED

JUL 14 1999

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| MARIA F. GUAJARDO, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-215 |
| | § | |
| CITY OF BROWNSVILLE, ET AL. | § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE that all proceedings in this case are hereby passed.**

**Further settings will be set by the Court and parties will be notified.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JULY 14, 1999

TO:     MR. ERNESTO GAMEZ
        MR. VICTOR QUINTANILLA
        MR. GEORGE KRAEHE