74

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARIA F. GUAJARDO, INDIVIDUALLY, | § | |
| ON BEHALF OF THE ESTATE OF JUAN | § | |
| JOSE GUAJARDO AND AS NEXT FRIEND | § | |
| OF THOMAS GUAJARDO, III, CYNTHIA | § | |
| GUAJARDO, AND CAROLINE GUAJARDO, | § | |
| MINOR CHILDREN, | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-215 |
| | § | (JURY REQUESTED) |
| THE CITY OF BROWNSVILLE, CITY | § | |
| OF BROWNSVILLE POLICE DEPARTMENT, | § | |
| BEN REYNA, CHIEF OF POLICE FOR | § | |
| CITY OF BROWNSVILLE POLICE DEPARTMENT, | § | |
| INDIVIDUALLY AND IN HIS OFFICIAL | § | |
| CAPACITY, EDUARDO TREVIÑO, INDIVIDUALLY | § | |
| IN HIS OFFICIAL CAPACITY; AND ANA | § | |
| HERNANDEZ, INDIVIDUALLY AND IN HER | § | |
| OFFICIAL CAPACITY | § | |

## ORDER

On this the 2 5TH day of _AUGUST_, 1999, came on for

consideration Defendants' Motion for Protective Order and it appearing to the Court

that said Motion is well taken, it is therefore ORDERED that Defendants' Motion for

Protective Order be and is hereby granted and that Defendants be relieved from any

duty under the Federal Rules of Civil Procedure to answer Plaintiffs' Second Requests

for Admissions.

Signed for entry on this 2 5TH day of _AUGUST_, 1999.

UNITED STATES MAGISTRATE JUDGE