75

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARIA F. GUAJARDO, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-215 |
| | § | |
| CITY OF BROWNSVILLE, ET AL. | § | |

### ORDER DENYING DEFENDANTS' MOTION FOR LEAVE TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION IN EXCESS OF TWENTY-FIVE (25) PAGES

On this day, came on to be heard Defendants' Motion for Leave to File Objections to Magistrate Judge's Report and Recommendation in Excess of Twenty-Five (25) Pages (Docket No. 72) filed in this cause. All parties appeared by and through respective counsel. The Court after examining the pleadings and evidence is of the opinion and finds that Defendants' should not be allowed to file their forty (40) page Objections to Magistrate Judge's Report and Recommendation.

IT IS THEREFORE **ORDERED** that Defendants' Motion for Leave to File Objections to Magistrate Judge's Report and Recommendation in Excess of Twenty-Five (25) Pages be and is **DENIED**.

DONE at Brownsville, Texas, this 25th day of August 1999.

_____
John Wm. Black
United States Magistrate Judge