

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# -BROWNSVILLE DIVISION-

| | |
|---|---|
| MARIA F. GUAJARDO, Individually as Administrator of the Estate of Juan Jose Guajardo, and as Guardian of Thomas Guajardo, III, Cynthia Guajardo, and Caroline Guajardo, Minor Children and Alexandro Garcia <br><br> VS. <br><br> CITY OF BROWNSVILLE, CITY OF BROWNSVILLE POLICE DEPARTMENT, BEN REYNA, Chief of Police for City of Brownsville Police Department, Individually and in Official Capacity, EDUARDO TREVINO, Individually and in his Official Capacity, and ANA HERNANDEZ, Individually and in her Official Capacity | § § § § § § § § § § § § § § § § § § <br><br> CIVIL ACTION NO. B-97-215 |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of October 5, 1999 should be **ADOPTED**.

DONE in Brownsville, Texas, on this 25 day of October 1998.

_____
Hilda G. Tagle
United States District Judge