90

UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

| | |
|---|---|
| MARIA GUAJARDO, et al § | JAN 0 5 2001 |
| § | Michael N. Milby, Clerk of Court |
| versus § | CIVIL ACTION B-97-215 By Deputy Clerk |
| § | |
| CITY OF BROWNSVILLE, et al § | |

## Order Setting Docket Call and Jury Selection

1. Joint pretrial order is due on: __3-23-01__
   *Plaintiff is responsible for filing the pretrial order on time.*

2. The docket call and final pretrial conference
   has been set for 1:30 p.m. on: __4-5-01__

3. Jury selection is set for 9:00 a.m. on: __4-9-01__
   *The case will remain on standby until tried.*

4. Each party shall appear by an attorney with full knowledge of the facts and authority to bind the client.

Signed __January 3__, 2001 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge