92

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 3 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARIA F. GUAJARDO, INDIVIDUALLY, ON BEHALF OF THE ESTATE OF JUAN JOSE GUAJARDO AND AS NEXT FRIEND OF THOMAS GUAJARDO, III, CYNTHIA GUAJARDO, AND CAROLINE GUAJARDO, MINOR CHILDREN, | § § § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-97-215 (JURY REQUESTED) |
| THE CITY OF BROWNSVILLE, CITY OF BROWNSVILLE POLICE DEPARTMENT, BEN REYNA, CHIEF OF POLICE FOR CITY OF BROWNSVILLE POLICE DEPARTMENT, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, EDUARDO TREVIÑO, INDIVIDUALLY IN HIS OFFICIAL CAPACITY; AND ANA HERNANDEZ, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY | § § § § § § § § § § | |

**DEFENDANT'S EXHIBIT LIST**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW Eduardo Treviño, Defendant in the above styled and numbered matter, and files this his Exhibit List, and for cause would show as follows:

**I.**

Defendant, Eduardo Treviño, asks the Court to admit the following exhibits in the trial of the above-referenced matter:

Exhibit A   Photographs of the Brownsville City Jail taken after the incident made the basis of this lawsuit.

    1.   View from women's drunk tank.

1

    2. View from booking desk.
    3. View from hallway outside women's drunk tank.
    4. View from men's drunk tank.

Exhibit B  Diagrams of the Brownsville City Jail, the premises where the incident made the basis of this lawsuit occurred.

Exhibit C  Clothing worn by Officer Treviño at the time of the incident made the basis of this lawsuit.

Exhibit D  Photographs of Eduardo Treviño.

    1. Side view of injury to the right knee sustained by Edaurdo Treviño during the struggle with Jose Guajardo.

    2. Front view of injury to the right knee sustained by Edaurdo Treviño during the struggle with Jose Guajardo.

    3. Front view of injury to the right knee sustained by Edaurdo Treviño during the struggle with Jose Guajardo.

    4. View of injury to the right knee sustained by Edaurdo Treviño during the struggle with Jose Guajardo.

    5. View of injury to the right knee sustained by Edaurdo Treviño during the struggle with Jose Guajardo.

    6. View of paint scrapes on Edaurdo Treviño's belt and clothing sustained during the struggle with Jose Guajardo.

    7. View of paint scrapes on Edaurdo Treviño's belt and clothing sustained during the struggle with Jose Guajardo.

    8. View of paint scrapes on Edaurdo Treviño's clothing sustained during the struggle with Jose Guajardo.

    9. View of injury to the arm sustained by Edaurdo Treviño during the struggle with Jose Guajardo.

    10. View of injury to the arm sustained by Edaurdo Treviño during the struggle with Jose Guajardo.

    11. View of paint scrapes on Edaurdo Treviño's clothing sustained during the struggle with Jose Guajardo.

|            |                                                                                                                                                                                                                                                                                                                              |
|------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            | 12. View of paint scrapes on Edaurdo Treviño's clothing sustained during the struggle with Jose Guajardo.                                                                                                                                                                                                                    |
| Exhibit E  | Audiotape recording of Juan Jose Guajardo's telephone call to his mother from the Brownsville City Jail on April 8, 1997.                                                                                                                                                                                                    |
| Exhibit F  | EMS dispatch tapes.                                                                                                                                                                                                                                                                                                          |
| Exhibit G  | Dr. Margie W. Cornwell's pathology receipt and release records for Jose Guajardo dated April 14, 1997.                                                                                                                                                                                                                       |
| Exhibit H  | The Custodial Death Report generated in connection with the incident made the basis of this lawsuit, including all attachments and exhibits thereto.                                                                                                                                                                         |
| Exhibit H-1| Custodial Death Report form filed and submitted to the Texas Attorney General pursuant to Tex. Crim. Proc. Code § 49.18(b).                                                                                                                                                                                                  |
| Exhibit H-2| Attachment I, Supplement to Custodial Death Report.                                                                                                                                                                                                                                                                          |
| Exhibit H-3| Brownsville Police Department Vehicle Impoundment Report regarding impoundment of Guajardo's vehicle on April 8, 1997.                                                                                                                                                                                                       |
| Exhibit H-4| Brownsville Police Department Property/Evidence Report for Case No. 97-027483 and all supplements and attachments thereto.                                                                                                                                                                                                   |
| Exhibit H-5| Brownsville Police Department Inter-Departmental Communication (IDC) from Eduardo Trevino, Ana Bertha Hernandez, Officer Dalberto L. De Leon, Sgt. Perry Pepin, Lt. Edaurdo Garces, and Commander Randy Dunn to Chief Ben Reyna, regarding incident made the basis of this lawsuit.                                          |
| Exhibit H-6| Brownsville Police Department Offense/Incident Narrative of Eduardo Trevino, sworn to on April 9, 1997.                                                                                                                                                                                                                      |
| Exhibit H-7| Affidavit of Eduardo Trevino, sworn to on April 12, 1997.                                                                                                                                                                                                                                                                    |
| Exhibit H-8| Brownsville Police Department Offense/Incident Narrative of Ana Bertha Hernandez, sworn to on April 9, 1997.                                                                                                                                                                                                                 |
| Exhibit H-9| Brownsville Police Department Offense/Incident Narrative of Ana Bertha Hernandez, sworn to on April 15, 1997.                                                                                                                                                                                                                |
| Exhibit H-10| Brownsville Police Department Offense/Incident Narrative of Cesar Barbosa, sworn to on April 8, 1997.                                                                                                                                                                                                                       |

3

| | |
|---|---|
| Exhibit H-11 | Brownsville Police Department Offense/Incident Narrative of Juan Ortiz Salazar, sworn to on April 8, 1997. |
| Exhibit H-12 | Brownsville Police Department Offense/Incident Narrative of Fernando Hinojosa Mendoza, sworn to on April 9, 1997. |
| Exhibit H-13 | Brownsville Police Department Offense/Incident Narrative of Juan Loera, sworn to on April 9, 1997. |
| Exhibit H-14 | Brownsville Police Department Offense/Incident Narrative of Santos Pedro Ochoa, sworn to on April 9, 1997. |
| Exhibit H-15 | Brownsville Police Department Offense/Incident Narrative of Andres Posados, sworn to on April 9, 1997. |
| Exhibit H-16 | Brownsville Police Department Offense/Incident Narrative of Orlando Benavides, sworn to on April 8, 1997. |
| Exhibit H-17 | Brownsville Police Department Offense/Incident Narrative of Miguel Rios, sworn to on April 9, 1997. |
| Exhibit H-18 | Brownsville Police Department Offense/Incident Narrative of Jaime Cortez, sworn to on April 9, 1997. |
| Exhibit H-19 | Brownsville Police Department Offense/Incident Narrative of Guadalupe Garcia, sworn to on April 8, 1997. |
| Exhibit H-20 | Brownsville Police Department Offense/Incident Narrative of Antonio Perez Espinosa, sworn to on April 8, 1997. |
| Exhibit H-21 | Brownsville Police Department Offense/Incident Narrative of Julio Cesar Torres, sworn to on April 9, 1997. |
| Exhibit H-22 | Brownsville Police Department Offense/Incident Narrative of Jose Perez, sworn to on April 9, 1997. |
| Exhibit H-23 | Brownsville Police Department Offense/Incident Narrative of Cosme Berrones, sworn to on April 9, 1997. |
| Exhibit H-24 | Brownsville Police Department Offense/Incident Narrative of Pete Lopez, sworn to on April 15, 1997. |
| Exhibit H-25 | Brownsville Police Department Offense/Incident Narrative of Oscar Lara, sworn to on April 16, 1997. |

| | |
|---|---|
| Exhibit H-26 | Brownsville Police Department Offense/Incident Narrative of Claudio Juventino Ortiz, III, sworn to on April 22, 1997. |
| Exhibit H-27 | Brownsville Police Department Offense/Incident Narrative of Antonio Velasquez, sworn to on April 9, 1997. |
| Exhibit H-28 | Brownsville Police Department Offense/Incident Narrative of Eduardo Martinez, sworn to on April 9, 1997. |
| Exhibit H-29 | Brownsville Police Department Offense/Incident Narrative of Carlos Estrada, sworn to on April 9, 1997. |
| Exhibit H-30 | Brownsville Police Department Offense/Incident Narrative of Marco Antonio Rodriguez, sworn to on April 9, 1997. |
| Exhibit H-31 | Brownsville Police Department Offense/Incident Narrative of Manuel Olivarez, sworn to on April 9, 1997. |
| Exhibit H-32 | Brownsville Police Department Offense/Incident Narrative of Jesse Garcia, sworn to on April 9, 1997. |
| Exhibit H-33 | Affidavit of Sgt. James Paschall, sworn to on April 21, 1997. |
| Exhibit H-34 | Emergency Medical Services treatment records for Jose Guajardo, April 8-10, 1997. |
| Exhibit H-35 | Brownsville Medical Center treatment records for Jose Guajardo, April 8-9, 1997. |
| Exhibit H-36 | Valley Regional Medical Center treatment records for Eduardo Trevino, April 8-9, 1997. |
| Exhibit H-37 | TLETS printout, showing criminal history record information for Jose Gujardo. |
| Exhibit H-38 | Newspaper articles regarding incident made the basis of this lawsuit |
| Exhibit H-39 | Call to Omnicad Services on April 9, 1997 at 21:34. |
| Exhibit H-40 | Complaint against Juan Jose Guajardo by Gilbert Garcia, Jr., dated April 8, 1997. |
| Exhibit H-41 | Note to Sgt. H. Etheridge and Sgt. A. Saavedra from Officer Dietrich, Case No. 27757 regarding the incident made the basis of this matter and attachments. |

| | |
|---|---|
| Exhibit H-42 | Call to Omnicad Services on April 9,1997 at 17:43. |
| Exhibit H-43 | Brownsville Police Department Jail Log for April 9, 1997 |
| Exhibit H-44 | Brownsville Police Department Jail Roster for April 9, 1997 |
| Exhibit H-45 | City of Brownsville/Loss Investigation Reports dated April 8, 1997. |
| Exhibit H-46 | Note: with comments made by Plaintiff to the news media. |
| Exhibit H-47 | Notes by Sgt. Paschall dated May 3, 1997. |
| Exhibit I | Photographs of Juan Jose Guajardo. |

        1. View of scratches on Jose Guajardo ankles.
        2. View of scratches on Jose Guajardo ankles
        3. View of an old scar on Jose Guajardo's stomach.
        4. View of Jose Guajardo bruise on Jose Guajardo's right shoulder.
        5. View of a scratch on Jose Guajardo's nose and forehead.
        6. View of a scratch on Jose Guajardo's nose and forehead.
        7. View of a scratch on Jose Guajardo's nose and forehead.
        8. View of a scratch on Jose Guajardo's nose and forehead.
        9. View of a scratch on Jose Guajardo's nose and forehead.

| | |
|---|---|
| Exhibit J | Brownsville Police Department Custodial Death Report of Juan Jose Guajardo, April 9, 1997. |