93

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 3 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARIA F. GUAJARDO, INDIVIDUALLY, § <br> ON BEHALF OF THE ESTATE OF JUAN § <br> JOSE GUAJARDO AND AS NEXT FRIEND § <br> OF THOMAS GUAJARDO, III, CYNTHIA § <br> GUAJARDO, AND CAROLINE GUAJARDO, § <br> MINOR CHILDREN, § <br> § <br> § <br> VS. § <br> § <br> THE CITY OF BROWNSVILLE, CITY § <br> OF BROWNSVILLE POLICE DEPARTMENT, § <br> BEN REYNA, CHIEF OF POLICE FOR § <br> CITY OF BROWNSVILLE POLICE DEPARTMENT, § <br> INDIVIDUALLY AND IN HIS OFFICIAL § <br> CAPACITY, EDUARDO TREVIÑO, INDIVIDUALLY § <br> IN HIS OFFICIAL CAPACITY; AND ANA § <br> HERNANDEZ, INDIVIDUALLY AND IN HER § <br> OFFICIAL CAPACITY § | CIVIL ACTION NO. B-97-215 <br> (JURY REQUESTED) |

### DEFENDANT'S WITNESS LIST

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW Eduardo Treviño, Defendant in the above styled and numbered matter, and files this his Witness List, and for cause would show as follows:

### I.

Defendant, Eduardo Treviño, asks to call the following witnesses in the trial of the above-referenced matter:

1

Chief Ben Reyna
BROWNSVILLE POLICE DEPARTMENT
600 E. Jackson
Brownsville, Texas 78520
Phone (956) 548-7000

As Brownsville police chief at the time of the incident made the basis of this lawsuit, he has personal knowledge of the policies and procedures of the Brownsville Police Department.

Officer Eduardo Treviño
BROWNSVILLE POLICE DEPARTMENT
600 E. Jackson
Brownsville, Texas 78520
Phone (956) 548-7000

Jailer Treviño is the Defendant in this action and has personal knowledge of the incident made the basis of this lawsuit.

Officer Ana Hernandez
BROWNSVILLE POLICE DEPARTMENT
600 E. Jackson
Brownsville, Texas 78520
Phone (956) 548-7000

Officer Hernandez has personal knowledge of the incident made the basis of this lawsuit.

Sgt. Perry Peppin
BROWNSVILLE POLICE DEPARTMENT
600 E. Jackson
Brownsville, Texas 78520
Phone (956) 548-7000

Sgt. Peppin arrived at the scene of the incident with Brownsville Emergency Medical Services ("EMS") and has personal knowledge relevant to Plaintiffs' claims and Defendants' defenses.

Sgt. James Paschall
BROWNSVILLE POLICE DEPARTMENT
600 E. Jackson
Brownsville, Texas 78520
Phone (956) 548-7000

Sgt. Paschall is employed in the Brownsville Police Department's Internal Affairs Division and assisted in the investigation of the incident made the basis of this lawsuit.

Commander Charlie Cabler
BROWNSVILLE POLICE DEPARTMENT
600 E. Jackson
Brownsville, Texas 78520
Phone (956) 548-7000

Commander Cabler is employed in the Brownsville Police Department and was the officer who advised Ms. Guajardo that decedent had been transported to Brownsville Medical Center on the night of the incident made the basis of this lawsuit.

Commander Randy Dunn
BROWNSVILLE POLICE DEPARTMENT
600 E. Jackson
Brownsville, Texas 78520
Phone (956) 548-7000

Commander Dunn is employed in the Brownsville Police Department and assisted in the investigation of the incident made the basis of this lawsuit.

T. David Church, Jr., Special Agent
Federal Bureau of Investigation
1700 Paredes Line Road
Brownsville, Texas 78521
(956) 546-6922

Mr. Church assisted in the investigation made the basis of this lawsuit.

Officer Eduardo Zuniga
BROWNSVILLE POLICE DEPARTMENT
600 E. Jackson
Brownsville, Texas 78520
Phone (956) 548-7000

Officer Zuniga is the Brownsville police officer who arrested Juan Jose Guajardo on the night of the incident made the basis of this lawsuit.

Officer Juan Manuel Salinas
BROWNSVILLE POLICE DEPARTMENT
600 E. Jackson
Brownsville, Texas 78520
Phone (956) 548-7000

Officer Salinas is the Brownsville police officer who arrested Juan Jose Guajardo on the night of the incident made the basis of this lawsuit.

3

Officer Eduardo Garces
BROWNSVILLE POLICE DEPARTMENT
600 E. Jackson
Brownsville, Texas 78520
Phone (956) 548-7000

Officer Garces received a call from Plaintiff Maria Guajardo earlier on the night of the incident made the basis of this lawsuit regarding her son's arrest for public intoxication.

Terry Vinson
101 E. Resaca Drive
Los Fresnos, Texas 78566
(956) 233-3176

Mr. Vinson has personal knowledge about Eduardo Treviño's training.

Officer William Clough
BROWNSVILLE POLICE DEPARTMENT
600 E. Jackson
Brownsville, Texas 78520
Phone (956) 548-7000

Officer Clough assisted in the investigation of the incident made the basis of this lawsuit.

Detective David Garcia
BROWNSVILLE POLICE DEPARTMENT
600 E. Jackson
Brownsville, Texas 78520
Phone (956) 548-7000

Detective Garcia assisted in the investigation of the incident made the basis of this lawsuit.

Detective Gilbert Garcia, Jr.
BROWNSVILLE POLICE DEPARTMENT
600 E. Jackson
Brownsville, Texas 78520
Phone (956) 548-7000

Detective Garcia assisted in the investigation of the incident made the basis of this lawsuit.

Officer R. J. Pineda
BROWNSVILLE POLICE DEPARTMENT
600 E. Jackson
Brownsville, Texas 78520
Phone (956) 548-7000

Officer Pineda took the statements of witnesses Orlando Benavides, Guadalupe Garcia, Miguel Rios, Jaime Cortez, Andres Pasado, Antonio Velasquez, and Eduardo Treviño.

Officer Raul Rodriguez
BROWNSVILLE POLICE DEPARTMENT
600 E. Jackson
Brownsville, Texas 78520
Phone (956) 548-7000

Officer Rodriguez assisted in the investigation made the basis of this lawsuit, *e.g.*, by taking paint chip samples from Defendant Treviño's clothing.

Sgt. Sandra Galvan
BROWNSVILLE POLICE DEPARTMENT
600 E. Jackson
Brownsville, Texas 78520
Phone (956) 548-7000

Sgt. Galvan assisted in the investigation made the basis of this lawsuit.

Pete Lopez
Security Officer
Federal Courthouse
600 E. Harrison
Brownsville, Texas 78520
Phone (956) 548-2500
Phone (956) 504-2614

Mr. Lopez was assaulted by Plaintiff on the evening of the incident made the basis of this lawsuit.

Oscar Ponce
Assistant District Attorney
Cameron County
874 E. Harrison Street
Brownsville, Texas 78520
(956) 544-0849

Mr. Ponce assisted in the investigation of the incident made the incident of this lawsuit.

5

Richard Tejeada
BROWNSVILLE POLICE DEPARTMENT
600 E. Jackson
Brownsville, Texas 78520
Phone (956) 548-7000

Officer Tejeada was working with Pete Lopez the night of the incident in question.

Brian Castro
BROWNSVILLE POLICE DEPARTMENT
600 E. Jackson
Brownsville, Texas 78520
(956) 548-7000

Mr. Castro a city jailer was working at the time and may have knowledge of the incident made the basis of this lawsuit.

Cesar Lerma Barbosa
1244 Norma Lane
Brownsville, Texas 78520
(956) 831-5880

Mr. Barbosa was incarcerated at the Brownsville City Jail at the time of the incident made the basis of this lawsuit.

Fernando Hinojosa Mendoza
Colonia 19 Galeana #163
Matamoros, Tamps. Mexico
(no telephone number)

Mr. Mendoza was incarcerated at the Brownsville City Jail at the time of the incident made the basis of this lawsuit.

Jaime Gutierrez Cortez
Colonia Popular, Roberto Guerra
Callejon 11 #116
Matamoros, Tamps. Mexico
(no telephone number)

Mr. Cortez was incarcerated at the Brownsville City Jail at the time of the incident made the basis of this lawsuit.

Claudio Juventino Ortiz, III
34 Highland Drive
Brownsville, Texas 78520
(956) 541-2412

6

Mr. Ortiz was incarcerated at the Brownsville City Jail at the time of the incident made the basis of this lawsuit.

Antonio Velasquez
825 Minnesota Avenue
Brownsville, Texas 78520
(no telephone number)

Mr. Velasquez was incarcerated at the Brownsville City Jail at the time of the incident made the basis of this lawsuit.

Antonio Perez Espinoza
Colonia Obrera #20
Calle Herrera
Matamoros, Tamps. Mexico
(no telephone number)

Mr. Espinoza was incarcerated at the Brownsville City Jail at the time of the incident made the basis of this lawsuit.

Julio Cesar Torres
__ Coffeeport Road
Brownsville, Texas 78520
(no telephone number)

Mr. Torres was incarcerated at the Brownsville City Jail at the time of the incident made the basis of this lawsuit.

Alejandro Medina
822 Adams Street
Brownsville, Texas 78520
(956) 504-1484
(no telephone number)

Mr. Medina was incarcerated at the Brownsville City Jail at the time of the incident made the basis of this lawsuit.

Eduardo Martinez
352 Prestine
Brownsville, Texas 78520
(956) 541-9321

Mr. Martinez was incarcerated at the Brownsville City Jail at the time of the incident made the basis of this lawsuit.

7

Carlos Estrada
Rayon Y 10 (no #)
Matamoros, Tamps. Mexico
(no telephone number)

Mr. Estrada was incarcerated at the Brownsville City Jail at the time of the incident made the basis of this lawsuit.

Marco Antonio Rodriguez
7 Elda Street
Brownsville, Texas 78520
(no telephone number)

Mr. Rodriguez was incarcerated at the Brownsville City Jail at the time of the incident made the basis of this lawsuit.

Jesus Manuel Olivarez
728 West Washington
Brownsville, Texas 78520
(no telephone number)

Mr. Olivarez was incarcerated at the Brownsville City Jail at the time of the incident made the basis of this lawsuit.

Jesse Garcia
1644 Isla De Palmas
Brownsville, Texas 78520
(956) 504-1624

Mr. Garcia was incarcerated at the Brownsville City Jail at the time of the incident made the basis of this lawsuit.

Jose Perez
3695 E. 26th
Brownsville, Texas 78520
(no telephone number)

Mr. Perez was incarcerated at the Brownsville City Jail at the time of the incident made the basis of this lawsuit.

Juan Ortiz Salazar
Adams Street (Apts at 6th & Adams) #9
Brownsville, Texas 78520
(956) 542-8704

Mr. Salazar was incarcerated at the Brownsville City Jail at the time of the incident made the basis of this lawsuit.

8

Juan Loera
7918 Southmost Road
Brownsville, Texas 78520
(no telephone number)

Mr. Loera was incarcerated at the Brownsville City Jail at the time of the incident made the basis of this lawsuit.

Miguel Rios
10 y Rayon
Matamoros, Tamps. Mexico
(no telephone number)

Mr. Rios was incarcerated at the Brownsville City Jail at the time of the incident made the basis of this lawsuit.

Cosme Berrones
5712 Southmost Road
Brownsville, Texas 78520
(956) 542-6539

Mr. Berrones was incarcerated at the Brownsville City Jail at the time of the incident made the basis of this lawsuit.

Andres Posados
402 Madison Street
Harlingen, Texas 78550
(no telephone number)

Mr. Posados was incarcerated at the Brownsville City Jail at the time of the incident made the basis of this lawsuit.

Santos Pedro Ochoa
34 Zeina
Brownsville, Texas 78520
(no telephone number)

Mr. Ochoa was incarcerated at the Brownsville City Jail at the time of the incident made the basis of this lawsuit.

Jesse Garcia
1644 Isla De Palmas
Brownsville, Texas 78520
(956) 504-1624

Mr. Garcia was incarcerated at the Brownsville City Jail at the time of the incident made the basis of this lawsuit.

Guadalupe Garcia
350 E. St. Charles, #116
Brownsville, Texas 78520
(956) 541-6185

Mr. Garcia was incarcerated at the Brownsville City Jail at the time of the incident made the basis of this lawsuit.

Faustino Guzman Gonzalez
Address unknown at this time

Mr. Gonzalez was incarcerated at the Brownsville City Jail at the time of the incident made the basis of this lawsuit.

Martha Basurto Draper
Address unknown at this time

Ms. Draper was incarcerated at the Brownsville City Jail at the time of the incident made the basis of this lawsuit.

Juan Jesus Escamilla
Address unknown at this time

Mr. Escamilla was incarcerated at the Brownsville City Jail at the time of the incident made the basis of this lawsuit.

Julio Cesar Vazquez
Address unknown at this time

Mr. Vazquez was incarcerated at the Brownsville City Jail at the time of the incident made the basis of this lawsuit.

Pedro Guevara
Address unknown at this time

Mr. Guevara was incarcerated at the Brownsville City Jail at the time of the incident made the basis of this lawsuit.

Roberto Juarez
Address unknown at this time

Mr. Juarez was incarcerated at the Brownsville City Jail at the time of the incident made the basis of this lawsuit.

Miguel Angel Barron
Address unknown at this time

Mr. Barron was incarcerated at the Brownsville City Jail at the time of the incident made the basis of this lawsuit.

Jose Maria Moreno
Address unknown at this time

Mr. Moreno was incarcerated at the Brownsville City Jail at the time of the incident made the basis of this lawsuit.

Roberto S. Medina
Address unknown at this time

Mr. Medina was incarcerated at the Brownsville City Jail at the time of the incident made the basis of this lawsuit.

Juan Garza
Address unknown at this time

Mr. Garza was incarcerated at the Brownsville City Jail at the time of the incident made the basis of this lawsuit.

Juan Angel Gonzalez
Address unknown at this time

Mr. Gonzalez was incarcerated at the Brownsville City Jail at the time of the incident made the basis of this lawsuit.

Reynaldo Gonzalez, Jr.
Address unknown at this time

Mr. Gonzalez was incarcerated at the Brownsville City Jail at the time of the incident made the basis of this lawsuit.

Alejandro Anival Mendez
Address unknown at this time

Mr. Mendez was incarcerated at the Brownsville City Jail at the time of the incident made the basis of this lawsuit.

Antonio Perez
Address unknown at this time

Mr. Perez was incarcerated at the Brownsville City Jail at the time of the incident made the basis of this lawsuit.

Marco Antonio Rodriguez
Address unknown at this time

11

Mr. Rodriguez was incarcerated at the Brownsville City Jail at the time of the incident made the basis of this lawsuit.

Jorge Treviño
Address unknown at this time

Mr. Treviño was incarcerated at the Brownsville City Jail at the time of the incident made the basis of this lawsuit.

Sam Ortega
Brownsville EMS
EMT Technician
1325 East Ringgold
Brownsville, Texas 78520
(956) 541-9491

Mr. Ortega provided Juan Jose Guajardo with emergency medical treatment at the time of the incident made the basis of this lawsuit.

Oscar Lara
Brownsville EMS
EMT Technician
1325 East Ringgold
Brownsville, Texas 78520
(956) 541-9491

Mr. Lara provided Juan Jose Guajardo with emergency medical treatment at the time of the incident made the basis of this lawsuit.

Jaime Ibarra
Brownsville EMS
EMT Technician
1325 East Ringgold
Brownsville, Texas 78520
(956) 541-9491

Mr. Ibarra provided Juan Jose Guajardo with emergency medical treatment at the time of the incident made the basis of this lawsuit.

Reynaldo Gil
Brownsville EMS
EMT Technician
1325 East Ringgold
Brownsville, Texas 78520
(956) 541-9491

Mr. Gil provided Juan Jose Guajardo with emergency medical treatment at the time of the incident made the basis of this lawsuit.

Margie Cornwell, M.D.
Pathologist
P.O. Drawer 2588
Harlingen, Texas 78551
(956) 389-1100

Dr. Cornwell performed Juan Jose Guajardo's autopsy.

DeWitt S. Davenport, M.D.
Valley Baptist Medical Center
P.O. Drawer 2588
Harlingen, Texas 78550
(956) 389-1100

Dr. Davenport assisted Dr. Cornwell in performing Juan Jose Guajardo's autopsy.

Marvis Walton
Valley Baptist Medical Center
P.O. Drawer 2588
Harlingen, Texas 78550
(956) 389-1100

Dr. Walton assisted Dr. Cornwell in performing Juan Jose Guajardo's autopsy.

Francis Gumbel, M.D.
Brownsville Medical Center
1400 W. Jefferson
Brownsville, Texas 78520
Phone (956) 544-1400

Dr. Gumbel treated Juan Jose Guajardo for his injuries at Brownsville Medical Center at the time of the incident made the basis of this lawsuit.

Jaime Silva, M.D.
Brownsville Medical Center
1400 W. Jefferson
Brownsville, Texas 78520
Phone (956) 544-1400

Dr. Silva treated Juan Jose Guajardo for his injuries at Brownsville Medical Center at the time of the incident made the basis of this lawsuit.

13

Victor Gonzalez, M.D.
Brownsville Medical Center
1400 W. Jefferson
Brownsville, Texas 78520
Phone (956) 544-1400

Dr. Gonzalez treated Juan Jose Guajardo for his injuries at Brownsville Medical Center at the time of the incident made the basis of this lawsuit.

Roberto Lozano, M.D.
Brownsville Medical Center
1400 W. Jefferson
Brownsville, Texas 78520
Phone (956) 544-1400

Dr. Lozano treated Juan Jose Guajardo for his injuries at Brownsville Medical Center at the time of the incident made the basis of this lawsuit.

Dr. Nicholas Metcalf
Brownsville Medical Center
1400 W. Jefferson
Brownsville, Texas 78520
(956) 544-1400

Dr. Metcalf treated Juan Jose Guajardo for his injuries at Brownsville Medical Center at the time of the incident made the basis of this lawsuit.

Dr. Vincent DiMaio
7337 Louis Pasteur
San Antonio, TX 78229
Phone (210) 615-2155

Dr. DiMaio will offer forensic pathology expert testimony on Juan Jose Guajardo, including expert opinion regarding the cause of his death; the time of his death; factors that precipitated his death; the level of controlled substances in his system at the time of and prior to his death; the effects of controlled substances and other substances in his system at the time of and prior to his death; Mr. Guajardo's medical and behavioral history; medical protocols; police policies and procedures; and general medical knowledge, policies, and procedures. Dr. DiMaio can also be expected to offer testimony consistent with his expert's report. Dr. DiMaio is also expected to testify that there was no unreasonable delay in providing Juan Jose Guajardo with medical treatment as previously provided.