IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA F. GUAJARDO, INDIVIDUALLY, ON BEHALF OF THE ESTATE OF JUAN JOSE GUAJARDO AND AS NEXT FRIEND OF THOMAS GUAJARDO, III, CYNTHIA GUAJARDO, AND CAROLINE GUAJARDO, MINOR CHILDREN, | § § § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-97-215 (JURY REQUESTED) |
| THE CITY OF BROWNSVILLE, CITY OF BROWNSVILLE POLICE DEPARTMENT, BEN REYNA, CHIEF OF POLICE FOR CITY OF BROWNSVILLE POLICE DEPARTMENT, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, EDUARDO TREVIÑO, INDIVIDUALLY IN HIS OFFICIAL CAPACITY; AND ANA HERNANDEZ, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY | § § § § § § § § § § | |

United States District Court
Southern District of Texas
FILED

MAR 2 3 2001

Michael N. Milby
Clerk of Court

## DEFENDANT'S PROPOSED VOIR DIRE

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COMES NOW Eduardo Treviño, Defendant herein, and submits this her Proposed Voir Dire and requests that the following questions be asked of the jury panel in the same or substantially similar wording:

1. Have you or any members of your family or close friends ever had any dealings with the City of Brownsville, or have you or any relatives or close friends ever worked for the City of Brownsville?

2. Have you or members of your family or close friends ever sued the City of

- 1 -

Brownsville or any of its employees or any law enforcement agency or law enforcement officer? (If yes, give details).

3. Have you, your family members or close friends ever been a plaintiff (a person bringing a lawsuit) in a lawsuit for any reason? (If yes, give details).

4. (Identify Plaintiff's witnesses) Do you know, or have you, your family members, or close friends, ever had any dealings whatsoever with any of these individuals?

5. (Identify Defendant's witnesses, including Defendant) Do any of you know or have you had any dealing whatsoever with any of these named individuals? (If yes, give details).

6. Some of the witnesses may be police officers or detention officers. Would any of you be more or less inclined to believe the testimony of such individuals simply because of his/her position?

7. Are any of you, your family members, or close friends, lawyers or law students, or have any of ever studied law in the past? (If yes, explain type of practice or law study).

8. Have any of you ever sat on a jury in a civil trial? (If yes, approach the bench and describe).

9. Do any of you feel that just because a person files a lawsuit in federal court claiming he has sustained injury, that someone else must be at fault?

10. Has anyone here ever been arrested or incarcerated. If yes, please describe.

11. Has anyone formed or expressed an opinion already that a plaintiff generally or these Plaintiffs should recover from the Defendant?

12. Do any members of the panel belong to any organization which has as one of its goals the protection of civil rights? Would this affiliation make you more or less likely to favor

the Plaintiffs if they say their civil rights were violated?

13. Have any of you, your family members or close personal friends ever filed a claim or complaint or are planning to file a claim or complaint concerning discrimination or violation of your civil rights?

14. Have any of you, your family members, or close friends ever had a complaint against the City of Brownsville or the Brownsville Police Department or any of their officials or employees or any other law enforcement agency or law enforcement officers?

15. Have any of you, your family members, or close friends ever been employed by the government? Would the fact that the Defendant is employed by the government make you more or less likely to discredit their testimony or award money to the Plaintiffs just because the Defendant was employed by the government?

16. Does anyone harbor a bad opinion about the City of Brownsville or the Brownsville Police Department. Have any of you, your family members, or close friends been involved in any lawsuit in any capacity in which the law firm of Willette & Guerra represented any side? Have any of you, your family members, or close friends had any dealings at all with the law firm of Willette & Guerra? Is there anyone here who would tend to favor the Plaintiffs or the Defendant simply because the law firm of Willette & Guerra represents the Defendant?

17. Have any of you, or your spouse, family members, or close friends ever been arrested for reasons that you believed were not justified?

18. Have you, or do you know of anyone, who has had a negative experience with a law enforcement officer? Would that experience influence your ability to evaluate the issues in this case?

19. Have you, or do you know anyone, who has been subject to a use of force by a peace officer.

20. Do you believe that a detention officer should be able to defend himself if he is assaulted?

- 4 -