United States District Court
Southern District of Texas
FILED

MAR 2 3 2001

Michael N. Milby
Clerk of Court

97

| UNITED STATES DISTRICT COURT ☆ SOUTHERN DISTRICT OF TEXAS | |
|---|---|
| Maria F. Guajardo, et. al.<br>*Versus* - - - - - - - -<br>Eduardo Treviño, Individually | CASE NO.   97-215 |
| | **Witness List** |
| Judge Hilda G. Tagle | Case Manager: Stella Cavasos<br>Court Reporter: Breck Record |
| List of<br>**PLAINTIFFS** | Proceeding          Date |

Maria Flores Guajardo
2125 Southmost
Brownsville, Texas 78520
(956) 542-2875
          or
5311 Vae Drive
Baytown, Texas 77521
(281) 424-7310

Ms. Guajardo is the surviving mother of Juan Jose Guajardo. She may testify as to defendants' negligent conduct resulting in her son suffering great physical and mental pain and anguish. She may further testify to him being battered and placed in a choke hold which resulted in a heart attack, being brought back to life, and taken to the hospital for treatment. Additionally, she may testify to the great shock to her son's entire body and nervous system. She may further testify to the conscious pain and suffering her son experienced before his death. Furthermore, she may testify to her suffering from the death of her son, Juan Jose Guajardo, including loss of care, maintenance, support, services, advice, counsel, society, companionship, mental anguish, the emotional and mental trauma resulting from the untimely death of a loved one, and funeral and burial expenses. She may further testify to how she has suffered severe mental depression and anguish, grief and sorrow as a result of the death of her son, Juan Jose Guajardo, and is likely to continue to suffer for a long time in the future. She may also testify to any additional knowledge she may have of the incident that occurred on April 8, 1997, between City Jailer, Eduardo Treviño and her son. Additionally, she has knowledge of the burial and funeral expenses she incurred as a result of her son's death.

Eva Guajardo Valadez
3888 Boca Chica Blvd.
Brownsville, Texas 78521
(956) 548-0500

Ms. Valdez is one of Juan Jose Guajardo's surviving sisters. She may testify to defendants
negligent conduct resulting in decedent, Juan Jose Guajardo suffering great physical and
mental pain and anguish. She may further testify to decedent being battered and placed in
a choke hold which resulted in a heart attack, being brought back to life, and taken to the
hospital for treatment. Additionally, she may testify to the great shock to decedent's
entire body and nervous system. She may further testify to the conscious pain and
suffering decedent experienced before his death. Furthermore, she may testify to her
suffering from the death of her brother, Juan Jose Guajardo, including loss of care,
maintenance, support, services, advice, counsel, society, companionship, mental anguish,
the emotional and mental trauma resulting from the untimely death of a loved one, and
funeral and burial expenses. She may further testify to how she has suffered severe mental
depression and anguish, grief and sorrow as a result of the death of her brother, Juan Jose
Guajardo, and is likely to continue to suffer for a long time in the future. She may also
further testify to any additional knowledge she may have of the incident that occurred on
April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose Guajardo, and
Jail Matron, Ana Hernandez. Additionally, Ms. Valadez may testify as to her knowledge
of the burial and funeral expenses the Guajardo family incurred as a result of her brother's
death.

Noemi Cottrel
709 Dean Court
Westchester, PA 19382
(610) 431-7871

Ms. Cottrel is one of Juan Jose Guajardo's surviving sisters. She may testify to defendants
negligent conduct resulting in decedent, Juan Jose Guajardo suffering great physical and
mental pain and anguish. She may further testify to decedent being battered and placed in
a choke hold which resulted in a heart attack, being brought back to life, and taken to the
hospital for treatment. Additionally, she may testify to the great shock to decedent's
entire body and nervous system. She may further testify to the conscious pain and
suffering decedent experienced before his death. Furthermore, she may testify to her
suffering from the death of her brother, Juan Jose Guajardo, including loss of care,
maintenance, support, services, advice, counsel, society, companionship, mental anguish,
the emotional and mental trauma resulting from the untimely death of a loved one, and
funeral and burial expenses. She may further testify to how she has suffered severe mental
depression and anguish, grief and sorrow as a result of the death of her brother, Juan Jose
Guajardo, and is likely to continue to suffer for a long time in the future. In conclusion,
she may testify to any additional knowledge she may have of the incident that occurred on
April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose Guajardo, and
Jail Matron, Ana Hernandez.

Ruth Schultz
2125 Southmost
Brownsville, Texas 78520
(956) 542-2875

Ms. Schultz is one of Juan Jose Guajardo's surviving sisters.  She may testify to
defendants negligent conduct resulting in decedent, Juan Jose Guajardo suffering great
physical and mental pain and anguish.  She may further testify to decedent being battered
and placed in a choke hold which resulted in a heart attack, being brought back to life, and
taken to the hospital for treatment.  Additionally, she may testify to the great shock to
decedent's entire body and nervous system.  She may further testify to the conscious pain
and suffering decedent experienced before his death.  Furthermore, she may testify to her
suffering from the death of her brother, Juan Jose Guajardo, including loss of care,
maintenance, support, services, advice, counsel, society, companionship, mental anguish,
the emotional and mental trauma resulting from the untimely death of a loved one, and
funeral and burial expenses.  She may further testify to how she has suffered severe mental
depression and anguish, grief and sorrow as a result of the death of her brother, Juan Jose
Guajardo, and is likely to continue to suffer for a long time in the future.  She may also
testify to any additional knowledge she may have of the incident that occurred on April 8,
1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose Guajardo, and Jail
Matron, Ana Hernandez.  Additionally, Ms. Schultz may testify as to her knowledge of the
burial and funeral expenses the Guajardo family incurred as a result of her brother's death.

Hilda Hinojosa
2124 Coolidge, B
Brownsville, Texas 78521
(956) 504-5764

Ms. Hinojosa is one Juan Jose Guajardo's surviving sisters. She may testify to defendants
negligent conduct resulting in decedent, Juan Jose Guajardo suffering great physical and
mental pain and anguish.  She may further testify to decedent being battered and placed in
a choke hold which resulted in a heart attack, being brought back to life, and taken to the
hospital for treatment.  Additionally, she may testify to the great shock to decedent's
entire body and nervous system. She may further testify to the conscious pain and
suffering decedent experienced before his death.  Furthermore, she may testify to her
suffering from the death of her brother, Juan Jose Guajardo, including loss of care,
maintenance, support, services, advice, counsel, society, companionship, mental anguish,
the emotional and mental trauma resulting from the untimely death of a loved one, and
funeral and burial expenses. She may testify to how she has suffered severe mental
depression and anguish, grief and sorrow as a result of the death of her brother, Juan Jose
Guajardo, and is likely to continue to suffer for a long time in the future.
In conclusion, she may testify to any knowledge she may have of the incident that
occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose
Guajardo, and Jail Matron, Ana Hernandez.

Ramona Espinoza
2425 Cardinal Loop, Apt. E108
Del Valle, Texas 78617
(512) 385-6654

Ms. Espinoza is one of Juan Jose Guajardo's surviving sisters.  She may testify to
defendants negligent conduct resulting in decedent, Juan Jose Guajardo suffering great
physical and mental pain and anguish.  She may further testify to decedent being battered
and placed in a choke hold which resulted in a heart attack, being brought back to life, and
taken to the hospital for treatment.  Additionally, she may testify to the great shock to
decedent's entire body and nervous system. She may further testify to the conscious pain
and suffering decedent experienced before his death.  Furthermore, she may testify to the
suffering from the death of her brother, Juan Jose Guajardo, including loss of care,
maintenance, support, services, advice, counsel, society, companionship, mental anguish,
the emotional and mental trauma resulting from the untimely death of a loved one, and
funeral and burial expenses.  She may further testify to how she has suffered severe mental
depression and anguish, grief and sorrow as a result of the death of her brother, Juan Jose
Guajardo, and is likely to continue to suffer for a long time in the future.  In conclusion,
she may testify to the incident that occurred on April 8, 1997, between City Jailer,
Eduardo Treviño, Decedent, Juan Jose Guajardo, and City Matron, Ana Hernandez.

Blanca Peña
5311 Vae Drive
Baytown, Texas 77521
(281) 424-7310

Ms. Peña is one of Juan Jose Guajardo's surviving sisters.  She may testify to her suffering
from the death of her brother, Juan Jose Guajardo, the emotional and mental trauma
resulting from the untimely death of a loved one.  She may further testify to how she has
suffered severe mental depression and anguish, grief and sorrow as a result of the death of
her brother, Juan Jose Guajardo, and is likely to continue to suffer for a long time in the
future.  In conclusion, she may testify to any additional knowledge she may have of the
incident that occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent,
Juan Jose Guajardo, and Jail Matron, Ana Hernandez.

Timoteo Guajardo (decedent's brother)
2124 Coolidge, A
Brownsville, Texas 78521
(956) 541-9255

Timoteo is a surviving brother of Juan Jose Guajardo.  He may testify to defendants
negligent conduct resulting in decedent, Juan Jose Guajardo suffering great physical and
mental pain and anguish.  He may further testify to decedent being battered and placed in a
choke hold which resulted in a heart attack, being brought back to life, and taken to the
hospital for treatment.  Additionally, he may testify to the great shock to decedent's entire
body and nervous system. He may further testify to the conscious pain and suffering

4

decedent experienced before his death. Furthermore, he may testify to his suffering from the death of his brother, Juan Jose Guajardo, including loss of care, maintenance, support, services, advice, counsel, society, companionship, mental anguish, the emotional and mental trauma resulting from the untimely death of a loved one, and funeral and burial expenses. He may further testify to how he has suffered severe mental depression and anguish, grief and sorrow as a result of the death of his brother, Juan Jose Guajardo, and is likely to continue to suffer for a long time in the future. In conclusion, he may testify to any additional knowledge he may have of the incident that occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose Guajardo, and Jail Matron, Ana Hernandez.

Noe Guajardo
2125 Southmost
Brownsville, Texas 78520
(956) 542-2875

Noe is a surviving brother of Juan Jose Guajardo. He may testify to defendants negligent conduct resulting in decedent, Juan Jose Guajardo suffering great physical and mental pain and anguish. He may further testify to decedent being battered and placed in a choke hold which resulted in a heart attack, being brought back to life, and taken to the hospital for treatment. Additionally, he may testify to the great shock to decedent's entire body and nervous system. He may further testify to the conscious pain and suffering decedent experienced before his death. Furthermore, he may testify to his suffering of the loss of his brother, Juan Jose Guajardo, including loss of care, maintenance, support, services, advice, counsel, society, companionship, mental anguish, the emotional and mental trauma resulting from the untimely death of a loved one, and funeral and burial expenses. He may further testify to how he has suffered severe mental depression and anguish, grief and sorrow as a result of the death of his brother, Juan Jose Guajardo, and is likely to continue to suffer for a long time in the future. In conclusion, he may testify to any additional knowledge he may have of the incident that occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose Guajardo, and Jail Matron, Ana Hernandez.

Ben Reyna
Brownsville Police Department
600 East Jackson Street
Brownsville, Texas 78520
(956) 548-7000

Mr. Reyna is the Chief of Police for the CITY OF BROWNSVILLE and was the Chief of Police at the time the incident in question occurred. He may testify as to any knowledge he may have of the incident that occurred on April 8, 1997 between City Jailer, Eduardo Treviño, Decedent, Juan Jose Guajardo, and Jail Matron, Ana Hernandez. He may also have knowledge of the training, if any, that jail personnel undergo while employed at the Brownsville city jail.

Sgt. Robert Avitia (Custodian of Records)
c/o Brownsville Police Department
600 E. Jackson Street
Brownsville, Texas    78520
(956) 544-7000

Sgt. Avitia is the custodian of records for the Brownsville Police Department. He may
testify to any and all incident reports, police reports, narratives, photographs, etc. taken by
any officer of the Brownsville Police Department as a result of the April 8, 1997 incident
between City Jailer, Eduardo Treviño, Decedent, Juan Jose Guajardo, and Jail Matron,
Ana Hernandez. He may also have knowledge of the training, if any, that jail personnel
undergo while employed at the Brownsville city jail.

Thomas Guajardo, III
1763 Villanova
Brownsville, Texas 78520
(956) 504-5194

Thomas is a surviving son of Juan Jose Guajardo. He may testify to his suffering from the
death of his father, Juan Jose Guajardo, including loss of care, maintenance, support
services, advice, and counsel. He may further testify to his suffering of additional loss by
virtue of the destruction of the parent-child relationship, including the right to love,
affection, solace, comfort, companionship, society, emotional support and happiness.
Additionally, he may testify to his suffering of severe mental depression and anguish, grief
and sorrow as a result of the death of his father, Juan Jose Guajardo, and he is likely to
continue to suffer for a long time in the future. In conclusion, he may testify to any
knowledge he may have of the incident that occurred on April 8, 1997, between City
Jailer, Eduardo Treviño, Decedent, Juan Jose Guajardo, and Jail Matron, Ana Hernandez.

Cynthia Guajardo (Minor Plaintiff)
1763 Villanova
Brownsville, Texas 78520
(956) 504-5194

Cynthia is a surviving daughter of Juan Jose Guajardo. She may testify to her suffering
from the death of her father, Juan Jose Guajardo, including loss of care, maintenance,
support services, advice, and counsel. She may further testify to her suffering of
additional loss by virtue of the destruction of the parent-child relationship, including the
right to love, affection, solace, comfort, companionship, society, emotional support and
happiness. Additionally, she may testify to her suffering of severe mental depression and
anguish, grief and sorrow as a result of the death of her father, Juan Jose Guajardo, and
she is likely to continue to suffer for a long time in the future. In conclusion, she may
testify to any knowledge she may have of the incident that occurred on April 8, 1997,
between City Jailer, Eduardo Treviño, Decedent, Juan Jose Guajardo, and Jail Matron,
Ana Hernandez.

Caroline Guajardo (Minor Plaintiff)
1763 Villanova
Brownsville, Texas 78520
(956) 504-5194

Caroline is a surviving daughter of Juan Jose Guajardo. She may testify to her suffering from the death of her father, Juan Jose Guajardo, including loss of care, maintenance, support services, advice, and counsel. She may further testify to her suffering of additional loss by virtue of the destruction of the parent-child relationship, including the right to love, affection, solace, comfort, companionship, society, emotional support and happiness. Additionally, she may testify to her suffering of severe mental depression and anguish, grief and sorrow as a result of the death of her father, Juan Jose Guajardo, and she is likely to continue to suffer for a long time in the future. In conclusion, she may testify to any knowledge she may have of the incident that occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose Guajardo, and Jail Matron, Ana Hernandez.

Alejandro Garcia
3033 East 20th Street
Brownsville, Texas 78521
(956) 544-6448

Alejandro is a surviving son of Juan Jose Guajardo. He may testify to his suffering from the death of his father, Juan Jose Guajardo, including loss of care, maintenance, support services, advice, and counsel. He may further testify to his suffering of additional loss by virtue of the destruction of the parent-child relationship, including the right to love, affection, solace, comfort, companionship, society, emotional support and happiness. Additionally, he may testify to his suffering of severe mental depression and anguish, grief and sorrow as a result of the death of his father, Juan Jose Guajardo, and he is likely to continue to suffer for a long time in the future. In conclusion, he may testify to any knowledge he may have of the incident that occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose Guajardo, and Jail Matron, Ana Hernandez. **(NOTE:** Alejandro's deposition was taken on February 19, 1999 in regard to this case. His deposition testimony is incorporated herein by reference the same as if fully copied and set forth at length).

Ana Hernandez a/k/a Ana Berta Garcia Hernandez
Brownsville Police Department
600 East Jackson Street
Brownsville, Texas 78520
(956) 548-7000

She may testify to how City Jailer, Eduardo Treviño, hit decedent in the left side of the head producing decedent to lose his balance and stagger. She may further testify to how Mr. Treviño applied the choke hold on decedent, Juan Jose Guajardo, from behind and around his neck. Also, she may testify to how Mr. Treviño slammed decedent's head against a steel access door, which caused decedent to bounce to the lateral wall in the main hall. Additionally, she may testify to how she pulled decedent, Juan Jose Guajardo's

7

CutePDF - www.fastio.com

leg causing him to fall, facing faced down, with City Jailer, Eduardo Treviño on top of him. Furthermore, she may testify to her assistance to Mr. Treviño in handcuffing, decedent, Juan Jose Guajardo. She may further testify to the great physical and mental pain and anguish suffered by decedent, Juan Jose Guajardo before his death. Furthermore, she may testify to how the decedent, Juan Jose Guajardo was battered and placed in a choke hold, and how his entire body suffered a great shock. She may further testify to how decedent experienced excruciating conscious pain, suffering, and terror of grasping for air as Jailer, Eduardo Treviño applied the choke hold on him. In conclusion, she may testify to the policies and procedures of the Brownsville Police Department. **(NOTE:** Ms. Hernandez' deposition was taken on May 23, 1997 in regard to this case. Her deposition testimony is incorporated herein by reference the same as if fully copied and set forth at length).

Eduardo Treviño (Defendant)
Brownsville Police Department
600 East Jackson Street
Brownsville, Texas 78520
(956) 548-7000

He may testify to how he hit decedent in the left side of the head producing decedent to lose his balance and stagger. He may further testify to how he applied the choke hold on decedent, Juan Jose Guajardo, from behind and around his neck. Also, he may testify to how he slammed decedent's head against a steel access door, which caused decedent to bounce to the lateral wall in the main hall. Additionally, he may testify to how Jail Matron, Ana Hernandez pulled decedent, Juan Jose Guajardo's leg causing decedent to fall, facing faced down, with him on top of decedent. Additionally, he may testify to Ms. Hernandez' assistance in handcuffing, decedent, Juan Jose Guajardo. He may further testify to the great physical and mental pain and anguish suffered by decedent, Juan Jose Guajardo before his death. Furthermore, he may testify to how he battered and placed decedent, Juan Jose Guajardo in a choke hold, and how his entire body suffered a great shock. He may further testify to how decedent experienced excruciating conscious pain, suffering, and terror of grasping for air as he applied the choke hold on decedent. In conclusion, he may testify to the policies and procedures of the Brownsville Police Department. **(NOTE:** Mr. Treviño's deposition was taken on January 8, 1999 in regard to this case. His deposition testimony is incorporated herein by reference the same as if fully copied and set forth at length).

Yvonne Salazar (Former Jail Matron)
225-1 Downs Drive
Brownsville, Texas 78520
(956) 546-6658

Ms. Salazar is a former jail matron and/or detention officer who worked at the Brownsville city jail. She has knowledge of Defendant Treviño's work habits and interaction with inmates and/or detainees. She also has knowledge of the policies and procedures followed at the Brownsville city jail by jail personnel and/or personnel of the Brownsville Police Department. She may further testify to any knowledge she may have of the incident that occurred on April 8, 1997 between City Jailer, Eduardo Treviño,

Decedent, Juan Jose Guajardo, and Jail Matron, Ana Hernandez. **(NOTE:** Ms. Salazar's deposition was taken on January 25, 1999 in regard to this case. Her deposition testimony is incorporated herein by reference the same as if fully copied and set forth at length).

Lt. Eliborio Rios
Brownsville Police Department
600 East Jackson Street
Brownsville, Texas 78520
(956) 548-7000

It is my understanding that Lt. Rios is the administrator of the Brownsville city jail and was so at the time of the April 8, 1997 incident made the basis of this lawsuit. Lt. Rios assisted in the investigation made the basis of this lawsuit and may testify to his investigation and findings. He may further testify to any knowledge he may have regarding the incident which occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose Guajardo, and Jail Matron, Ana Hernandez. Lt. Rios also has knowledge of the contents of the affidavit which he signed on or about August 26, 1998. **(NOTE:** Lt. Rios' deposition was taken on January 8, 1999 in regard to his case. His deposition testimony is incorporated herein by reference the same as if fully copied and set forth at length).

Oscar Ponce (Former Assistant District Attorney)
c/o United States Attorney's Office
600 East Harrison Street
Brownsville, Texas 78520
(956) 548-2554

Mr. Ponce is a former Assistant District Attorney formerly employed by the Cameron County District Attorney's office. He assisted in the investigation of the incident made the basis of this lawsuit and is expected to testify as to his investigation and findings. He may further testify to any knowledge he may have of the incident which occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose Guajardo, and Jail Matron, Ana Hernandez. **(NOTE:** Mr. Ponce's deposition was taken on May 5, 1999 in regard to this case. His deposition is incorporated herein by reference the same as if fully copied and set forth at length).

Hector Eguia Garcia
2714 Elena Street
Brownsville, Texas 78520
(no telephone number)

9

He was incarcerated at the Brownsville City Jail at the time of the incident made the basis of this lawsuit and he may testify to any knowledge he may have of the incident that occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose Guajardo, and Jail Matron, Ana Hernandez. **(NOTE:** Mr. Garcia's deposition was taken on June 11, 1997 in regard to this case. His deposition testimony is incorporated herein by reference the same as if fully copied and set forth at length.) **(ALSO NOTE**: Plaintiffs intend to call Mr. Garcia to testify at trial by way of videotaped deposition.).

Alejandro Medina
7055 Kana Drive
Brownsville, Texas 78520
(no telephone number)

Mr. Medina was incarcerated at the Brownsville City Jail at the time of the incident made the basis of this lawsuit. He may testify to any knowledge he may have of the incident that occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Jail Matron, Ana Hernandez, and my son, Juan Jose Guajardo. **(NOTE:** Mr. Medina's deposition was taken on July 17, 1997 in regard to this case. His deposition testimony is incorporated herein by reference the same as if fully copied and set forth at length.) **(ALSO NOTE**: Plaintiffs intend to call Mr. Medina to testify at trial by way of videotaped deposition).

Orlando Benavides
2105 East Los Ebanos, #3
Brownsville, Texas 78520
(956) 831-7199

He was incarcerated at the Brownsville City Jail at the time of the incident made the basis of this lawsuit and he may testify to any knowledge he may have of the incident that occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose Guajardo, and Jail Matron, Ana Hernandez. **(NOTE:** Mr. Benavides' deposition was taken on July 17, 1997 in regard to this case. His deposition testimony is incorporated herein by reference the same as if fully copied and set forth at length.) **(ALSO NOTE:** Plaintiffs intend to call Mr. Benavides to testify at trial by way of videotaped deposition.).

William Alan Kennedy
1512 Santa Ana
Olmito, Texas 78575

He may testify to his prior experience of excessive use of force by Detention Officer, Eduardo Treviño, while incarcerated at the Brownsville City Jail. He may further testify as to any knowledge he may have of the incident that occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose Guajardo, and Jail Matron, Ana Hernandez. **(NOTE:** Mr. Kennedy's deposition was taken on June 11, 1997, in regard to

this case. His deposition testimony is incorporated herein by reference the same as if fully copied and set forth at length.) (**ALSO NOTE**: Plaintiffs intend to call Mr. Kennedy to testify at trial by way of videotaped deposition).

Sam Ortega (EMT Technician)
Brownsville Emergency Medical Service
1325 East Ringgold
Brownsville, Texas 78520
(956) 541-9491

Mr. Ortega may testify to the emergency medical treatment and care provided to decedent, Juan Jose Guajardo for injuries and damages he sustained as a result of the incident made the basis of this lawsuit. He may further testify to decedent, Juan Jose Guajardo's, prognosis and diagnosis, past medical bills and to his medical opinion of Juan Jose Guajardo's cause of death. (**NOTE:** Mr. Ortega's deposition was taken on May 10, 1999 in regard to this case. His deposition testimony is incorporated herein by reference the same as if fully copied and set forth at length). (**ALSO NOTE**:  Plaintiffs intend to call Mr. Ortega to testify at the trial of this lawsuit by way of videotaped deposition.).

Oscar Lara (EMT Technician)
Brownsville Emergency Medical Service
1325 East Ringgold
Brownsville, Texas 78520
(956) 541-9491

Mr. Lara was an attendant with the City of Brownsville Emergency Medical Service on the evening of April 8, 1997. He was one of the EMS attendants who rendered medical treatment and/or care to my son at the city jail and transferred him via ambulance to Brownsville Medical Center. Mr. Lara also prepared the Ambulance Activity Report on or about April 8, 1997 including the narrative of events which took place on said evening. Mr. Lara has knowledge of the contents of the Ambulance Activity Report as well as what Jailer Eduardo Treviño told him about using the choke hold maneuver on my son. Mr. Lara may further testify to the emergency medical treatment and care provided to decedent, Juan Jose Guajardo, for injuries and damages he sustained as a result of the incident made the basis of this lawsuit. He may further testify to decedent, Juan Jose Guajardo's, prognosis and diagnosis past medical bills, and to his opinion of Juan Jose Guajardo's cause of death. (**NOTE**: Mr. Larra's deposition was taken on May 10, 1999 in regard to this case. His deposition testimony is incorporated herein by reference the same as if fully copied and set forth at length). (**ALSO NOTE**: Plaintiffs intend to call Mr. Larra to testify at the trial of this lawsuit by way of videotaped deposition).

11

Jaime Ibarra (EMT Technician)
Brownsville Emergency Medical Service
1325 East Ringgold
Brownsville, Texas 78520
(956) 541-9491

Mr. Ibarra may testify to the emergency medical treatment and care provided to decedent, Juan Jose Guajardo for injuries and damages he sustained as a result of the incident made the basis of this lawsuit. He may further testify to decedent, Juan Jose Guajardo's prognosis and diagnosis, past medical bills and to his medical opinion of Juan Jose Guajardo's cause of death. (**NOTE**: Mr. Ibarra's deposition was taken on May 10, 1999 in regard to this case. His deposition testimony is incorporated herein by reference the same as if fully copied and set forth at length). (**ALSO NOTE**: Plaintiffs intend to call Mr. Ibarra to testify at the trial of this lawsuit by way of videotaped deposition).

Reynaldo Gil (EMT Technician)
Brownsville Emergency Medical Service
1325 East Ringgold
Brownsville, Texas 78520
(956) 541-9491

Mr. Gil may testify to the emergency medical treatment and care rendered to decedent, Juan Jose Guajardo for the injuries and damages he sustained as a result of the incident made the basis of this lawsuit. He may further testify to Juan Jose Guajardo's prognosis and diagnosis, past medical bills, and to his medical opinion of Juan Jose Guajardo's cause of death. (**NOTE**: Mr. Gil's deposition was taken on May 10, 1999 in regard to this case. His deposition testimony is incorporated herein by reference the same as if fully copied and set forth at length). (**ALSO NOTE**: Plaintiffs intend to call Mr. Gil to testify at the trial of this lawsuit by way of videotaped deposition).

Claudio Juventino Ortiz, III (EMT Technician)
Brownsville Emergency Medical Service
1325 East Ringgold
Brownsville, Texas 78520
(956) 541-9491
            or
34 Highland Drive
Brownsville, Texas 78520
(956) 541-2412

12

Mr. Ortiz may testify to the emergency medical treatment and care rendered to decedent, Juan Jose Guajardo, for the injuries and damages he sustained as a result of the incident made the basis of this lawsuit. He may further testify to Juan Jose Guajardo's prognosis and diagnosis, past medical bills, and to his medical opinion of Juan Jose Guajardo's cause of death. **(NOTE:** Mr. Ortiz' deposition was taken on May 14, 1999 in regard to this case. His deposition testimony is incorporated herein by reference the same as if fully copied and set forth at length.). **(ALSO NOTE:** Plaintiffs intend to call Mr. Ortiz to testify at trial by way of videotaped deposition.).

Margie Cornwell, M.D.(Pathologist)
c/o Valley Baptist Medical Center
2101 Pease
P.O. Drawer 2588
Harlingen, Texas 78551
(956) 389-1100

Dr. Cornwell is a pathologist who performed an autopsy on my son, Juan Jose Guajardo, on April 10, 1997 at Valley Baptist Medical Center in Harlingen, Texas. She has knowledge as to the autopsy she performed on my son as well as the contents of her written pathology report dated May 27, 1997. Dr. Cornwell also has knowledge of the final principal autopsy findings and final summary as contained in her May 27, 1997 report. Any additional knowledge held by Dr. Cornwell is unknown to me at this time. **(NOTE:** Dr. Cornwell's deposition was taken on May 13, 1999 in regard to this case. Her deposition testimony is incorporated herein by reference the same as if fully copied and set forth at length.). **(ALSO NOTE:** Plaintiffs may call Dr. Cornwell to testify at trial by way of videotaped deposition.).

Dr. Luis Alberto Campos
Cardiology, Cardiac Catheterization and Coronary Angioplasty
920 Frostwood #630
Houston, Texas 77024
(713) 465-3535
                    or
8830 Long Point #601
Houston, Texas 77055
(713) 467-0609

Dr. Campos is a medical doctor who specializes in cardiology, cardiac catherization and coronary angioplasty. He was been retained as a testifying expert witness on behalf of Plaintiffs in this case. Dr. Campos has knowledge of his findings and opinions in regard to Juan Jose Guajardo's death. He also has knowledge of the contents of his written report dated September 8, 1997. **(NOTE:** Dr. Campos' deposition was taken on March 5, 1999 in regard to this case. His deposition testimony is incorporated herein by reference the

13

same as if fully copied and set forth at length.).  (**ALSO NOTE**: Plaintiffs intend to call
Dr. Campos to testify as an expert witness of the trial of this lawsuit by way of videotaped
deposition.).

Dr. Juan Luis Zamora
15790 Dooley Rd., Suite 218-D
Dallas, Texas 75244
(972) 774-1141

Dr. Zamora is a medical doctor who specializes in pathology.  Dr. Zamora was retained as
a testifying expert witness on behalf of Plaintiffs in this case.  Dr. Zamora has knowledge
of the facts of this case, and his conclusions and opinions in regard to Juan Jose
Guajardo's cause of death.  He also has knowledge of the contents of his written report
dated August 28, 1997.

Dr. Thadeus J. Schulz
3451 Misty Meadow Drive
Dallas, Texas 75287-6025
(817) 654-8824

Dr. Schulz is an anatomic and clinical pathologist who has been retained as a testifying
expert witness on our behalf in this case.  Dr. Schulz has knowledge of his findings and
opinions in regard to my son's death.  He also has knowledge of the contents of his
written report dated November 7, 1997.  **(NOTE:** Dr. Schulz' deposition was taken on
February 5, 1999 in regard to this case.  His deposition testimony is incorporated herein
by reference the same as if fully copied and set forth at length.)  (**ALSO NOTE**: Plaintiffs
intend to call Dr. Schulz to testify as an expert witness at the trial of this lawsuit by way of
videotaped deposition.).

Chief Billy Ray Tidwell
Operational Support Services, Inc.
19018 Candleview
Spring, Texas 77388
(281) 288-9190

Mr. Tidwell is the Chief of Police in Liberty, Texas who has been retained as a testifying
expert witness on behalf of the Plaintiffs in this case.  He is a law enforcement advisor who
has extensive background, knowledge and training in the area of law enforcement.  He is
expected to testify as to Defendants' negligence which resulted in Juan Jose Guajardo's
death which made the basis of this lawsuit.  Mr. Tidwell also has knowledge of the
contents of his report dated March 25, 1999 and is expected to testify as to his discussion,
opinions, and conclusion contained therein.  (**NOTE**: Mr. Tidwell's deposition was taken
on May 11, 1999 in regard to this case.  His deposition testimony is incorporated herein

by reference the same as if fully copied and set forth at length.).  (**ALSO NOTE**: Plaintiffs intend to call Mr. Tidwell to testify at trial by way of videotaped deposition.).

Facunda B. Garcia
3033 East 20th Street
Brownsville, Texas 78521
(956) 544-6448

Ms. Garcia is Alejandro Garcia's mother.  She may testify to her son's injuries and damages.

Alma Guadalupe Aguilar
1763 Villanova
Brownsville, Texas 78520
(956) 504-5194

She may testify to the injuries and damages of her children, Thomas Guajardo, III, Cynthia Guajardo, and Caroline Guajardo.  She may further testify to any knowledge she may have of the incident that occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent,  Juan Jose Guajardo, and Jail Matron, Ana Hernandez.

Brian Castro (City Jailer)
Brownsville Police Department
600 East Jackson Street
Brownsville, Texas 78520
(956) 548-7000

Mr. Castro may testify to the policies and procedures of the Brownsville Police Department. He may further testify to any knowledge he may have of the incident that occurred on April 8, 1997 between City Jailer, Eduardo Treviño, Decedent, Juan Jose Guajardo, and Jail Matron, Ana Hernandez.

Tommy Clough (Former Jailer)
50 Duncan Road
Brownsville, Texas 78520
(956) 350-5629

Mr. Clough may testify to the policies and procedures of the Brownsville Police Department.  He may further testify to any knowledge he may have of the incident that occurred on April 8, 1997 between City Jailer, Eduardo Treviño, Decedent, Juan Jose Guajardo, and Jail Matron, Ana Hernandez.

15

Ignacio Perez (Former Jailer)
1900 East Elizabeth, Apt. 4E
Brownsville, Texas 78520
(956) 541-5957
(956) 544-8233 (work)

Mr. Perez may testify to the policies and procedures of the Brownsville Police
Department.  He may further testify to any knowledge he may have of the incident that
occurred on April 8, 1997 between City Jailer, Eduardo Treviño, Decedent, Juan Jose
Guajardo, and Jail Matron, Ana Hernandez.

Bertha Garay (Former Jail Matron)
424 East Jefferson Street
Brownsville, Texas 78520
(956) 541-4838

Ms. Garay is a former jail matron and/or detention officer who worked at the Brownsville
City Jail.  It is my understanding that Ms. Garay has knowledge of the use of excessive
force by detention officers on inmates, detainees, or prisoners on prior occasions.  Ms.
Garay may testify to the policies and procedures of the Brownsville Police Department.
She may further testify to any knowledge she may have of the incident that occurred on
April 8, 1997 between City Jailer, Eduardo Treviño, Decedent, Juan Jose Guajardo, and
Jail Matron, Ana Hernandez.

Bertha Partida (Former Detention Officer)
Address Unknown

Ms. Partida is a former jail matron and/or detention officer who worked at the Brownsville
city jail.  She worked with Defendant Treviño and has knowledge of his work habits and
interaction with inmates and/or detainees.  Ms. Partida also has knowledge of the policies
and procedures followed at the Brownsville city jail by jail personnel and/or personnel of
the Brownsville Police Department.  She may further testify to any knowledge she may
have of the incident that occurred on April 8, 1997 between City Jailer, Eduardo Treviño,
Decedent, Juan Jose Guajardo, and Jail Matron, Ana Hernandez.

Sgt. Perry Peppin
Brownsville Police Department
600 East Jackson Street
Brownsville, Texas 78520
(956) 548-7000

16

Sgt. Peppin arrived at the scene of the incident with Brownsville Emergency Medical Services and has personal knowledge relevant to Plaintiffs' claims and Defendants' defenses. He may testify to any knowledge he may have regarding Juan Jose Guajardo's cause of death which forms the basis of this lawsuit.

Sgt. James Paschall
Brownsville Police Department
600 East Jackson Street
Brownsville, Texas 78520
(956) 548-7000

Sgt. Paschall is employed in the Brownsville Police Department's Internal Affairs Division and assisted in the investigation of the incident made the basis of this lawsuit and he may testify to his investigation and findings. He may further testify to any knowledge he may have regarding Juan Jose Guajardo's cause of death which forms the basis of this lawsuit.

Sgt. Sandra Galvan
Brownsville Police Department
600 East Jackson Street
Brownsville, Texas 78520
(956) 548-7000

Sgt. Galvan assisted in the investigation made the basis of this lawsuit and may testify to her investigation and findings. She may further testify to any knowledge she may have regarding the incident which occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose Guajardo, and Jail Matron, Ana Hernandez.

Officer Eduardo Zuniga
Brownsville Police Department
600 East Jackson Street
Brownsville, Texas 78520
(956) 548-7000

Officer Zuniga arrested my son, Juan Jose Guajardo on the night of the incident made the basis of this lawsuit. He may testify to any knowledge he may have of the incident that occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose Guajardo, and Jail Matron, Ana Hernandez. Officer Zuniga has knowledge of the contents of the Offense/Incident report (dated April 8, 1997) and Police Supplement Report (dated April 11, 1997) he prepared on behalf of the Brownsville Police Department. He also has knowledge of the circumstances leading up to my son's arrest on the evening of April 8, 1997 as well as his behavior following the arrest. Any additional knowledge held by Officer Zuniga is unknown to me at this time.

17

Officer Juan Manuel Salinas
Brownsville Police Department
600 East Jackson Street
Brownsville, Texas 78520
(956) 548-7000

Officer Salinas assisted Officer Zuniga in arresting Juan Jose Guajardo on the night of the
incident made the basis of this lawsuit. He may testify to any knowledge he may have of
the incident that occurred on April 8, 1997, between City Jailer, Eduardo Treviño,
Decedent, Juan Jose Guajardo, and Jail Matron, Ana Hernandez.

Officer Eduardo Garces
Brownsville Police Department
600 East Jackson Street
Brownsville, Texas 78520
(956) 548-7000

Officer Garces may testify to any knowledge he may have of the incident made the basis of
this lawsuit and as to his investigation and findings if any, of the incident that occurred on
or about April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose
Guajardo, and Jail Matron, Ana Hernandez.

Officer William Clough
Brownsville Police Department
600 East Jackson Street
Brownsville, Texas 78520
(956) 548-7000

Officer Clough assisted in the investigation of the incident made the basis of this lawsuit
and he may testify to his investigation and findings. He may further testify to any
knowledge he may have of the incident that occurred on April 8, 1997, between City
Jailer, Eduardo Treviño, Decedent, Juan Jose Guajardo, and Jail Matron, Ana Hernandez.

Officer R.J. Pineda
Brownsville Police Department
600 East Jackson Street
Brownsville, Texas 78520
(956) 548-7000

Officer Pineda took the statements of witnesses, Orlando Benavides, Guadalupe Garcia,
Miguel Rios, Jaime Cortez, Andres Posados, Antonio Velazquez, and Eduardo Treviño
and he may testify to said statements and  any additional knowledge he may have
regarding the incident that occurred on  April 8, 1997, between City Jailer, Eduardo
Treviño, Decedent, Juan Jose  Guajardo, and Jail Matron, Ana Hernandez.

18

Officer Raul Rodriguez
Brownsville Police Department
600 East Jackson Street
Brownsville, Texas 78520
(956) 548-7000

Officer Rodriguez assisted in the investigation made the basis of this lawsuit, e.g., by
taking paint chip samples from Defendant Eduardo Treviño's clothing and he may testify
to his investigation and findings.  He may further testify to any knowledge he may have
regarding the incident that occurred on April 8, 1997, between City Jailer, Eduardo
Treviño, Decedent, Juan Jose Guajardo, and Jail Matron, Ana Hernandez.

Commander Charlie Cabler
Brownsville Police Department
600 East Jackson Street
Brownsville, Texas 78520
(956) 548-7000

Commander Cabler advised me that my son, Juan Jose Guajardo had been transported to
Brownsville Medical Center on the night of the incident made the basis of this lawsuit.  He
may testify to any knowledge he may have of the incident that occurred on April 8, 1997,
between City Jailer, Eduardo Treviño, Decedent, Juan Jose Guajardo, and Jail Matron,
Ana Hernandez.

Commander Randy Dunn
Brownsville Police Department
600 East Jackson Street
Brownsville, Texas 78520
(956) 548-7000

Commander Dunn assisted in the investigation of the incident made the basis of this
lawsuit and he may testify to his investigation and findings.  He may further testify to  any
knowledge he may have of the incident that occurred on April 8, 1997, between City
Jailer, Eduardo Treviño, Decedent, Juan Jose Guajardo, and Jail Matron, Ana Hernandez.

Detective David Garcia
Brownsville Police Department
600 East Jackson Street
Brownsville, Texas 78520
(956) 548-7000

Detective Garcia assisted in the investigation of the incident made the basis of this lawsuit
and he may testify to his investigation and findings.  He may further testify to any
knowledge he may have of the incident that occurred on April 8, 1997, between City
Jailer, Eduardo Treviño, Decedent, Juan Jose Guajardo, and Jail Matron, Ana Hernandez.

19

Detective Gilberto Garcia, Jr.
Brownsville Police Department
600 East Jackson Street
Brownsville, Texas 78520
(956) 548-7000

Detective Garcia assisted in the investigation of the incident made the basis of this lawsuit
and he may testify to his investigation and findings.  He may further testify to any
knowledge he may have of the incident that occurred on April 8, 1997, between City
Jailer, Eduardo Treviño, Decedent, Juan Jose Guajardo, and Jail Matron, Ana Hernandez.

T. David Church, Jr., Special Agent
Federal Bureau of Investigation
1700 Paredes Line Road
Brownsville, Texas 78521
(956) 546-6922

He assisted in the investigation made the basis of this lawsuit and may testify to his
investigation and findings.  He may further testify to any knowledge he may have
regarding the incident that occurred on April 8, 1997, between City Jailer, Eduardo
Treviño, Decedent, Juan Jose Guajardo, and Jail Matron, Ana Hernandez.

Pete Lopez, Security Officer
Federal Courthouse
500 East Levee Street
Brownsville, Texas 78520
(956) 548-2500
(956) 504-2614

Mr. Lopez claims he was assaulted by decedent, Juan Jose Guajardo on the evening of the
incident made the basis of this lawsuit.  He may testify to any knowledge he may have of
the incident which occurred on April 8, 1997, between City Jailer, Eduardo Treviño,
Decedent,  Juan Jose Guajardo, and Jail Matron, Ana Hernandez.

Richard Tejada, Security Officer
Federal Courthouse
500 East Levee Street
Brownsville, Texas 78520
(956) 548-2500

Mr. Tejada was working with Pete Lopez the night of the incident in question.  He may
testify to any knowledge he may have of the incident that occurred on April 8, 1997,
between City Jailer, Eduardo Treviño, Decedent, Juan Jose Guajardo, and Jail Matron,
Ana Hernandez.

Cesar Lerma Barbosa
1244 Norma Lane
Brownsville, Texas 78520
(956) 831-5880

He was incarcerated at the Brownsville City Jail at the time of the incident made the basis
of this lawsuit.  He may testify to any knowledge he may have of the incident that
occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose
Guajardo, and Jail Matron, Ana Hernandez.

Fernando Hinojosa Mendoza
Colonia 19, Galeana #163
Matamoros Tamaulipas, Mexico
(no telephone number)

He was incarcerated at the Brownsville City Jail at the time of the incident made the basis
of this lawsuit and he may testify to any knowledge he may have of the incident that
occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose
Guajardo, and Jail Matron, Ana Hernandez.

Jaime Gutierrez Cortez
Colonia Popular, Roberto Guerra
Callejon 11 #16
Matamoros Tamaulipas, Mexico
(no telephone number)

He was incarcerated at the Brownsville City Jail at the time of the incident made the basis
of this lawsuit and he may testify to any knowledge he may have of the incident that
occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose
Guajardo, and Jail Matron, Ana Hernandez.

Antonio Velazquez
825 Minnesota Ave.
Brownsville, Texas 78520
(no telephone number)

He was incarcerated at the Brownsville City Jail at the time of the incident made the basis
of this lawsuit.  He may testify to any knowledge he may have of the incident that
occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose
Guajardo, and Jail Matron, Ana Hernandez.

CutePDF - www.tenia.com

Antonio Perez Espinoza
Colonia Obrera #20
Calle Herrera
Matamoros, Tamps., Mexico
(no telephone number)

He was incarcerated at the Brownsville City Jail at the time of the incident made the basis
of this lawsuit.  He may testify to any knowledge he may have of  the incident that
occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose
Guajardo, and Jail Matron, Ana Hernandez.

Julio Cesar Torres
_____ Coffeeport Road
Brownsville, Texas 78520
(no telephone number)

He was incarcerated at the Brownsville City Jail at the time of the incident made the basis
of this lawsuit.  He may testify to any knowledge he may have of  the incident that
occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose
Guajardo, and Jail Matron, Ana Hernandez

Alejandro Medina
822 Adams Street
Brownsville, Texas 78520
(956) 504-1484

He was incarcerated at the Brownsville City Jail at the time of the incident made the basis
of this lawsuit and he may testify to any and knowledge he may have of the incident that
occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose
Guajardo, and Jail Matron, Ana Hernandez.

Eduardo Martinez
352 Prestine
Brownsville, Texas 78520
(956) 541-9321

He was incarcerated at the Brownsville City Jail at the time of the incident made the basis
of this lawsuit and he may testify to any knowledge he may have of the incident that
occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose
Guajardo, and Jail Matron, Ana Hernandez.

Carlos Estrada
Rayon y 10 (no #)
Matamoros Tamaulipas, Mexico
(no telephone number)

He was incarcerated at the Brownsville City Jail at the time of the incident made the basis of this lawsuit and he may testify to any knowledge he may have of the incident that occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose Guajardo, and Jail Matron, Ana Hernandez.

Marco Antonio Rodriguez
7 Elda Street
Brownsville, Texas 78520
(no telephone number)

He was incarcerated at the Brownsville City Jail at the time of the incident made the basis of this lawsuit and he may testify to any knowledge he may have of the incident that occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose Guajardo, and Jail Matron, Ana Hernandez.

Jesus Manuel Olivarez
728 West Washington
Brownsville, Texas 78520
(no telephone number)

He was incarcerated at the Brownsville City Jail at the time of the incident made the basis of this lawsuit and he may testify to any knowledge he may have of the incident that occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose Guajardo, and Jail Matron, Ana Hernandez.

Jesse Garcia
1644 Isla De Palmas
Brownsville, Texas 78520
(956) 504-1624

He was incarcerated at the Brownsville City Jail at the time of the incident made the basis of this lawsuit and he may testify to any knowledge he may have of the incident that occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose Guajardo, and Jail Matron, Ana Hernandez.

Jose Perez
3695 East 26th Street
Brownsville, Texas 78520
(no telephone number)

He was incarcerated at the Brownsville City Jail at the time of the incident made the basis of this lawsuit and he may testify to any knowledge he may have of the incident that occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose Guajardo, and Jail Matron, Ana Hernandez.

Juan Ortiz Salazar
Adams Street (Apts. on 6th & Adams Street) #9
Brownsville, Texas 78520
(956) 542-8704

He was incarcerated at the Brownsville City Jail at the time of the incident made the basis
of this lawsuit and he may testify to any knowledge he may have of the incident that
occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose
Guajardo, and Jail Matron, Ana Hernandez.

Juan Loera
7918 Southmost Road
Brownsville, Texas 78520
(no telephone number)

He was incarcerated at the Brownsville City Jail at the time of the incident made the basis
of this lawsuit and he may testify to any knowledge he may have of the incident that
occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose
Guajardo, and Jail Matron, Ana Hernandez.

Miguel Rios
10 y Rayon
Matamoros Tamaulipas, Mexico
(no telephone number)

He was incarcerated at the Brownsville City Jail at the time of the incident made the basis
of this lawsuit and he may testify to any knowledge he may have of the incident that
occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose
Guajardo, and Jail Matron, Ana Hernandez.

Cosme Berrones
5712 Southmost Road
Brownsville, Texas 78520
(956) 542-6539

He was incarcerated at the Brownsville City Jail at the time of the incident made the basis
of this lawsuit and he may testify to any knowledge he may have of the incident which
occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose
Guajardo, and Jail Matron, Ana Hernandez.

Andres Posadas
402 Madison Street
Harlingen, Texas 78550
(no telephone number)

He was incarcerated at the Brownsville City Jail at the time of the incident made the basis
of this lawsuit and he may testify to any knowledge he may have of the incident which
occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose
Guajardo, and Jail Matron, Ana Hernandez.

Santos Pedro Ochoa
34 Zena
Brownsville, Texas 78520
(no telephone number)

He was incarcerated at the Brownsville City Jail at the time of the incident made the basis
of this lawsuit and he may testify to any knowledge he may have of the incident which
occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose
Guajardo, and Jail Matron, Ana Hernandez.

Jesse Garcia
1644 Isla De Palmas
Brownsville, Texas 78520
(956) 504-1624

He was incarcerated at the Brownsville City Jail at the time of the incident made the basis
of this lawsuit and he may testify to any knowledge he may have of the incident which
occurred on April 8, 1997, between, City Jailer, Eduardo Treviño, Decedent, Juan Jose
Guajardo, and Jail Matron, Ana Hernandez.

Guadalupe Garcia
350 East St. Charles Street, #116
Brownsville, Texas 78520
(956) 541-6185

He was incarcerated at the Brownsville City Jail at the time of the incident made the basis
of this lawsuit and he may testify to any knowledge he may have of the incident that
occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose
Guajardo, and Jail Matron, Ana Hernandez.

Faustino Guzman Gonzalez
Address unknown at this time

He was incarcerated at the Brownsville City Jail at the time of the incident made the basis
of this lawsuit and he may testify to any knowledge he may have of the incident that
occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose
Guajardo, and Jail Matron, Ana Hernandez.

Martha Basurto Draper
Address unknown at this time

She was incarcerated at the Brownsville City Jail at the time of the incident made the basis
of this lawsuit and she may testify to any knowledge she may have of the incident that
occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose
Guajardo, and Jail Matron, Ana Hernandez.

Juan Jesus Escamilla
Address unknown at this time

He was incarcerated at the Brownsville City Jail at the time of the incident made the basis
of this lawsuit and he may testify to any knowledge he may have of the incident that
occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose
Guajardo, and Jail Matron, Ana Hernandez.

Julio Cesar Vazquez
Address unknown at this time

He was incarcerated at the Brownsville City Jail at the time of the incident made the basis
of this lawsuit and he may testify to any knowledge he may have of the incident that
occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose
Guajardo, and Jail Matron, Ana Hernandez.

Pedro Guevara
Address unknown at this time

He was incarcerated at the Brownsville City Jail at the time of the incident made the basis
of this lawsuit and he may testify to any knowledge he may have of the incident that
occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose
Guajardo, and Jail Matron, Ana Hernandez.

Roberto Juarez
Address unknown at this time

He was incarcerated at the Brownsville City Jail at the time of the incident made the basis
of this lawsuit and he may testify to any knowledge he may have of the incident that
occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose
Guajardo, and Jail Matron, Ana Hernandez.

Miguel Angel Barron
Address unknown at this time

He was incarcerated at the Brownsville City Jail at the time of the incident made the basis
of this lawsuit and he may testify to any knowledge he may have of the incident that
occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose
Guajardo, and Jail Matron, Ana Hernandez.

Jose Maria Moreno
Address unknown at this time

He was incarcerated at the Brownsville City Jail at the time of the incident made the basis
of this lawsuit and he may testify to any knowledge he may have of the incident that
occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose
Guajardo, and Jail Matron, Ana Hernandez.

Roberto S. Medina
Address unknown at this time

He was incarcerated at the Brownsville City Jail at the time of the incident made the basis
of this lawsuit and he may testify to any knowledge he may have of the incident that
occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose
Guajardo, and Jail Matron, Ana Hernandez.

Juan Garza
Address unknown at this time

He was incarcerated at the Brownsville City Jail at the time of the incident made the basis
of this lawsuit and he may testify to any knowledge he may have of the incident that
occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose
Guajardo, and Jail Matron, Ana Hernandez.

Juan Angel Gonzalez
Address unknown at this time

He was incarcerated at the Brownsville City Jail at the time of the incident made the basis
of this lawsuit and he may testify to any knowledge he may have of the incident that
occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose
Guajardo, and Jail Matron, Ana Hernandez.

Reynaldo Gonzalez, Jr.
Address unknown at this time

He was incarcerated at the Brownsville City Jail at the time of the incident made the basis
of this lawsuit and he may testify to any knowledge he may have of the incident that
occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose
Guajardo, and Jail Matron, Ana Hernandez.

Alejandro Anival Mendez
Address unknown at this time

He was incarcerated at the Brownsville City Jail at the time of the incident made the basis
of this lawsuit and he may testify to any knowledge he may have of the incident that
occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose
Guajardo, and Jail Matron, Ana Hernandez.

Antonio Perez
Address unknown at this time

He was incarcerated at the Brownsville City Jail at the time of the incident made the basis
of this lawsuit and he may testify to any knowledge he may have of the incident that
occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose
Guajardo, and Jail Matron, Ana Hernandez.

Marco Antonio Rodriguez
Address unknown at this time

He was incarcerated at the Brownsville City Jail at the time of the incident made the basis
of this lawsuit and he may testify to any knowledge he may have of the incident that
occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose
Guajardo, and Jail Matron, Ana Hernandez.

Jorge Trevino
Address unknown at this time

He was incarcerated at the Brownsville City Jail at the time of the incident made the basis
of this lawsuit and he may testify to any knowledge he may have of the incident that
occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose
Guajardo, and Jail Matron, Ana Hernandez.

Jose Garcia
843 East Tyler
Brownsville, Texas 78520

He may testify to his prior experience of excessive use of force by Detention Officer,
Eduardo Treviño, while incarcerated at the Brownsville City Jail.

Noe David Ramos
485 Wild Rose Lane
Brownsville, Texas 78520

He may testify to his prior experience of excessive use of force by Detention Officer,
Eduardo Treviño, while incarcerated at the Brownsville City Jail.

Elijah Perez
2309 Central Avenue
Brownsville, Texas 78521

He may testify to his prior experience of excessive use of force by Detention  Officer,
Eduardo Treviño, while incarcerated at the Brownsville City Jail.

DeWitt S. Davenport, M.D.
Valley Baptist Medical Center
P.O. Drawer 2588
Harlingen, Texas 78550
(956) 389-1100

Dr. Davenport assisted Dr. Cornwell in performing Juan Jose Guajardo's autopsy and he
may testify to his findings.  He may further testify to Juan Jose Guajardo's prognosis and
diagnosis, past medical bills, and to his medical opinion of Juan Jose Guajardo's  cause of
death.

Marvis Walton
Valley Baptist Medical Center
P.O. Drawer 2588
Harlingen, Texas 78550
(956) 389-1100

He assisted Dr. Cornwell in performing Juan Jose Guajardo's autopsy and he may testify to his findings. He may further testify to Juan Jose Guajardo's prognosis and diagnosis, past medical bills, and to his medical opinion of Juan Jose Guajardo's cause of death.

Dr. Francis Gumbel (Emergency Physician)
Brownsville Medical Center
1040 West Jefferson Street
Brownsville, Texas 78520
(956) 544-1400

Dr. Gumbel may testify to the emergency medical treatment and care rendered to decedent, Juan Jose Guajardo, for the injuries and damages he sustained as a result of the incident made the basis of this lawsuit. She may further testify to Juan Jose Guajardo's prognosis and diagnosis, past medical bills, and her medical opinion as to Juan Jose Guajardo's cause of death.

Dr. Jaime Silva (Emergency Physician)
Brownsville Medical Center
1040 West Jefferson Street
Brownsville, Texas 78520
(956) 544-1400

Dr. Silva may testify to the emergency medical treatment and care rendered to decedent, Juan Jose Guajardo, for the injuries and damages he sustained as a result of the incident made the basis of this lawsuit. He may further testify to Juan Jose Guajardo's prognosis and diagnosis, past medical bills, and his medical opinion as to Juan Jose Guajardo's cause of death.

Dr. Victor Gonzalez (Emergency Physician)
Brownsville Medical Center
1040 West Jefferson Street
Brownsville, Texas 78520
(956) 544-1400

Dr. Gonzalez may testify to the emergency medical treatment and care rendered to decedent, Juan Jose Guajardo, for the injuries and damages he sustained as a result of the incident made the basis of this lawsuit. He may further testify to Juan Jose Guajardo's prognosis and diagnosis, past medical bills, and his medical opinion as to Juan Jose Guajardo's cause of death.

Dr. Roberto Lozano (Emergency Physician)
Brownsville Medical Center
1040 West Jefferson Street
Brownsville, Texas 78520
(956) 544-1400

Dr. Lozano may testify to the medical treatment and care rendered to decedent, Juan Jose Guajardo, for the injuries and damages he sustained as a result of the incident made the basis of this lawsuit. He may further testify to Juan Jose Guajardo's prognosis and diagnosis, past medical bills, and his medical opinion as to Juan Jose Guajardo's cause of death.

Dr. Nicholas Metcalf (Emergency Physician)
Brownsville Medical Center
1040 West Jefferson Street
Brownsville, Texas 78520
(956) 544-1400

Dr. Metcalf may testify to the emergency medical treatment and care rendered to decedent, Juan Jose Guajardo, for the injuries and damages he sustained as a result of the incident made the basis of this lawsuit. He may further testify to Juan Jose Guajardo's prognosis and diagnosis, past medical bills, and his medical opinion as to Juan Jose Guajardo's cause of death.

Dr. Robert Lerma (Emergency Physician)
Brownsville Medical Center
1040 West Jefferson Street
Brownsville, Texas 78520
(956) 544-1400

Dr. Lerma may testify to the emergency medical treatment and care rendered to decedent, Juan Jose Guajardo, for the injuries and damages he sustained as a result of the incident made the basis of this lawsuit. He may further testify to Juan Jose Guajardo's prognosis and diagnosis, past medical bills, and his medical opinion as to Juan Jose Guajardo's cause of death.

Dr. L.R. Pelly (Emergency Physician)
Brownsville Medical Center
1040 West Jefferson Street
Brownsville, Texas 78520
(956) 544-1400

Dr. Pelly may testify to the emergency medical treatment and care rendered to decedent, Juan Jose Guajardo, for the injuries and damages he sustained as a result of the incident made the basis of this lawsuit. He may further testify to Juan Jose Guajardo's prognosis and diagnosis, past medical bills, and his medical opinion as to Juan Jose Guajardo's cause of death.

31

Dr. Elrma
Brownsville Medical Center
1040 West Jefferson Street
Brownsville, Texas 78520
(956) 544-1400

Dr. Elrma may testify to the emergency medical treatment and care rendered to decedent,
Juan Jose Guajardo, for the injuries and damages he sustained as a result of the incident
made the basis of this lawsuit.  He/she may further testify to Juan Jose Guajardo's
prognosis and diagnosis, past medical bills, and his medical opinion as to Juan Jose
Guajardo's cause of death.

Dr. Reis
Brownsville Medical Center
1040 West Jefferson Street
Brownsville, Texas 78520
(956) 544-1400

Dr. Reis was the physician notified of Juan Jose Guajardo's death. He/she may testify to
Juan Jose Guajardo's prognosis and diagnosis, past medical bills, and his medical opinion
as to Juan Jose Guajardo's cause of death.

Dr. Anant Utturkar (Radiologist)
Brownsville Medical Center
1040 West Jefferson Street
Brownsville, Texas 78520
(956) 544-1400

Dr. Utturkar may testify to the reading and interpretation of the Ct Scan performed on
decedent, Juan Jose Guajardo, as a result of the incident made the basis of this lawsuit.
He may further testify to Juan Jose Guajardo's prognosis and diagnosis, past medical bills,
and his medical opinion as to Juan Jose Guajardo's cause of death.

Dr. W.J. McKinney (Radiologist)
Brownsville Medical Center
1040 West Jefferson Street
Brownsville, Texas 78520
(956) 544-1400

Dr. McKinney may testify to the reading and interpretation of the x-rays taken of
decedent, Juan Jose Guajardo, as a result of the incident made the basis of this lawsuit.
He may further testify to Juan Jose Guajardo's prognosis and diagnosis, past medical bills
and his medical opinion as to Juan Jose Guajardo's cause of death.

Hector Leal (Registered Nurse)
Brownsville Medical Center
1040 West Jefferson Street
Brownsville, Texas 78520
(956) 544-1400

He may testify to the emergency medical treatment and nursing care rendered to decedent, Juan Jose Guajardo, for the injuries and damages he sustained as a result of the incident made the basis of this lawsuit. He may further testify to Juan Jose Guajardo's prognosis and diagnosis and past medical bills.

C. Hody (Registered Nurse)
Brownsville Medical Center
1040  West Jefferson Street
Brownsville, Texas 78520
(956) 544-1400

He/she may testify to the emergency medical treatment and nursing care rendered to decedent, Juan Jose Guajardo, for the injuries and damages he/she sustained as a result of the incident made the basis of this lawsuit. He/she may further testify to Juan Jose Guajardo's prognosis and diagnosis and past medical bills.

Roy Crabbe (Floor Nurse)
Brownsville Medical Center
1040 West Jefferson Street
Brownsville, Texas 78520
(956) 544-1400

He may testify to the emergency medical treatment and nursing care rendered to decedent, Juan Jose Guajardo, for the injuries and damages he sustained as a result of the incident made the basis of this lawsuit. He may further testify to Juan Jose Guajardo's prognosis and diagnosis and past medical bills.

C. Morellas (Registered Nurse)
Brownsville Medical Center
1040 West Jefferson Street
Brownsville, Texas 78520
(956) 544-1400

He/she may testify to the emergency medical treatment and nursing care rendered to decedent, Juan Jose Guajardo, for the injuries and damages he sustained as a result of the incident made the basis of this lawsuit. He/she may further testify to Juan Jose Guajardo's prognosis and diagnosis and past medical bills.

Maureen J. Raltray (Registered Nurse)
Brownsville Medical Center
1040 West Jefferson Street
Brownsville, Texas 78520
(956) 544-1400

She may testify to the emergency medical treatment and nursing care rendered to decedent, Juan Jose Guajardo, for the injuries and damages he sustained as a result of the incident made the basis of this lawsuit.  She may further testify to Juan Jose Guajardo's prognosis and diagnosis and past medical bills.

Becky Garza (Registered Nurse)
Brownsville Medical Center
1040 West Jefferson Street
Brownsville, Texas 78520
(956) 544-1400

She may testify to the emergency medical treatment and nursing care rendered to decedent, Juan Jose Guajardo, for the injuries and damages he sustained as a result of the incident made the basis of this lawsuit.  She may further testify to Juan Jose Guajardo's prognosis and diagnosis and past medical bills.

M. Sanchez (Registered Nurse)
Brownsville Medical Center
1040 West Jefferson Street
Brownsville, Texas 78520
(956) 544-1400

He/she may testify to the emergency medical treatment and nursing care rendered to decedent, Juan Jose Guajardo, for the injuries and damages he sustained as a result of the incident made the basis of this lawsuit.  He/she may further testify to Juan Jose Guajardo's prognosis and diagnosis and past medical bills.

Phili (Patient Care Coordinator)
Brownsville Medical Center
1040 West Jefferson Street
Brownsville, Texas 78520
(956) 544-1400

He may testify to the emergency medical treatment and nursing care rendered to decedent, Juan Jose Guajardo, for the injuries and damages he sustained as a result of the incident made the basis of this lawsuit.  He may further testify to Juan Jose Guajardo's prognosis and diagnosis and past medical bills.

Becky Sauceeda (Respiratory Therapist)
Brownsville Medical Center
1040 West Jefferson Street
Brownsville, Texas 78520
(956) 544-1400

She may testify to the emergency medical treatment and care rendered to decedent, Juan Jose Guajardo, for the injuries and damages he sustained as a result of the incident made the basis of this lawsuit.  She may further testify to Juan Jose Guajardo's  prognosis and diagnosis and past medical bills.

Walter Montes (Respiratory Therapist)
Brownsville Medical Center
1040 West Jefferson Street
Brownsville, Texas 78520
(956) 544-1400

He may testify to the emergency medical treatment and care rendered to decedent, Juan Jose Guajardo, for the injuries and damages he sustained as a result of the incident made the basis of this lawsuit.  He may further testify to Juan Jose Guajardo's  prognosis and diagnosis and past medical bills.

Ross Moore (Respiratory Therapist)
Brownsville Medical Center
1040 West Jefferson Street
Brownsville, Texas 78520
(956) 544-1400

He may testify to the emergency medical treatment and care rendered to decedent, Juan Jose Guajardo, for the injuries and damages he sustained as a result of the incident made the basis of this lawsuit.  He may further testify to Juan Jose Guajardo's prognosis and diagnosis and past medical bills.

B. Garza (Respiratory Therapist)
Brownsville Medical Center
1040 West Jefferson Street
Brownsville, Texas 78520
(956) 544-1400

He/she may testify to the emergency medical treatment and care rendered to decedent, Juan Jose Guajardo, for the injuries and damages he sustained as a result of the incident made the basis of this lawsuit.  He/she may further testify to Juan Jose Guajardo's prognosis and diagnosis and past medical bills.

35

Jose A. R. (Hospital Representative)
Brownsville Medical Center
1040 West Jefferson Street
Brownsville, Texas 78520
(956) 544-1400

He may testify to the emergency medical treatment and care rendered to decedent, Juan Jose Guajardo, for the injuries and damages he sustained as a result of the incident made the basis of this lawsuit. He may further testify to Juan Jose Guajardo's prognosis and diagnosis.

Sheriff T.L. Baker
Operational Support Services, Inc.
19018 Candleview
Spring, Texas 77388
(281) 288-9190

Mr. Baker is the former Sheriff in Potter County, Texas who has been retained as a testifying expert witness on our behalf in this case. He is expected to testify as to Defendants' negligence which resulted in my son's death which made the basis of this lawsuit.

David Salmon
Operational Support Services, Inc.
19018 Candleview
Spring, Texas 77388
(281) 288-9190

Mr. Salmon is a law enforcement advisor who has been retained as a testifying expert witness on our behalf in this case. He is expected to testify as to Defendants' negligence which resulted in my son's death which made the basis of this lawsuit.

Alberto M. Vega, Custodian of Records for
Trevino Funeral Home
1335 Old Port Isabel Road
Brownsville, Texas 78521
(956) 542-2583

He may testify to the services rendered and the charges made by Trevino Funeral Home for deceased, Juan Jose Guajardo.

Mariella P. Adame, Funeral Director for
Trevino Funeral Home
1335 Old Port Isabel Road
Brownsville, Texas 78521
(956) 542-2583

She may testify to the services rendered by Trevino Funeral Home for deceased, Juan Jose Guajardo.

Hilda Castro, Funeral Director for
Trevino Funeral Home
1335 Old Port Isabel Road
Brownsville, Texas 78521
(956) 542-2583

She may testify to the services rendered by Trevino Funeral Home for deceased, Juan Jose Guajardo.

Deacon Felipe Trevino
3005 Old Alice Road
Brownsville, Texas 78521
(956) 542-8544

He may testify to the services he rendered for deceased, Juan Jose Guajardo.  He may further testify to any knowledge he may have of the incident that occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose Guajardo, and Jail Matron, Ana Hernandez.

Isabel Garcia, Custodian of Records for
Rose Lawn Memorial Gardens
34 Old Port Isabel Road
Brownsville, Texas 78521

She may testify to the services rendered and the charges made by Rose Lawn Memorial Gardens for deceased, Juan Jose Guajardo.

Esther A. Garza, Custodian of Financial and Medical Records for
Brownsville Emergency Medical Service
1325 East Ringgold
Brownsville, Texas 78520
(956) 541-9491

She may testify to the financial and medical records incurred on behalf of deceased, Juan Jose Guajardo, as a result of the incident made the basis of this lawsuit.

Bonnie Douglass, Custodian of Financial Records for
Dr. Nicholas Metcalf
P.O. Box 4346 Dept 276
Houston, Texas 77210-4346

She may testify to the financial records incurred on behalf of deceased, Juan Jose Guajardo, as a result of the incident made the basis of this lawsuit.

37

Frances Makiolke, Custodian of Financial Records for
Brownsville Medical Center
1040 West Jefferson Street
Brownsville, Texas 78520
(956) 544-1400

She may testify to the financial records incurred on behalf of deceased, Juan Jose
Guajardo, as a result of the incident made the basis of this lawsuit.

Mary T. Hamilton, Custodian of Financial Records for
Physician Services
1616 Ed Carey Drive
Harlingen, Texas 78550
(956) 423-3335

She may testify to the financial records incurred on behalf of deceased, Juan Jose
Guajardo, as a result of the incident made the basis of this lawsuit.

Belinda P. Campirano, Custodian of Medical Records for
Valley Baptist Medical Center
2101 Pease
Harlingen, Texas 78550
(956) 389-1100

She may testify to the medical records incurred on behalf of deceased, Juan Jose
Guajardo, as a result of the incident made the basis of this lawsuit.

Juan Garcia
Address Unknown
Garland, Texas
Telephone No. Unknown

Juan is Alejandro Garcia's brother.  He has knowledge of my son's personality and
behavior at the time when my son would visit Alejandro and him.  He may also have
knowledge of the April 8, 1997 incident made the basis of this lawsuit.

Norma Ortiz
c/o Norma's Services
1015 E. 6th Street
Brownsville, Texas 78520
(956) 541-2299

Ms. Ortiz will testify as to any knowledge she may have of the April 8, 1997 incident
made the basis of this lawsuit.

38

All of the Custodians of Business, Financial and/or Medical Records of the various clinics, hospitals, physicians, and health care providers which have rendered medical treatment, medical care and/or professional services to deceased, Juan Jose Guajardo in regard to the injuries which he sustained due to the incident made the basis of this lawsuit.  Some of the respective names and credentials of said custodian of records are unknown to me at this time.  These individuals have knowledge as to the authenticity of the records x-ray films and/or items which they have furnished in regard to Depositions By Written Questions and/or self authentication records.  They further have knowledge as to the contents of the billing records, hospital records, and medical records which have been furnished to counsel.

In addition to the witnesses listed by Plaintiffs, Plaintiffs hereby designate the following expert witness listed by Defendant whom Plaintiffs may utilize his testimony in trial:

Vincent DiMaio, M.D.
7337 Louis Pasteur
San Antonio, Texas 78229
(210) 615-2155

Dr. DiMaio is a forensic pathologist who will offer expert testimony regarding the cause of Juan Jose Guajardo's death.

Jose Manuel Hinojosa
2124 Coolidge B
Brownsville, Texas 78521
(956) 504-5764

He may testify to his suffering from the death of a loved one, including loss of care, maintenance, support services, advice, and counsel.  Additionally, he may testify to his suffering of severe mental depression and anguish, grief and sorrow as a result of the death of Juan Jose Guajardo, and he is likely to continue to suffer for a long time in the future. In conclusion, he may testify to any knowledge he may have of the incident that occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose Guajardo, and Jail Matron, Ana Hernandez.

Steven Joseph Schultz
2125 Southmost Road
Brownsville, Texas 78521
(956) 544-5283

He may testify to his suffering from the death of a loved one, including loss of care, maintenance, support services, advice, and counsel.  Additionally, he may testify to his suffering of severe mental depression and anguish, grief and sorrow as a result of the death of Juan Jose Guajardo, and he is likely to continue to suffer for a long time in the future. In conclusion, he may testify to any knowledge he may have of the incident that occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose Guajardo, and Jail Matron, Ana Hernandez.

Cipriano G. Garcia
Will supplement

He may testify to his suffering from the death of a loved one, including loss of care, maintenance, support services, advice, and counsel. Additionally, he may testify to his suffering of severe mental depression and anguish, grief and sorrow as a result of the death of Juan Jose Guajardo, and he is likely to continue to suffer for a long time in the future. In conclusion, he may testify to any knowledge he may have of the incident that occurred on April 8, 1997, between City Jailer, Eduardo Treviño, Decedent, Juan Jose Guajardo, and Jail Matron, Ana Hernandez.

40

Deposition of Orlando Benevides; Page and line numbers to be edited out of video.

Page 7 line 9-12
Page 14 line 23, 25
Page 15 line 1-2, 14-19
Page 18 line 7-11
Page 19 line 6-9
Page 21 line 1-2
Page 24 line 10-11
Page 27 line 17
Page 28 line 3-7
Page 31 line 8-14
Page 33 line 21-23
Page 34 line 23
Page 35 line 16
Page 42 line 1
Page 49 line 14
Page 58 line 5-6
Page 71 line 17-21

CtxPDF – www.fasiio.com

Deposition of Dr. Luis Alberto Campos; Page and line numbers to be edited out of video.

| Page | Line |
|------|------|
| 26 | 24-25 |
| 27 | 5-6 |
| 29 | 10-11, 17 |
| 30 | 3-4 |
| 32 | 4-5, 11-12 |
| 34 | 22-23 |
| 39 | 15-16 |
| 40 | 17-18 |
| 41 | 2-3, 9-10, 19-20 |
| 42 | 22-25 |
| 43 | 1-5, 12-17 |
| 44 | 5-6, 23-24 |
| 45 | 20-21 |
| 47 | 4-5 |
| 54 | 24-25 |
| 55 | 18-21 |
| 61 | 20-25 |
| 62 | 1-7 |
| 64 | 24-25 |
| 67 | 23 |
| 68 | 2-7 |
| 70 | 1-7 |
| 79 | 15-22 |
| 88 | 5-25 |
| 89 | 1-25 |
| 93 | 16-17 |
| 94 | 1, 14-15, 22-23 |

Deposition of Hector Eguia Garcia; Page and line numbers to edit out for video.

Page 6 line 1-24
Page 12 line 1-6
Page 23 line 21
Page  25 line 4
Page  26 line 5
Page 27 line 11-14
Page  29 line 21
Page  30 line 16
Page  31 line 3-4, 10, 16, 23=-24
Page  41 line 21
Page 42 line 10-14
Page 47 line 7-10
Page  48 line 13
Page 50 line 3-4, 21
Page 51 line 5
Page 52 line 20-25
Page  53 line 5-6
Page  50 line 3-4
Page  51 line 5
Page  67 line 6-25
Page  68 line 1-11, 19
Page 70 line 12-18

# DEPOSITION OF OSCAR LARA

Delete the following page and line numbers:

| PAGE | LINE(S) |
|------|---------|
| 13 | 15-18 |
|    | 21-22 |
| 14 | 14 |
| 15 | 5 |
| 16 | 5-7 |
|    | 23-25 |
| 17 | 1 |
| 20 | 2-5 |
| 24 | 1-8 |
| 29 | 12-14 |
| 31 | 21-22 |
| 32 | 19-20 |
|    | 25 |
| 33 | 2-3 |
| 34 | 23-24 |
| 36 | 4-5 |
|    | 19-25 |
| 37 | 1-3 |
|    | 19-20 |
| 38 | 11 |
|    | 2-425 |
| 42 | 12-14 |
| 47 | 18-23 |
| 48 | 9-10 |
| 49 | 10-11 |
| 52 | 2-3 |

Deposition of Alejandro Medina; Page and line numbers to be edited out of video.

| Page | Line | Page 1 |
|------|------|--------|
| 5  | 1-25 | |
| 6  | 1-16 | |
| 18 | 6-9 | |
| 19 | 1-4 | |
| 29 | 12-14 | |
| 31 | 4-7 | |
| 39 | 12 | |
| 40 | 17-20 | |
| 47 | 7-8 | |
| 58 | 14-16 | |
| 60 | 15-16 | |
| 68 | 13-20 | |
| 91 | 6, 18-19, 24-25 | |
| 92 | 5-6 | |

Deposition of Dr. Thadeus J. Schulz; Page and line numbers to be edited out of video.

Page 17 line 13-20
Page 23 line 14
Page 25 line 3
Page 26 line 25
Page 27 line 1, 12, 14-15
Page 28 line 1, 24-25
Page 29 line 1-12, 20
Page 34 line 15
Page 36 line 18
Page 38 line 1-2, 6
Page 39 line 8
Page 40 line 10
Page 42 line 18
Page 43 line 11
Page 47 line 8, 15, 24
Page 48 line 1-3
Page 49 line 25
Page 50 line 19
Page 51 line 2-3, 20
Page 52 line 3-10, 24
Page 53 line 2-8, 14, 21
Page 54 line 4, 13, 19
Page 55 line 1, 8, 18
Page 56 line 3-6
Page 57 line 1, 12
Page 59 line 15-16, 21-25
Page 61 line 9-10, 15, 20
Page 63 line 1, 7
Page 64 line 19
Page 65 line 8-15
Page 74 line 19-20
Page 76 line 16-22
Page 82 line 12-13, 18-25
Page 83 line 1, 8-12
Page 88 line 18-23
Page 91 line 2-10
Page 104 line 24-25
Page 105 line 1-6
Page 107 line 1-10
Page 109 line 8-18
Page 110 line 2-6
Page 111 line 23-25
Page 112 line 15-25

Deposition of Billy Ray Tidwell; Page and line numbers to be edited out of video.

| Page | Line | Page 1 |
|------|------|--------|
| 21 | 14 | |
| 22 | 22 | |
| 28 | 11-14 | |
| 35 | 20 | |
| 36 | 1 | |
| 38 | 9 | |
| 40 | 11-12 | |
| 41 | 2, 10, 20-21 | |
| 42 | 17, 21-23 | |
| 43 | 19 | |
| 44 | 6-7, 16-17, 20 | |
| 46 | 7 | |
| 47 | 10 | |
| 48 | 10-11, 19 | |
| 49 | 6 | |
| 51 | 5, 12 | |
| 52 | 1, 3, 19 | |
| 53 | 14, 18 | |
| 54 | 20-21 | |
| 55 | 24 | |
| 56 | 3, 22 | |
| 58 | 11 | |
| 59 | 6 | |
| 60 | 15-20, 24 | |
| 61 | 13-17 | |
| 62 | 23-24 | |
| 64 | 9, 14, 21, 24 | |
| 66 | 16 | |
| 67 | 1 | |
| 71 | 4, 10 | |
| 73 | 3, 13-14, 25 | |
| 74 | 2-3, 7, 15 | |
| 75 | 24 | |
| 77 | 3-4 | |
| 78 | 22 | |
| 81 | 12, 14-16, 19-21 | |
| 82 | 3-6, 11-14 | |
| 83 | 6-10, 20 | |
| 84 | 6-13, 17-18 | |
| 85 | 5 | |
| 86 | 15, 21-24 | |
| 87 | 9-11, 23-24 | |
| 89 | 5 | |

Page 2

| | |
|---|---|
| 90 | 10 |
| 94 | 3-4 |
| 97 | 3, 9-10 |
| 98 | 25 |
| 99 | 3-6, 19-20 |
| 100 | 5-6 |
| 102 | 1-4 |
| 103 | 4-12 |
| 105 | 16-17 |
| 106 | 9-12, 22-23 |
| 107 | 7, 14, 23 |
| 108 | 15 |
| 110 | 8-9 |
| 112 | 2-3 |
| 113 | 13-14 |
| 114 | 4 |
| 115 | 12-13 |
| 117 | 23-24 |
| 118 | 20-21 |
| 119 | 13-18 |
| 120 | 8-9 |
| 121 | 23-24 |
| 122 | 1-2 |
| 124 | 8-9, 14-15, 20-21 |
| 143 | 19-20 |
| 144 | 3-16 |
| 150 | 1-2, 12-13 |
| 151 | 3-5, 13 |
| 158 | 2-4 |
| 160 | 3-5, 17-18 |
| 163 | 7-8 |
| 166 | 8-11, 24-25 |
| 167 | 1-2, 5-6 |
| 169 | 25 |
| 170 | 1, 22-25 |
| 174 | 24-25 |
| 184 | 7-8 |
| 186 | 10-14, 20-21, 22-23 |
| 187 | 4-5 |
| 191 | 22-25 |
| 192 | 1-10, 25 |
| 193 | 1-13 |
| 199 | 14-15 |
| 200 | 10-12 |
| 203 | 20-21 |

| | | |
|---|---|---|
| 209 | 1-2 | Page 3 |
| 210 | 17-18, 20-21 | |
| 213 | 14-15 | |
| 216 | 1-2, 22-23 | |
| 218 | 2-3 | |
| 222 | 4-11 | |
| 236 | 4-6, 17-18 | |
| 240 | 6-7, 9-10 | |
| 241 | 11-12, 16-17, 20-23 | |
| 244 | 9-16, 21 | |
| 259 | 9-11 | |
| 260 | 5-6, 15-25 | |
| 263 | 12 | |
| 264 | 1-2, 10-11, 16-17 | |
| 266 | 5-6, 13, 25 | |
| 267 | 6-7, 9-10, 19-21 | |
| 269 | 2-8, 20 | |
| 270 | 5 | |
| 271 | 5 | |
| 272 | 7, 17-18 | |
| 273 | 22 | |
| 274 | 1, 4, 10, 21-22 | |
| 275 | 6-7, 15 | |
| 276 | 1, 3-4, 9, 17-18, 22-23 | |
| 277 | 8-9 | |
| 278 | 4-6, 9 | |
| 279 | 2-4, 12-13, 25 | |
| 280 | 3, 22-25 | |
| 282 | 22 | |
| 283 | 8 | |
| 284 | 8-9 | |
| 288 | 14-15 | |