

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 3 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARIA F. GUAJARDO, INDIVIDUALLY & AS ADMINISTRATOR OF THE ESTATE OF JUAN JOSE GUAJARDO, AND AS GUARDIAN OF THOMAS GUAJARDO, III, CYNTHIA GUAJARDO, AND CAROLINE GUAJARDO, MINOR CHILDREN AND ALEJANDRO GARCIA & & & & & & & | & & & & CIVIL ACTION NO. 97-215 & (JURY REQUESTED) & |
| VS. | & |
| EDUARDO TREVINO, INDIVIDUALLY | & |

### PLAINTIFFS' PROPOSED JURY INSTRUCTIONS, DEFINITIONS, AND INTERROGATORIES

COME NOW, **MARIA F. GUAJARDO, INDIVIDUALLY**, and as **ADMINISTRATOR OF THE ESTATE OF JUAN JOSE GUAJARDO**, and as **GUARDIAN OF THOMAS GUAJARDO, III, CYNTHIA GUAJARDO**, and **CAROLINE GUAJARDO, MINOR CHILDREN** and **ALEJANDRO GARCIA**, Plaintiffs in the above-styled and civil action, having been presented before the Court the charge to the jury in the time and manner required by law, respectfully requests that the Court submit to the jury the jury instructions, definitions, and interrogatories attached Exhibit hereto as **Exhibit "A"**.

1

Respectfully submitted,

**LAW OFFICES OF
ERNESTO GAMEZ, JR., P.C.**
777 E. Harrison Street
Brownsville, Texas 78520
Telephone No.: (956) 541-3820
Facsimile No.: (956) 541-7694

BY: _/s/ Victor Quintanilla_
VICTOR QUINTANILLA
State Bar No. 00786181
Federal Id. No. 16073

ATTORNEY-IN-CHARGE FOR PLAINTIFFS MARIA F. GUAJARDO, INDIVIDUALLY, and as ADMINISTRATOR OF THE ESTATE OF JUAN JOSE GUAJARDO, and as GUARDIAN OF THOMAS GUAJARDO, III, CYNTHIA GUAJARDO, and CAROLINE GUAJARDO, MINOR CHILDREN and ALEJANDRO GARCIA

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing **Plaintiffs' Proposed Jury Instructions, Definitions, and Interrogatories** has been served on opposing counsel **VIA HAND-DELIVERY** in accordance with the Federal Rules of Civil Procedure, on this the 23rd day of March, 2001, to Hon. George C. Kraehe, **WILLETTE & GUERRA, L.L.P.**, International Plaza, Suite 460, 3505 Boca Chica Blvd., Brownsville, Texas, 78521.

_/s/ Victor Quintanilla_
VICTOR QUINTANILLA

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MARIA F. GUAJARDO, INDIVIDUALLY &
AS ADMINISTRATOR OF THE ESTATE &
OF JUAN JOSE GUAJARDO, AND AS &
GUARDIAN OF THOMAS GUAJARDO, &
III, CYNTHIA GUAJARDO, AND &
CAROLINE GUAJARDO, MINOR & CIVIL ACTION NO. 97-215
CHILDREN AND ALEJANDRO GARCIA & (JURY REQUESTED)
&
VS. &
&
EDUARDO TREVINO, INDIVIDUALLY &

## CONTENTS

1. PRELIMINARY INSTRUCTIONS . . . . . . . . . . . . . . . . . . . . 5

2. FIRST RECESS . . . . . . . . . . . . . . . . . . . . . . . . . . 7

3. STIPULATED TESTIMONY . . . . . . . . . . . . . . . . . . . . . . 8

4. STIPULATIONS OF FACT . . . . . . . . . . . . . . . . . . . . . . 9

5. JUDICIAL NOTICE . . . . . . . . . . . . . . . . . . . . . . . . 10

6. DISCONTINUANCE AS TO SOME PARTIES . . . . . . . . . . . . . . . 11

7. PUBLICITY DURING TRIAL . . . . . . . . . . . . . . . . . . . . . 12

8. BENCH CONFERENCES AND RECESSES . . . . . . . . . . . . . . . . . 13

9. DEMONSTRATIVE EVIDENCE . . . . . . . . . . . . . . . . . . . . . 14

10. WITNESS NOT CALLED . . . . . . . . . . . . . . . . . . . . . . . 15

11. SIMILAR ACTS-CAUTIONARY CHARGE . . . . . . . . . . . . . . . . . 16

12. DUTY TO DELIBERATE . . . . . . . . . . . . . . . . . . . . . . . 17

12. DUTY TO DELIBERATE . . . . . . . . . . . . . . . . . . . 17

13. INSTRUCTIONS ON DELIBERATION. . . . . . . . . . . . . . . 18

14. BIAS-CORPORATE PARTY INVOLVED . . . . . . . . . . . . . . 19

15. LIMITING INSTRUCTION. . . . . . . . . . . . . . . . . . . 20

16. IMPEACHMENT BY WITNESSES' INCONSISTENT STATEMENTS . . . . 21

17. IMPEACHMENT BY WITNESSES' FELONY CONVICTION . . . . . . . 22

18. CONSIDERATION OF THE EVIDENCE . . . . . . . . . . . . . . 23

19. EXPERT WITNESSES . . . . . . . . . . . . . . . . . . . . 24

20. BURDEN OF PROOF WHEN ONLY PLAINTIFF HAS BURDEN . . . . . 25

21. USE OF NOTES TAKEN BY JURORS. . . . . . . . . . . . . . . 26

22. CAUTIONARY INSTRUCTION ON DAMAGES . . . . . . . . . . . . 27

23. DEPOSITION TESTIMONY . . . . . . . . . . . . . . . . . . 28

24. GENERAL INSTRUCTIONS FOR CHARGE . . . . . . . . . . . . . 29

25. EXCESSIVE FORCE SECTION 1983 . . . . . . . . . . . . . . 35

26. DAMAGES . . . . . . . . . . . . . . . . . . . . . . . . . 39

27. COMPENSATORY DAMAGES. . . . . . . . . . . . . . . . . . . 40

28. PAIN, SUFFERING, AND EMOTIONAL DISTRESS . . . . . . . . . 42

29. CALCULATION OF PAST AND FUTURE DAMAGES . . . . . . . . . 43

30. INJURY/PAIN/DISABILITY/DISFIGUREMENT/LOSS . . . . . . . . 45

31. MEDICAL EXPENSES. . . . . . . . . . . . . . . . . . . . . 46

32. WRONGFUL DEATH - ESTATE DAMAGES . . . . . . . . . . . . . 47

33. WRONGFUL DEATH - SURVIVORS' DAMAGES . . . . . . . . . . . 48

34. PROPOSED INTERROGATORIES. . . . . . . . . . . . . . . . . 50

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA F. GUAJARDO, INDIVIDUALLY | & | . . . . . . . . . . . . . . . . . . . . |
| AS ADMINISTRATOR OF THE ESTATE | & | |
| OF JUAN JOSE GUAJARDO, AND AS | & | |
| GUARDIAN OF THOMAS GUAJARDO, | & | |
| III, CYNTHIA GUAJARDO, AND | & | |
| CAROLINE GUAJARDO, MINOR | & | . . . . CIVIL ACTION NO. 97-215 |
| CHILDREN AND ALEJANDRO GARCIA | & | . . . . . . . (JURY REQUESTED) |
| | & | |
| VS. | & | . . . . . . . . . . . . . . . . . . |
| | & | |
| EDUARDO TREVINO, INDIVIDUALLY | & | . . . . . . . . . . . . . . . . . . . . |

**PLAINTIFF'S PROPOSED JURY INSTRUCTIONS**

### 1. PRELIMINARY INSTRUCTIONS[1]

MEMBERS OF THE JURY:

You have now been sworn as the jury to try this case. As the jury you will decide the disputed questions of fact.

As the Judge, I will decide all questions of law and procedure. From time to time during the trial and at the end of the trial, I will instruct you on the rules of law that you must follow in making your decision.

---

[1] Authority: Fifth Circuit, Pattern Jury Instructions (Civil Cases), §1.1 (1998).

5

Soon, the lawyers for each of the parties will make what is called an opening statement. Opening statements are intended to assist you in understanding the evidence. What the lawyers say is not evidence.

After the opening statements, the plaintiff will call witnesses and present evidence. Then, the defendant will have an opportunity to call witnesses and present evidence. After the parties' main case is completed, the plaintiff may be permitted to present rebuttal evidence. After all the evidence is completed, the lawyers will again address you to make final arguments. Then I will instruct you on the applicable law. You will then retire to deliberate on a verdict.

Keep an open mind during the trial. Do not decide any fact until you have heard all of the evidence, the closing arguments, and my instructions.

Pay close attention to the testimony and evidence.

If you would like to take notes during the trial, you may do so. If you do take notes, be careful not to get so involved in note taking that you become distracted and miss part of the testimony. Your notes are to be used only as aids to your memory, and if your memory should later be different from your notes, you should rely on your memory and not on your notes. If you do not take notes, rely on your own independent memory of the testimony. Do not be unduly influenced by the notes of other jurors. A juror's notes are not entitled to any greater weight than the recollection of each juror concerning the testimony. Even though the court reporter is making stenographic notes of everything that is said, a typewritten copy of the testimony will not be available for your use during deliberations. On the other hand, any exhibits [may] [will] be available to you during your deliberations.

Until this trial is over, do not discuss this case with anyone and do not permit anyone to discuss this case in your presence. Do not discuss the case even with the other jurors until all of the jurors are in the jury room actually deliberating at the end of the case. If anyone should attempt to discuss this case or to approach you concerning the case, you should inform the Court immediately. Hold yourself completely apart from the people involved in the case-the parties, the witnesses, the attorneys and persons associated with them. It is important not only that you be fair and impartial but that you also appear to be fair and impartial.

Do not make any independent investigation of any fact or matter in this case. You are to be guided solely by what you see and hear in this trial. Do not learn anything about the case from any other source.

During the trial, it may be necessary for me to confer with the lawyers out of your hearing or to conduct a part of the trial out of your presence. I will handle these matters as briefly and as conveniently for you as I can, but you should remember that they are a necessary part of any trial.

It is now time for the opening statements.

2. FIRST RECESS[2]

We are about to take our first break during the trial and I want to remind you of the instruction I gave you earlier. Until the trial is over, you are not to discuss this case with anyone, including your fellow jurors, members of your family, people involved in the trial, or anyone else. If anyone approaches you and tries to talk to you about the case, do not tell your fellow jurors but advise me about it immediately. Do not read or listen to any news reports of the trial. Finally, remember to keep an open mind until all the evidence has been received and you have heard the views of your fellow jurors.

If you need to speak with me about anything, simply give a signed note to the marshal to give to me.

I may not repeat these things to you before every break that we take, but keep them in mind throughout the trial.

---

Authority: Fifth Circuit, Pattern Jury Instructions (Civil Cases), §2.1 (1998).

3. STIPULATED TESTIMONY[3]

The parties have agreed or stipulated that [e.g., if _____ were called as a witness he would testify that _____].

The agreement is that would be [____ s] testimony if called as a witness. You should consider that testimony in the same way as if it had 'been given here in court, and give it the value you believe it deserves.

---

Authority: Fifth Circuit, Pattern Jury Instructions (Civil Cases), §2.2 (1998).

9

### 4. STIPULATIONS OF FACT[4]

The parties have agreed, or stipulated, that [_____]. This means that both sides agree that this is a fact. You must therefore treat this fact as having been proved.

---

Authority: Fifth Circuit, Pattern Jury Instructions (Civil Cases), §2.3 (1998).

9

5. JUDICIAL NOTICE[5]

Although no evidence has been presented, I instruct you that you must accept as proved [state the facts].

---

Authority: Fifth Circuit, Pattern Jury Instructions (Civil Cases), §2.4 (1998).

10

11

6.DISCONTINUANCE AS TO SOME PARTIES[6]

_____ and _____ are no longer involved in this trial. As jurors, it is your duty to consider the issues between [among] (identify remaining parties) under the instructions I give you after you have heard all of the evidence [which might still concern _____ and _____ s conduct in this dispute].

---

Authority: Fifth Circuit, Pattern Jury Instructions (Civil Cases), §2.5 (1998).

11

12

### 7. PUBLICITY DURING TRIAL[7]

If there is publicity about this trial, you must ignore it. You must decide this case only from the evidence presented in the trial. Do not read anything or listen to any TV or radio programs about the case. [This instruction can be modified according to the extent of the case's notoriety].

---

Authority: Fifth Circuit, Pattern Jury Instructions (Civil Cases), §2.6 (1998).

12

8. BENCH CONFERENCES AND RECESSES[8]

At times during the trial it may be necessary for me to talk with the lawyers here at the bench out of your hearing, or by calling a recess. We meet because often during a trial something comes up that doesn't involve the jury.

---

Authority: Fifth Circuit, Pattern Jury Instructions (Civil Cases), §2.7 (1998).

13

9.DEMONSTRATIVE EVIDENCE[9]

Exhibit [describe] is an illustration. It is a party's [description or picture or model] to describe something involved in this trial. If your recollection of the evidence differs from the exhibit, rely on your recollection.

---

Authority: Fifth Circuit, Pattern Jury Instructions (Civil Cases), §2.8 (1998).

## 10. WITNESS NOT CALLED[10]

(Name of Witness) _____ was available to both sides. Thus [the plaintiff] [the defendant] cannot complain that (Witness) was not called to testify, because (Party) could have called (Witness).

[This instruction is appropriate only if the issue arises during closing argument or at some other time in trial.]

---

Authority: Fifth Circuit, Pattern Jury Instructions (Civil Cases), §2.9 (1998).

15