99

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 3 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARIA F. GUAJARDO, INDIVIDUALLY & AS ADMINISTRATOR OF THE ESTATE OF JUAN JOSE GUAJARDO, AND AS GUARDIAN OF THOMAS GUAJARDO, III, CYNTHIA GUAJARDO, AND CAROLINE GUAJARDO, MINOR CHILDREN AND ALEXANDRO GARCIA & & & & & & & | & & & & & CIVIL ACTION NO. 97-215 & |
| VS. | & & |
| EDUARDO TREVINO, INDIVIDUALLY | & |

**PLAINTIFFS' PROPOSED QUESTIONS ON VOIR DIRE OF JURY PANEL**

COME NOW, MARIA F. GUAJARDO, INDIVIDUALLY, and as **ADMINISTRATOR OF THE ESTATE OF JUAN JOSE GUAJARDO**, and as **GUARDIAN OF THOMAS GUAJARDO, III, CYNTHIA GUAJARDO**, and **CAROLINE GUAJARDO, MINOR CHILDREN** and **ALEJANDRO GARCIA**, Plaintiffs in the above-styled and numbered civil action, and respectfully request that this Honorable Court propound to the jury panel during voir dire and/or jury selection the questions attached hereto as **Exhibit "A"**.

ClibPDF - www.fastio.com

Respectfully submitted,

**LAW OFFICES OF**
**ERNESTO GAMEZ, JR., P.C.**
777 E. Harrison Street
Brownsville, Texas 78520
Telephone No.: (956) 541-3820
Facsimile No.: (956) 541-7694

BY: _/s/ Victor Quintanilla_
VICTOR QUINTANILLA
State Bar No. 00786181
Federal Id. No. 16073

ATTORNEY-IN-CHARGE FOR PLAINTIFFS MARIA F. GUAJARDO, INDIVIDUALLY, and as ADMINISTRATOR OF THE ESTATE OF JUAN JOSE GUAJARDO, and as GUARDIAN OF THOMAS GUAJARDO, III, CYNTHIA GUAJARDO, and CAROLINE GUAJARDO, MINOR CHILDREN

## CERTIFICATE OF SERVICE

I, **VICTOR QUINTANILLA**, hereby certify that on this 23rd day of March, 2001, a true and correct copy of the foregoing Plaintiffs' Proposed Questions on Voir Dire of Jury Panel was served via hand-delivery in accordance with the Federal Rules of Civil Procedure to Hon. George C. Kraehe, **WILLETTE, GUERRA & TREVINO, L.L.P.**, International Plaza, Suite 460, 3505 Boca Chica Blvd., Brownsville, Texas, 78521.

_/s/ Victor Quintanilla_
VICTOR QUINTANILLA

2

## EXHIBIT "A"

1. Is any member of the panel familiar with any facts of the occurrence in question which involved the use of excessive, unnecessary, and unlawful force against **JUAN JOSE GUAJARDO** on or about April 8, 1997 at the Municipal Jail in Brownsville, Cameron County, Texas?

2. Is there any member of the panel or a member of his family who has been involved in an altercation with police officers, any other enforcement agency, the **CITY OF BROWNSVILLE**, or the **CITY OF BROWNSVILLE POLICE DEPARTMENT**? If so, state the identify of such person, injuries received, whether or not any claims were made because of such altercation, regardless of whether or not the claim included a lawsuit and regardless of whether or not a lawyer was hired to represent you?

3. Is there any member of this jury panel who has worked as a jailer, correctional officer or detention officer or whose spouse has worked as a jailer, correctional officer or detention officer?

4. Is there any member of the jury panel who is or has worked for the **CITY OF BROWNSVILLE** or the **CITY OF BROWNSVILLE POLICE DEPARTMENT** or has a close member of your family who was or is employed with the **CITY OF BROWNSVILLE** or the city of **BROWNSVILLE POLICE DEPARTMENT**?

5. Do any of you at the present time work as a jailer or correctional officer or detention officer for the **CITY OF BROWNSVILLE**, or for the City of **BROWNSVILLE POLICE DEPARTMENT**, or have you at any time in the past done so?

6. Is there any member of this jury panel who presently has or has had in the past any altercation with any police officer employed the **CITY OF BROWNSVILLE**?

7. Is there any member of this jury panel who presently has or has had in the past any altercations with any police officer employed the **CITY OF BROWNSVILLE POLICE DEPARTMENT**?

8. Has any member of this jury panel ever been a Defendant in a lawsuit?

3

9. Has any member of this jury panel ever had a claim for money damages made against them, whether it resulted in a lawsuit or not?

10. Has any member of this jury panel heard of the "**Litigation Crisis**" known as **Lawsuit Abuse** and do you believe that such crisis exists?

11. Has any member of this jury panel ever been the owner of a business, large or small, at any time in the past?

12. Has any member of this jury panel ever been a witness in any kind of a lawsuit, whether it is not pending or has been disposed of by settlement or trial in the past?

13. Does any member of this jury panel have any prior jury service either in the United States District Court or in a state court? If so, what kind of case did you serve on?

14. Has any member of this jury panel been represented by any of the lawyers in this case?

   **VICTOR QUINTANILLA** of the **LAW OFFICES OF ERNESTO GAMEZ, JR., P.C.**, Counsel for Plaintiffs;

   **ERNESTO GAMEZ, JR.** of the **LAW OFFICES OF ERNESTO GAMEZ, JR., P.C.**, Counsel for Plaintiffs;

   **CHARLES WILLETTE, JR.**, Counsel for Defendants; or

   **GEORGE C. KRAEHE**, Counsel for Defendants;

15. Is there anyone on the jury panel who would not or could not award damages in a substantial sum, even if the evidence supported such an award?

16. Is there any member of this jury panel who has any prejudice or feeling against suits against jailers or correctional officers or detention officers or who has had any experience which would cause him or her to have a feeling, bias, prejudice or opinion before hearing any of the evidence in the instant case?

17. Is there any member of this jury panel who has any quarrel with the rule of law that Plaintiffs have to prove their case only by a preponderance of the evidence and not beyond a reasonable doubt or to a moral certainty, as in a criminal case?

4

18. Is there any member of this jury panel who for any reason, whether asked or not, could not be fair and impartial in this case if chosen as a juror?

19. Is there any member of this jury panel who feels that people should not file lawsuits for either personal injuries or wrongful death?

20. Is there any member of this jury panel who knows or is personally acquainted with the Defendant in this civil action, **EDUARDO TREVIÑO**?

21. Is there any member of this jury panel who knows or is personally acquainted with the family of the Defendant in this civil action, **EDUARDO TREVIÑO**?

5

ClibPDF - www.fastio.com