100

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
ENTERED

MAR 26 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

MARIA F. GUAJARDO, et al §
§
§
versus §  CIVIL ACTION: B: 97-215
§
§
EDUARDO TREVINO §

## Order Setting Teleconference

Please take notice that the Court has set a teleconference for *April 2, 2001 at 2:00 p.m.* The Case Manager will initiate the call at this time. All counsel must be on standby until called.

Signed on _March 26_, 2001 at Brownsville, Texas.

HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE