101

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Maria F. Guajardo, et al, | § § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO. B-97-215 |
| Eduardo Treviño, Individually, | § § § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED, that on March 26, 2001, the Court **ORDERED** the Parties to submit an amended Joint Pretrial Order by Friday, March 30, 2001 at 1:00 p.m. The Parties' current Joint Pretrial Order does not comply with this Court's rules or is deficient in the following respects:

(1) The Parties are to submit an agreed upon version of the Statement of the Case, not two differing versions.

(2) The Admissions of Fact section does not include many facts that are clearly undisputed.

(3) The Parties indicate that there are no Agreed Propositions of Law when there are some clearly established legal principles that apply to this lawsuit.

(4) The Parties have not submitted their Motions in Limine.

Monetary sanctions will be imposed if the Parties do not fully comply with this order in a timely fashion.

DONE at Brownsville, Texas, this 26th day of March 2001.

Hilda G. Tagle
United States District Judge