IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 2 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARIA F. GUAJARDO, INDIVIDUALLY & AS ADMINISTRATOR OF THE ESTATE OF JUAN JOSE GUAJARDO, AND AS GUARDIAN OF THOMAS GUAJARDO, III, CYNTHIA GUAJARDO, AND CAROLINE GUAJARDO, MINOR CHILDREN AND ALEJANDRO GARCIA | & & & & & & & |
| VS. | & & |
| EDUARDO TREVIÑO, INDIVIDUALLY | & |

CIVIL ACTION NO. 97-215

<u>**PLAINTIFFS' OBJECTIONS TO AND REQUEST FOR AUTHENTICATION OF DEFENDANT'S EXHIBITS AS LISTED ON DEFENDANT'S EXHIBIT LIST ATTACHED TO THE AMENDED JOINT PRETRIAL ORDER**</u>

TO:   EDUARDO TREVIÑO, Defendant, by serving his attorney of record, Hon. George C. Kraehe, **WILLETTE & GUERRA, L.L.P.**, 3505 Boca Chica Blvd., Suite 460, Brownsville, Texas, 78521 via facsimile number (956) 541-1893 on this the 2nd day of April, 2001.

**COME NOW, MARIA F. GUAJARDO, INDIVIDUALLY**, and as **ADMINISTRATOR OF THE ESTATE OF JUAN JOSE GUAJARDO**, and as **GUARDIAN OF THOMAS GUAJARDO, III, CYNTHIA GUAJARDO**, and **CAROLINE GUAJARDO, MINOR CHILDREN**, and **ALEJANDRO GARCIA**, Plaintiffs in the above-styled and numbered civil action, and make the following objections to and requests for authentication of Defendant's Exhibits as listed on the **Defendant's Exhibit List** attached to the **Amended Joint Pretrial Order**:

I.

1.01   **Plaintiffs object to Defendant's Exhibit C** pursuant to Rule 403 of the Federal Rules of Civil Evidence in that its probative value, if any, is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury, or by considerations of undue delay, waste of time, or needless presentation of cumulative evidence.

1.02    Plaintiffs object to **Defendant's Exhibit E** pursuant to Rule 403 of the Federal Rules of Civil Evidence in that its probative value, if any, is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury, or by considerations of undue delay, waste of time, or needless presentation of cumulative evidence.

1.03    **Plaintiffs object to Defendant's Exhibits H, H-1, H-2, H-3, H-4, H-5, and J** pursuant to Rule 403 of the Federal Rules of Civil Evidence in that its probative value, if any, is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury, or by considerations of undue delay, waste of time, or needless presentation of cumulative evidence.

1.04    **Plaintiffs object to Defendant's Exhibits H-12, H-24, and H-31** pursuant to Rule 403 of the Federal Rules of Civil Evidence in that its probative value, if any, is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury, or by considerations of undue delay, waste of time, or needless presentation of cumulative evidence.

1.05    **Plaintiffs object to Defendant's Exhibits H-13, H-14, H-15, H-17, H-19, H-21, H-22, and H-23** pursuant to Rule 602 of the Federal Rules of Civil Evidence in that the affiants and/or person making the statements have no personal knowledge of any facts or information relevant to the subject matter of this civil action.

1.06    Plaintiffs object to **Defendant's Exhibit H-33** on the grounds that said affidavit contains facts or information which are not relevant evidence as that term in defined by Rule 401 of the Federal Rules of Civil Procedure. Plaintiffs further object to **Defendant's Exhibit H-33** pursuant to Rule 403 of the Federal Rules of Civil Evidence in that its probative value, if any, is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or

misleading the jury, or by considerations of undue delay, waste of time, or needless presentation of cumulative evidence.

 1.07 Plaintiffs object to **Defendant's Exhibit H-36** on the grounds that said affidavit contains facts or information which are not relevant evidence as that term in defined by Rule 401 of the Federal Rules of Civil Procedure. Plaintiffs further object to **Defendant's Exhibit H-36** pursuant to Rule 403 of the Federal Rules of Civil Evidence in that its probative value, if any, is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury, or by considerations of undue delay, waste of time, or needless presentation of cumulative evidence.

 1.08 Plaintiffs object to **Defendant's Exhibit H-37** on the grounds that said affidavit contains facts or information which are not relevant evidence as that term in defined by Rule 401 of the Federal Rules of Civil Procedure. Plaintiffs further object to **Defendant's Exhibit H-37** pursuant to Rule 403 of the Federal Rules of Civil Evidence in that its probative value, if any, is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury, or by considerations of undue delay, waste of time, or needless presentation of cumulative evidence.

 1.09 Plaintiffs request authentication of **Defendant's Exhibit H-38** pursuant to Civil Procedure 10(b) of this Honorable Court's Civil Procedures. Plaintiffs also object to **Defendant's Exhibit H-38** pursuant to Rule 403 of the Federal Rules of Civil Procedure in that its probative value, if any, is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury, or by considerations of undue delay, waste of time, or needless presentation of cumulative evidence.

1.10   Plaintiffs object to **Defendant's Exhibits H-39, H-40, H-42, and H-45** pursuant to Rule 403 of the Federal Rules of Civil Procedure in that its probative value, if any, is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury, or by considerations of undue delay, waste of time, or needless presentation of cumulative evidence.

1.11   Plaintiffs request authentication of **Defendant's Exhibit H-46** pursuant to Civil Procedure 10(b) of this Honorable Court's Civil Procedures.

**PRAYER**

**WHEREFORE, PREMISES CONSIDERED,** Plaintiffs respectfully pray that after due consideration, this Honorable Court grant or sustain their objections to Defendant's Exhibits for the reasons stated herein, and not allow Defendant's counsel to either introduce or publish these said Exhibits to the jury, and grant them such other and further relief, at law or in equity, to which they may show themselves to be justly entitled.

Respectfully submitted,

**LAW OFFICES OF
ERNESTO GAMEZ, JR., P.C.**
777 E. Harrison Street
Brownsville, Texas 78520
Telephone No.: (956) 541-3820
Facsimile No.: (956) 541-7694

BY: /s/ Victor Quintanilla
VICTOR QUINTANILLA
State Bar No. 00786181
Federal Id. No. 16073

Attorney-in-Charge for
Plaintiffs **MARIA F.
GUAJARDO, INDIVIDUALLY,**
and as **ADMINISTRATOR OF
THE ESTATE OF JUAN JOSE
GUAJARDO,** and as **GUARDIAN
OF THOMAS GUAJARDO, III,
CYNTHIA GUAJARDO,** and
**CAROLINE GUAJARDO, MINOR
CHILDREN,** and **ALEJANDRO
GARCIA**

5

## CERTIFICATE OF SERVICE

I, **VICTOR QUINTANILLA**, hereby certify that on this 2nd day of April, 2001 a true and correct copy of the foregoing **Plaintiffs' Objections to and Request for Authentication of Defendant's Exhibits as Listed on Defendant's Exhibit List Attached to the amended Joint Pretrial Order** was served **Via Facsimile** on opposing counsel for Defendant, Hon. George C. Kraehe, **WILLETTE & GUERRA, L.L.P.**, 3505 Boca Chica Blvd., Suite 460, Brownsville, Texas, 78521, in accordance with the Texas Rules of Civil Procedure.

_____
VICTOR QUINTANILLA