104

United States District Court
Southern District of Texas
FILED

APR 0 2 2001

Michael N. Milby, Clerk of Court

# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Fajardo    □ Koerner |
| DATE | 04 — 02 — 2001 |
| TIME | ___ a.m.    ___ a.m.<br>2:00 p.m.   2:15 p.m. |
| CIVIL ACTION | B — 97 — 215 |
| STYLE | Guajardo, et al<br>*versus*<br>Eduardo Trevino |

**DOCKET ENTRY**

(HGT)   ■ Teleconference       ■ Jury Trial

Victor Quintanilla         for    Plaintiff

George Kraehe             for    Defendant

□   Miscellaneous review set: _____

■   Rulings orally rendered on:

1) The Parties were ordered to appear in the ante-room of chambers at 9:00 a.m. on Thursday, April 5, 2001 in order to engage in settlement negotiations.

2) The Parties were ordered to submit a Second Amended Joint Pretrial Order by Wednesday, April 4, 2001 because their Contested Propositions of Law section includes propositions of law that are uncontested.

■   Comments:

1) Defense counsel indicated that the last demand he had received was before summary judgment was granted to the City of Brownsville, at which point the Plaintiffs were amenable to a $50,000 settlement.

2) No demands and/or offers have been made since the City was dismissed.

3)	Plaintiff's counsel was given permission by the Court to clean up the Complaint to exclude all dismissed Parties except for Eduardo Trevino.

4)	Plaintiff's counsel was told by the Court that involvement of the guardian ad litem was unnecessary since there does not appear to be a conflict between the children and their mother.