*107*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 6 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARIA F. GUAJARDO, INDIVIDUALLY, ON BEHALF OF THE ESTATE OF JUAN JOSE GUAJARDO AND AS NEXT FRIEND OF THOMAS GUAJARDO, III, CYNTHIA GUAJARDO, AND CAROLINE GUAJARDO, MINOR CHILDREN, | § § § § § § § § | |
| VS. | § § § | CIVIL ACTION NO. B-97-215 (JURY REQUESTED) |
| THE CITY OF BROWNSVILLE, CITY OF BROWNSVILLE POLICE DEPARTMENT, BEN REYNA, CHIEF OF POLICE FOR CITY OF BROWNSVILLE POLICE DEPARTMENT, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, EDUARDO TREVIÑO, INDIVIDUALLY IN HIS OFFICIAL CAPACITY; AND ANA HERNANDEZ, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY | § § § § § § § § § § | |

**DEFENDANT'S REQUEST FOR AUTHENTICATION AND OBJECTIONS TO PLAINTIFFS' EXHIBITS AND USE OF DEPOSITION TRANSCRIPTS**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW Eduardo Treviño, Defendant in the above styled and numbered matter, and by and through his attorneys, files this his Request for Authentication and Objections to Plaintiffs' Exhibits and Use of Deposition Transcripts and shows in support thereof the following:

**I.**

1.01 Defendant received a copy of Plaintiffs' trial exhibits April 5, 2001, at approximately 12:00 p.m.

1.02 Defendant requests authentication of and makes objections to the following evidence

- 1 -

and testimony.

## II.

2.01 Defendant requests authentication of Plaintiffs' Exhibit 1, Brownsville Medical Center medical records regarding Juan Jose Guajardo.

2.02 Defendant requests authentication of Plaintiffs' Exhibit 2, EMS activity report.

2.03 Defendant requests authentication of Plaintiffs' Exhibit 9, photographs of Juan Jose Guajardo.

2.04 Defendant requests authentication of Plaintiffs' Exhibit 10, curriculum vitae of Luis A. Campos. Defendant objects to this exhibit on grounds that it constitutes hearsay and is not admissible under the Federal Rules of Evidence.

2.05 Defendant requests authentication of Plaintiffs' Exhibit 11, written report of Luis A. Campos. Defendant objects to this exhibit on grounds that it constitutes hearsay and is not admissible under the Federal Rules of Evidence.

2.06 Defendant requests authentication of Plaintiffs' Exhibit 13, photographs of a caller identification system. Defendant objects to this exhibit on grounds that it constitutes hearsay and hearsay within hearsay and is not admissible under the Federal Rules of Evidence.

2.07 Defendant requests authentication of Plaintiffs' Exhibit 14, Defendant's Brownsville Police Department personnel file. In addition, Defendant objects to this exhibit on grounds that it is not relevant to any claim or defense and not probative of any material fact. In the alternative, Defendant objects on grounds that the probative value of this evidence, if any, is outweighed by its potential for causing Defendant undue prejudice.

2.08 Defendant requests authentication of Plaintiffs' Exhibit 15, offense incident report case number 97-027392. Defendant objects to this exhibit on grounds that it constitutes hearsay and

includes hearsay within hearsay and is not admissible under the Federal Rules of Evidence.

2.09 Defendant requests authentication of Plaintiffs' Exhibit 16, Brownsville Police Department booking card. Defendant objects to this exhibit on grounds that it constitutes hearsay and is not admissible under the Federal Rules of Evidence.

2.10 Defendant requests authentication of Plaintiffs' Exhibit 17, Brownsville Police Department property receipt acknowledgment. Defendant objects to this exhibit on grounds that it constitutes hearsay and is not admissible under the Federal Rules of Evidence.

2.11 Defendant objects to Plaintiffs' Exhibit 20, the affidavit of Hector E. Garcia, on grounds that it constitutes hearsay and includes hearsay within hearsay and is not admissible under the Federal Rules of Evidence.

2.12 Defendant requests authentication of Plaintiffs' Exhibit 22, records of Treviño funeral home.

2.13 Defendant requests authentication of Plaintiffs' Exhibit 24, medical records generated by Nicholas Metcalf, and objects to it on grounds that it constitutes hearsay and includes hearsay within hearsay and is not admissible under the Federal Rules of Evidence.

2.14 Defendant requests authentication of Plaintiffs' Exhibit 26, written report of Billy Ray Tidwell, and objects to this exhibit on grounds that it constitutes hearsay and includes hearsay within hearsay and is not admissible under the Federal Rules of Evidence. In addition, Defendant objects to this exhibit on grounds that it is not relevant to any claim or defense and not probative of any material fact. In the alternative, Defendant objects on grounds that the probative value of this evidence, if any, is outweighed by its potential for causing Defendant undue prejudice.

2.15 Defendant requests authentication of Plaintiffs' Exhibit 28, curriculum vitae of Billy Ray Tidwell, and objects to this exhibit on grounds that it constitutes hearsay and includes hearsay

within hearsay and is not admissible under the Federal Rules of Evidence. In addition, Defendant objects to this exhibit on grounds that it is not relevant to any claim or defense and not probative of any material fact. In the alternative, Defendant objects on grounds that the probative value of this evidence, if any, is outweighed by its potential for causing Defendant undue prejudice.

2.16 Defendant requests authentication of Plaintiffs' Exhibit 29, written report of Thadeus J. Schulz, M.D., and objects to this exhibit on grounds that it constitutes hearsay and includes hearsay within hearsay and is not admissible under the Federal Rules of Evidence.

2.17 Defendant requests authentication of Plaintiffs' Exhibit 30, curriculum vitae of Thadeus J. Schulz, M.D., and objects to this exhibit on grounds that it constitutes and is not admissible under the Federal Rules of Evidence.

2.18 Defendant objects to Plaintiffs' Exhibit 32, deposition on written questions of Juan L. Zamora, M.D., on grounds that such constitutes hearsay and includes hearsay within hearsay. Defendant further objects to this exhibit on grounds that Juan L. Zamora, M.D., was withdrawn as an expert. Defendant further objects to this exhibit on grounds that Federal Rule of Civil Procedure 32 does not permit its use at trial, as Juan L. Zamora is under the control of Plaintiffs and is therefore not unavailable for trial. Defendant further objects to this exhibit on grounds that it is unduly cumulative of other evidence Plaintiffs seek to introduce.

2.19 Defendant objects to Plaintiffs' Exhibit 33, written report of Juan L. Zamora, M.D., on grounds that such constitutes hearsay and includes hearsay within hearsay. Defendant further objects to this exhibit on grounds that Juan L. Zamora, M.D., was withdrawn as an expert. Defendant further objects to this exhibit on grounds that it is unduly cumulative of other evidence Plaintiffs seek to introduce.

2.20 Defendant objects to Plaintiffs' Exhibit 34, curriculum vitae of Juan L. Zamora, M.D.,

on grounds that such constitutes hearsay and includes hearsay within hearsay. Defendant further objects to this exhibit on grounds that Juan L. Zamora, M.D., was withdrawn as an expert. Defendant further objects to this exhibit on grounds that it is unduly cumulative of other evidence Plaintiffs seek to introduce.

2.21 Defendant requests authentication of Plaintiffs' Exhibit 35, EMS dispatch form.

2.22 Defendant objects to Plaintiffs' Exhibit 38, affidavit of Cesar Barbosa, on grounds that it constitutes hearsay and includes hearsay within hearsay and is not admissible under the Federal Rules of Evidence.

2.23 Defendant objects to Plaintiffs' Exhibit 39, affidavit of Juan Ortiz Salazar, on grounds that it constitutes hearsay and includes hearsay within hearsay and is not admissible under the Federal Rules of Evidence.

2.24 Defendant objects to Plaintiffs' Exhibit 40, affidavit of Juan Loera, on grounds that it constitutes hearsay and includes hearsay within hearsay and is not admissible under the Federal Rules of Evidence.

2.25 Defendant objects to Plaintiffs' Exhibit 41, affidavit of Santos P. Ochoa, on grounds that it constitutes hearsay and includes hearsay within hearsay and is not admissible under the Federal Rules of Evidence.

2.26 Defendant objects to Plaintiffs' Exhibit 42, affidavit of Andres Posados, on grounds that it constitutes hearsay and includes hearsay within hearsay and is not admissible under the Federal Rules of Evidence.

2.27 Defendant objects to Plaintiffs' Exhibit 43, affidavit of Orlando Benavides, on grounds that it constitutes hearsay and includes hearsay within hearsay and is not admissible under the Federal Rules of Evidence.

2.28 Defendant objects to Plaintiffs' Exhibit 44, affidavit of Jaime Cortez, on grounds that it constitutes hearsay and includes hearsay within hearsay and is not admissible under the Federal Rules of Evidence.

2.29 Defendant objects to Plaintiffs' Exhibit 45, affidavit of Oscar Lara, on grounds that it constitutes hearsay and includes hearsay within hearsay and is not admissible under the Federal Rules of Evidence.

2.30 Defendant objects to Plaintiffs' Exhibit 46, affidavit of Claudio J. Ortiz, III, on grounds that it constitutes hearsay and includes hearsay within hearsay and is not admissible under the Federal Rules of Evidence.

2.31 Defendant objects to Plaintiffs' Exhibit 47, affidavit of Antonio Velasquez, on grounds that it constitutes hearsay and includes hearsay within hearsay and is not admissible under the Federal Rules of Evidence.

2.32 Defendant objects to Plaintiffs' Exhibit 48, affidavit of Eduardo Martinez, on grounds that it constitutes hearsay and includes hearsay within hearsay and is not admissible under the Federal Rules of Evidence.

2.33 Defendant objects to Plaintiffs' Exhibit 49, affidavit of Carlos Estrada, on grounds that it constitutes hearsay and includes hearsay within hearsay and is not admissible under the Federal Rules of Evidence.

2.34 Defendant objects to Plaintiffs' Exhibit 50, affidavit of Marco A. Rodriguez, on grounds that it constitutes hearsay and includes hearsay within hearsay and is not admissible under the Federal Rules of Evidence.

### III.

3.01 Plaintiffs seek to introduce into evidence the oral/videotaped depositions of

Thaddeus Schulz, M.D., Luis A. Campos, M.D., Billy Ray Tidwell, Alejandro Medina, Orlando Benavidez, Hector Eguia Garcia, and Oscar Lara in lieu of live testimony.

3.02  Defendant waives his right under Federal Rule of Civil Procedure 32 to cross-examination of live witnesses as to Plaintiffs' experts, namely, Thaddeus Schulz, M.D., Luis A. Campos, M.D., and Billy Ray Tidwell, subject to the objections set forth below.

3.03  Defendant does not waive the requirements of Federal Rule of Civil Procedure 32 as to the remaining witnesses, namely, Alejandro Medina, Orlando Benavidez, Hector Eguia Garcia, and Oscar Lara, or any other witness Plaintiffs seek to call by videotaped/oral deposition in lieu of live testimony and insists that these or any other witnesses be produced, if at all, in person unless the Federal Rules of Civil Procedure permit otherwise.

3.04  Defendant objects to the portions of the deposition transcripts identified on exhibits A-G attached and asks that they not be presented to the jury or admitted into evidence on the grounds stated in the deposition transcripts themselves and on grounds that the indicated testimony is not relevant to any claim or defense, in that such testimony relates to matters outside the witnesses personnel knowledge, outside their area of expertise, relates to issues of negligence, training, policy, custom, or practice, or other matters no longer in issue in this trial, relates to defendants against whom all claims have been dismissed, constitutes hearsay and/or hearsay within hearsay, causes confusion of the issues or evidence, or has so little probative value and would cause such prejudice to Defendant that admission thereof in evidence would not serve the interests of justice.

WHEREFORE, PREMISES CONSIDERED, Defendant, Eduardo Treviño, prays that this Court enter an Order limiting introduction of the evidence and witnesses on the grounds set forth herein and for such other relief to which Defendant may show himself justly entitled.

Signed on April 6, 2001.

                    Respectfully submitted,

                    WILLETTE & GUERRA, L.L.P.
                    International Plaza, Suite 460
                    3505 Boca Chica Boulevard
                    Brownsville, Texas 78521
                    Telephone: (956) 541-1846
                    Facsimile: (956) 541-1893

By: _____
       George C. Kraehe
       State Bar No. 00792631
       USDC Adm. No. 19355

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has on this the 6th day of April, 2001, been forwarded hand delivery to:

Mr. Victor Quintanilla
LAW OFFICES OF ERNESTO GAMEZ, JR.
777 E. Harrison
Brownsville, Texas 78520

_____
George C. Kraehe

## CERTIFICATE OF CONFERENCE

Counsel have repeatedly conferred regarding the evidence and testimony but have been unable to reach agreement on what evidence or testimony should be admitted.

_____
George C. Kraehe

## DEPOSITION OF OSCAR LARA

Delete the following page and line numbers:

| PAGE | LINE(S) | PAGE | LINE(S) |
|---|---|---|---|
| 13 | 15-18, 21-22 | 8 | 20-25 |
|  |  | 9 | 1-25 |
| 14 | 14, 9 | 10 | 1-25 |
| 15 | 5 | 11 | 1-25 |
| 16 | 5-7, 23-25 | 12 | 1-25 |
|  |  | 13 | 1-25 |
| 17 | 1, 11 | 14 | 1-25 |
| 20 | 2-5 | 15 | 1-7, 19-25 |
| 24 | 1-8 | 16 | 1-25 |
| 29 | 12-14 | 17 | 1-25 |
| 31 | 21-22 | 19 | 1-20 |
| 32 | 19-20, 25 | 20 | 1-20 |
|  |  | 23 | 17-25 |
| 33 | 2-3 | 24 | 1-25 |
| 34 | 23-24 | 25 | 1-25 |
| 36 | 4-5, 19-25 | 26 | 1-7 |
|  |  | 28 | 12-18 |
| 37 | 1-3, 19-20 | 29 | 5-25 |
|  |  | 30 | 1-2 |
| 38 | 11, 2-425 | 31 | 17-25 |
|  |  | 37 | 14-25 |
| 42 | 12-14 | 38 | 1-25 |
| 47 | 18-23 | 39 | 1-12 |
| 48 | 9-10 | 40 | 1-25 |
| 49 | 10-11 | 41 | 1-25 |
| 52 | 2-3 | 42 | 1-25 |
|  |  | 43 | 1-25 |
|  |  | 44 | 1-25 |
|  |  | 45 | 1-25 |
|  |  | 46 | 1-4 |
|  |  | 47 | 9-25 |
|  |  | 48 | 1-25 |
|  |  | 49-55 | 1-25 |



EXHIBIT A

ClibPDF - www.fastio.com

## DEPOSITION OF ALEJANDRO MEDINA

Delete the following page and line numbers:

| PAGE | LINE(S) | PAGE | LINE(S) |
|------|---------|------|---------|
| 5 | 1-25 | 26 | 20-25 |
| 6 | 1-16 | 27 | 1-9 |
| 18 | 6-9 keep obj. | 38 | 6-18 |
| 19 | 1-4 keep obj. | 45 | 8-25 |
| 29 | 12-14 | 46 | 1-3 |
| 31 | 4-7 | 50 | 23-25 |
| 39 | 12 | 51 | 1-25 |
| 40 | 17-20 | 52 | 1-25 |
| 47 | 7-8 | 53 | 1-17 |
| 58 | 14-16 | 91 | 15-25 |
| 60 | 15-16 | 92 | 1-13 |
| 68 | 13-20 | | |
| 91 | 6, 18-19, 24-25 | | |
| 92 | 5-6 | | |



## DEPOSITION OF HECTOR EGUIA

Delete the following page and line numbers:

| PAGE | LINE(S) | PAGE | LINE(S) |
|---|---|---|---|
| 6 | 1-24 | 29 | 18-22 |
| 12 | 1-6 | 31 | 20-25 |
| 23 | 21 | 68 | 13-18 |
| 25 | 4 | 69 | 19-21 |
| 26 | 5 | | |
| 27 | 11-14 | | |
| 29 | 21 | | |
| 30 | 16 | | |
| 31 | 3-4, 10, 16, 23-24 | | |
| 41 | 21 | | |
| 42 | 10-14 | | |
| 47 | 7-10 | | |
| 48 | 13 | | |
| 50 | 3-4, 21 | | |
| 51 | 5 | | |
| 52 | 20-25 | | |
| 53 | 5-6 | | |
| 50 | 3-4 | | |
| 51 | 5 | | |
| 67 | 6-25 | | |
| 68 | 1-11, 19 | | |
| 70 | 12-18 | | |



## DEPOSITION OF DR. LUIS ALBERTO CAMPOS

Delete the following page and line numbers:

| PAGE | LINE(S) | PAGE | LINE(S) |
|---|---|---|---|
| 26 | 24-25 | 27 | 1-8 |
| 27 | 5-6 | 29 | 6-11 |
| 29 | 10-11, 17 | 29 | 24-25 |
| 30 | 3-4 | 30 | 1-11 |
| 32 | 4-5, 11-12 | 39 | 24-25 |
| 34 | 22-23 | 40 | 1-25 |
| 39 | 15-16 | 41 | 1-25 |
| 40 | 17-18 | 42 | 1-25 |
| 41 | 2-3, 9-10, 19-20 | 43 | 1-18 |
| 42 | 22-25 | 43 | 25 |
| 43 | 1-5, 12-17 | 44 | 1-25 |
| 44 | 5-6, 23-24 | 45 | 1-4 |
| 45 | 20-21 | 47 | 2-9 |
| 47 | 4-5 | 87 | 16-25 |
| 54 | 24-25 | 88 | 1-25 |
| 55 | 18-21 | 93 | 11-18 |
| 61 | 20-25 | | |
| 62 | 1-7 | | |
| 64 | 24-25 | | |
| 67 | 23 | | |
| 68 | 2-7 | | |
| 70 | 1-7 | | |
| 79 | 15-22 | | |
| 88 | 5-25 | | |
| 89 | 1-25 | | |
| 93 | 16-17 | | |
| 94 | 1, 14-15, 22-23 | | |



EXHIBIT

## DEPOSITION OF ORLANDO BENAVIDES

Delete the following page and line numbers:

| PAGE | LINE(S) | PAGE | LINE(S) |
|---|---|---|---|
| 7 | 9-12 | 7 | 21-25 |
| 14 | 23, 25 | 8 | 1-2 |
| 15 | 1-2, 14-19 | 27 | 11-14 |
| 18 | 7-11 | 28 | 9-23 |
| 19 | 6-9 | 41 | 23-25 |
| 21 | 1-2 | 42 | 1-25 |
| 24 | 10-11 | 43 | 1-25 |
| 27 | 17 | 44 | 1-25 |
| 28 | 3-7 | 45 | 1-25 |
| 31 | 8-14 | 46 | 1-25 |
| 33 | 21-23 | 47 | 1-25 |
| 34 | 23 | 48 | 1-17 |
| 35 | 16 | 60 | 4-22 |
| 42 | 1 | 62 | 23-25 |
| 49 | 14 | 63 | 1-25 |
| 58 | 5-6 | 64 | 1-8 |
| 71 | 17-21 | | |

Case 1:97-cv-00215    Document 107    Filed in TXSD on 04/06/2001    Page 14 of 19



ClibPDF - www.fastio.com

## DEPOSITION OF DR. THADEUS J. SCHULZ

Delete the following page and line numbers:

| PAGE | LINE(S) | PAGE | LINE(S) |
|---|---|---|---|
| 17 | 13-20 | 24 | 22-25 |
| 23 | 14 | 25 | 1-25 |
| 25 | 3 | 26 | 1-25 |
| 26 | 25 | 27 | 1-25 |
| 27 | 1, 12, 14-15 | 28 | 1-25 |
| 28 | 1, 24-25 | 29 | 1-20 |
| 29 | 1-12, 20 | 47 | 5-25 |
| 34 | 15 | 48 | 1-6 |
| 36 | 18 | 49 | 20-25 |
| 38 | 1-2, 6 | 50 | 1-25 |
| 39 | 8 | 51 | 1-8 |
| 40 | 10 | 51 | 18-25 |
| 42 | 18 | 52 | 1-25 |
| 43 | 11 | 53 | 1-25 |
| 47 | 8, 15, 24 | 54 | 1-25 |
| 48 | 1-3 | 55 | 1-25 |
| 49 | 25 | 56 | 1-25 |
| 50 | 19 | 57 | 1-25 |
| 51 | 2-3, 20 | 59 | 11-17 |
| 52 | 3-10, 24 | 62 | 22-25 |
| 53 | 2-8, 14, 21 | 63 | 1-7 |
| 54 | 4, 13, 19 | 64 | 24-25 |
| 55 | 1, 8, 18 | 65 | 1-25 |
| 56 | 3-6 | 66 | 1-25 |
| 57 | 1, 12 | 73 | 17-25 |
| 59 | 15-16, 21-25 | 74 | 1-25 |
| 61 | 9-10, 15, 20 | 75 | 1-25 |
| 63 | 1, 7 | 76 | 1-11, 16-22 |
| 64 | 19 | 77 | 1-25 |
| 65 | 8-15 | 78 | 1-25 |
| 74 | 19-20 | 79 | 1-25 |
| 76 | 16-22 | 80 | 1-25 |
| 82 | 12-13, 18-25 | 81 | 1-25 |
| 83 | 1, 8-12 | 82 | 1-25 |
| 88 | 18-23 | 83 | 1-25 |
| 91 | 2-10 | 84 | 1-25 |
| 104 | 24-25 | 85 | 1-25 |
| 105 | 1-6 | 86 | 1-25 |
| 107 | 1-10 | 87 | 1-25 |
| 109 | 8-18 | 88 | 1-25 |

1



| | | | |
|---|---|---|---|
| 110 | 2-6 | 89 | 1-2 |
| 111 | 23-25 | 94 | 12-25 |
| 112 | 15-25 | 95 | 1-25 |
| 115 | 10-11 | 96 | 1-25 |
| 116 | 1-10 | 97 | 1-25 |
| 117 | 23-25 | 98 | 1-25 |
| 118 | 1-7, 23-25 | 99 | 1-25 |
| 119 | 1-2 | 100 | 1-25 |
| 121 | 6-17 | 101 | 1-4 |
| 123 | 23-25 | 109 | 8-19 |
| 124 | 1-4 | 118 | 1-25 |
| 128 | 22-25 | 119 | 1-2, 12-13 |
| 129 | 1-3 | 121 | 16-17 |
| 131 | 18-19 | 154 | 14-15 |
| 167 | 16-25 | 167 | 16-25 |
| 179 | 20-22 | 188 | 9-25 |
| 191 | 6-8 | 189 | 1-6 |
| 192 | 1-11 | 191 | 6-8 |
| 193 | 7, 15 | 192 | 1-25 |
| 194 | 4, 11, 24 | 193 | 1-25 |
| 195 | 8, 21-25 | 194 | 1-25 |
| 196 | 1-2, 14 | 195 | 1-25 |
| 197 | 14 | 196 | 1-15 |
| 198 | 4, 7-10 | 197 | 11-25 |
| 199 | 1 | 198 | 1-25 |
| 200 | 9-10 | 199 | 1-8 |
| 201 | 21 | 200 | 6-12 |
| 202 | 11-13 | 201 | 18-22 |
| 204 | 5-11 | 202 | 7-19 |
| 205 | 22-23 | 204 | 1-17 |
| 206 | 3-4, 24 | 205 | 17-25 |
| 207 | 4, 13 | 206 | 1-25 |
| 208 | 6-7, 20 | 207 | 1-25 |
| 209 | 1, 15-16 | 208 | 1-25 |
| 210 | 2-3, 9, 21-22 | 209 | 1-25 |
| 212 | 2, 15, 25 | 210 | 1-25 |
| 213 | 1 | 211 | 22-25 |
| 216 | 4-5, 17, 24 | 212 | 1-25 |
| 217 | 12, 24 | 213 | 1-24 |
| 219 | 19-22 | 215 | 1-25 |
| 224 | 6-7 | 216 | 1-25 |
| | | 217 | 1-25 |
| | | 218 | 1-10 |
| | | 222 | 1-25 |
| | | 223 | 1-2 |

# DEPOSITION OF BILLY RAY TIDWELL

Delete the following page and line numbers:

| PAGE | LINE(S) | PAGE | LINE(S) |
|---|---|---|---|
| 21 | 14 | 44 | 13-20 |
| 22 | 22 | 47 | 16-25 |
| 28 | 11-14 | 48 | 1-25 |
| 35 | 20 | 49 | 1-22 |
| 36 | 1 | 51 | 22-25 |
| 35 | 9 | 52 | 1-4 |
| 40 | 11-12 | 53 | 5-25 |
| 41 | 2, 10, 20-21 | 54 | 1-25 |
| 42 | 17, 21-23 | 55 | 1-25 |
| 43 | 19 | 56 | 1-22 |
| 44 | 6-7, 16-17, 20 | 58 | 7-13 |
| 46 | 7 | 60 | 12-25 |
| 47 | 10 | 61 | 1-25 |
| 48 | 10-11, 19 | 63 | 11-25 |
| 49 | 6 | 64 | 1-25 |
| 51 | 5, 12 | 71 | 11-25 |
| 52 | 1, 3, 19 | 72 | 1-13 |
| 53 | 14, 18 | 75 | 24-25 |
| 54 | 20-21 | 76 | 1-25 |
| 55 | 24 | 77 | 1-25 |
| 56 | 2, 22 | 78 | 1-25 |
| 58 | 11 | 79 | 1-25 |
| 59 | 6 | 80 | 1-25 |
| 60 | 15-20, 24 | 81 | 1-25 |
| 61 | 13-17 | 82 | 1-25 |
| 62 | 23-24 | 83 | 1-25 |
| 64 | 9, 14, 21, 24 | 84 | 1-25 |
| 66 | 16 | 85 | 1-13 |
| 67 | 1 | 87 | 9-25 |
| 71 | 4-10 | 88 | 1-25 |
| 73 | 3, 13-14, 25 | 89 | 1-25 |
| 74 | 2-3, 7, 15 | 90 | 1-25 |
| 75 | 24 | 91 | 1-25 |
| 77 | 3-4 | 92 | 1-25 |
| 78 | 22 | 93 | 1-25 |
| 81 | 12, 14-16, 19-21 | 94 | 1-25 |
| 82 | 3-6, 11-14 | 95 | 1-25 |
| 83 | 6-10, 20 | 96 | 1-25 |
| 84 | 6-13, 17-18 | 97 | 1-25 |
| 85 | 5 | 98 | 1-25 |

1



| | | | |
|---|---|---|---|
| 86  | 15, 21-24 | 99  | 1-25 |
| 87  | 9-11, 23-24 | 100 | 1-25 |
| 89  | 5 | 101 | 1-25 |
| 90  | 10 | 102 | 1-25 |
| 94  | 3-4 | 103 | 1-25 |
| 97  | 3, 9-10 | 104 | 1-25 |
| 98  | 25 | 105 | 1-25 |
| 99  | 3-6, 19-20 | 106 | 1-25 |
| 100 | 5-6 | 115 | 1-25 |
| 102 | 1-4 | 116 | 1-10 |
| 103 | 4-12 | 126 | 1-25 |
| 105 | 16-17 | 127 | 1-25 |
| 106 | 9-12, 22-23 | 128 | 1-3 |
| 107 | 7, 14, 23 | 129 | 4-25 |
| 108 | 15 | 130 | 1-25 |
| 110 | 8-9 | 143 | 21-25 |
| 112 | 2-3 | 144 | 1-25 |
| 113 | 13-14 | 145 | 1-25 |
| 114 | 4 | 146 | 1-25 |
| 115 | 12-13 | 147 | 1-25 |
| 117 | 23-24 | 148 | 1-25 |
| 118 | 20-21 | 149 | 1-25 |
| 119 | 13-18 | 150 | 1-25 |
| 120 | 8-9 | 151 | 1-25 |
| 121 | 23-24 | 152 | 1-17 |
| 122 | 1-2 | 220 | 3-25 |
| 124 | 8-9, 14-15, 20-21 | 221 | 1-18 |
| 143 | 19-20 | 223 | 14-25 |
| 144 | 3-16 | 224 | 1-25 |
| 150 | 1-2, 12-13 | 225 | 1-25 |
| 151 | 3-5, 13 | 226 | 1-25 |
| 158 | 2-4 | 227 | 1-25 |
| 160 | 3-5, 17-18 | 228 | 1-25 |
| 163 | 7-8 | 229 | 1-25 |
| 166 | 8-11, 24-25 | 230 | 1-25 |
| 167 | 1-2, 5-6 | 231 | 1-25 |
| 169 | 25 | 232 | 1-25 |
| 170 | 1, 22-25 | 233 | 1-25 |
| 174 | 24-25 | 234 | 1-9 |
| 184 | 7-8 | 248 | 1-25 |
| 186 | 10-14, 20-21, 22-23 | 249 | 1-25 |
| 187 | 4-5 | 250 | 1-25 |
| 191 | 22-25 | 251 | 1-25 |
| 192 | 1-10, 25 | 252 | 1-25 |
| 193 | 1-13 | 253 | 1-25 |

| | | | |
|---|---|---|---|
| 199 | 14-15 | 254 | 1-25 |
| 200 | 10-12 | 255 | 1-25 |
| 203 | 20-21 | 256 | 1-25 |
| 209 | 1-2 | 257 | 1-14 |
| 210 | 17-18, 20-21 | 258 | 1-25 |
| 213 | 14-15 | 259 | 1-25 |
| 216 | 1-2, 22-23 | 260 | 1-25 |
| 218 | 2-3 | 261 | 1-25 |
| 222 | 4-11 | 262 | 1-3 |
| 236 | 4-6, 17-18 | 264 | 19-25 |
| 240 | 6-7, 9-10 | 265 | 1-25 |
| 241 | 11-12, 16-17, 20-23 | 266 | 1-25 |
| 244 | 9-16, 21 | 267 | 1-25 |
| 259 | 9-11 | 268 | 1-25 |
| 260 | 5-6, 15-25 | 269 | 1-25 |
| 263 | 12 | 270 | 1-5 |
| 264 | 1-2, 10-11, 16-17 | 274 | 12-25 |
| 266 | 5-6, 13, 25 | 275 | 1-25 |
| 267 | 6-7, 9-10, 19-21 | 276 | 1-25 |
| 269 | 2-8, 20 | 277 | 1-25 |
| 270 | 5 | 278 | 1-25 |
| 271 | 5 | 279 | 1-25 |
| 272 | 7, 17-18 | 280 | 1-25 |
| 273 | 22 | 281 | 1-25 |
| 274 | 1, 4, 10, 21-22 | 282 | 1-25 |
| 275 | 6-7, 15 | 283 | 1-16 |
| 276 | 1, 3-4, 9,17-18, 22-23 | 288 | 18-25 |
| 277 | 8-9 | 289 | 1-13 |
| 278 | 4-6, 9 | | |
| 279 | 2-4, 12-13, 25 | | |
| 280 | 3, 22-25 | | |
| 282 | 22 | | |
| 283 | 8 | | |
| 284 | 8-9 | | |
| 288 | 14-15 | | |

ClibPDF - www.fastio.com