108

United States District Court
Southern District of Texas
FILED

APR 05 2001

Michael N. Milby, Clerk of Co

## Civil Courtroom Minutes

| | |
|---|---|
| **JUDGE** | Hilda G. Tagle |
| **CASE MANAGER** | Stella Cavazos |
| **LAW CLERK** | ☐ Koerner    ■ Fajardo |
| **DATE** | April / 5 / 2001 |
| **TIME** | ____ a.m. / ____ a.m.<br>____ p.m. / ____ p.m. |
| **CIVIL ACTION** | B / 97 / 215 |
| **STYLE** | Guajardo<br>*versus*<br>Eduardo Trevino |

**DOCKET ENTRY**

(HGT)   ■ Final PTC   5-7 day   ☐ Bench or ■ Jury Trial   (Rptr. Breck Record)

Victor Quintanilla for        ■ Ptf. #_____   ☐ Deft. #_____

George Kraehe for            ☐ Ptf. #_____   ■ Deft. #_____

☐   All motions not expressly decided are denied without prejudice.

☐   Evidence taken [exhibits or testimony].

☐   Argument heard on:   ☐ all pending motions;   ☐ these topics:

☐   Rulings orally rendered on:

■   Comments:   The Parties were told to be ready to present their cases immediately following jury selection on Monday, April 9, 2001. On that day before commencement of trial, the Court will hear argument on any matters regarding motions in limine or objections to exhibits on which the Parties could not agree. Plaintiffs indicated that their case will last 3-4 days, and will present 11 witnesses (7 via videotape). Defendant indicated that his case will last 2-3 days, with 14 live witnesses. The Parties were told that if they had any further submissions for the Court's consideration, such submissions must be made by noon on Friday, April 6, 2001, as the Court would not take up any last minute issues the day of jury selection.