United States District Court
Southern District of Texas
FILED
APR 09 2001
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARIA F. GUAJARDO, INDIVIDUALLY, ON BEHALF OF THE ESTATE OF JUAN JOSE GUAJARDO AND AS NEXT FRIEND OF THOMAS GUAJARDO, III, CYNTHIA GUAJARDO, AND CAROLINE GUAJARDO, MINOR CHILDREN, § § § § § § § § § VS. § § EDDIE TREVIÑO § | CIVIL ACTION NO. B-97-215 (JURY REQUESTED) |

**DEFENDANT'S MOTION TO ENFORCE SETTLEMENT AGREEMENT**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW Eduardo Treviño, Defendant in the above styled and numbered matter, and by and through his attorneys, files this his Motion to Enforce Settlement Agreement and shows in support thereof the following:

**I.**

1.01 On April 2, 2001, this Court ordered the parties to meet and mediate a settlement of the above-referenced matter. (Ex. A.) Pursuant to the Court's order, the parties met at the Federal Courthouse in Brownsville, Texas at 9:00 a.m. on April 5, 2001, and commenced settlement negotiations. (Ex. A.) By 11:30 a.m., the parties had reached an impasse with Plaintiffs' demand at $60,000.00 and Defendants' offer at $55,000.00. (Ex. A.) After reaching an impasse, the parties met with the Honorable Hilda Tagle, United States District Judge, and communicated to her the status of the negotiations. (Ex. A.) The attorney-in-charge for Plaintiffs' communicated to the Court

- 1 -

that Plaintiffs' would settle for $60,000.00. (Ex. A.)

1.02 On the afternoon of April 6, 2001, the attorney-in-charge for Defendants communicated with the attorney-in-charge for Plaintiffs and confirmed that the $60,000.00 demand was still on the table. (Ex. A.) The attorney-in-charge for Plaintiffs confirmed that $60,000.00 was Plaintiffs' settlement demand. (Ex. A.) The attorney-in-charge for Defendants called the attorney-in-charge for Plaintiffs a second time and communicated acceptance of Plaintiffs' $60,000.00 settlement demand. (Ex. A.) Prior to this time, Plaintiffs had not withdrawn their $60,000.00 settlement demand. (Ex. A.) The attorney-in-charge for Defendants later confirmed acceptance of Plaintiffs' settlement demand in writing. (Ex. B.)

1.03. Plaintiffs have since attempted to welch on their agreement by refusing to countersign the writing proffered to memorialize the agreement, (Ex. B), and have advised defense counsel that this matter will proceed to trial, notwithstanding the settlement agreement. (Ex. A.)

## II.

2.01 Oral settlement agreements in federal court are enforceable. *See, e.g., Fulgence v. J. Ray McDermott & Co.*, 662 F.2d 1207 (5th Cir. 1981) (oral agreement to settle Title VII claim is enforceable against a plaintiff if party who previously authorized settlement changes mind when presented with settlement documents and party remains bound by terms of agreement). There is no requirement under the Federal Rules of Civil Procedure akin to Texas Rule of Civil Procedure 11 that requires settlement agreements to be in writing. Accordingly, an enforceable settlement agreement arose when the attorney-in-charge for Defendants accepted Plaintiffs' $60,000.00 settlement demand.

WHEREFORE, PREMISES CONSIDERED, Defendant, Eduardo Treviño, prays that this

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has on this the ____ day of April, 2001, been forwarded by certified mail to:

Mr. Victor Quintanilla
LAW OFFICES OF ERNESTO GAMEZ, JR.
777 E. Harrison
Brownsville, Texas 78520

_____
George C. Kraehe

## CERTIFICATE OF CONFERENCE

This motion was prepared on Sunday. Plaintiffs' counsel was contacted and he has stated that he is opposed to the filing of this motion.

_____
George C. Kraehe

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA F. GUAJARDO, INDIVIDUALLY, ON BEHALF OF THE ESTATE OF JUAN JOSE GUAJARDO AND AS NEXT FRIEND OF THOMAS GUAJARDO, III, CYNTHIA GUAJARDO, AND CAROLINE GUAJARDO, MINOR CHILDREN, | § § § § § § § § § § § | CIVIL ACTION NO. B-97-215 (JURY REQUESTED) |
| VS. | | |
| EDDIE TREVIÑO | | |

## AFFIDAVIT

STATE OF TEXAS          §
                        §
COUNTY OF CAMERON       §

      BEFORE ME, the undersigned authority, personally appeared George C. Kraehe, who, being by me duly sworn, deposed and said:

      1.     "My name is George C. Kraehe. I am over 18 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts stated in it. I have personal knowledge of the facts stated herein, and these facts are true and correct.

      2.     "I am attorney-in-charge for Defendants in the above-referenced matter.

      3.     "On April 2, 2001, the Court ordered the parties to meet and mediate a settlement of the above-referenced matter. Pursuant to the Court's order, the parties met at the Federal Courthouse in Brownsville, Texas at about 9:00 a.m. on April 5, 2001, and commenced settlement negotiations. By about 11:30 a.m., the parties had reached an impasse with Plaintiffs' demand at $60,000.00 and Defendants' offer at $55,000.00. After reaching an impasse, the parties met with the Honorable Hilda Tagle, United States District Judge, and communicated to her the status of the negotiations. The attorney-in-charge for Plaintiffs' communicated to the Court that Plaintiffs' would settle for $60,000.00.

      4.     "On the afternoon of April 6, 2001, I communicated with the attorney-in-charge for Plaintiffs, Victor Quintanilla, and confirmed that the $60,000.00 demand was still on the table.

Victor Quintanilla confirmed that $60,000.00 was Plaintiffs' settlement demand. I called Plaintiffs' counsel a second time and communicated acceptance of Plaintiffs' $60,000.00 settlement demand. Prior to this time, Plaintiffs had not withdrawn their $60,000.00 settlement demand. I later confirmed acceptance of Plaintiffs' settlement demand in writing.

4. "Plaintiffs have since attempted to welch on their agreement, refusing to authorize their attorney to countersign the writing intended to memorialize the agreement, and, through Victor Quintanilla, have advised defense counsel that this matter will proceed to trial, notwithstanding the settlement agreement.

Further affiant swears not.

_____
George C. Kraehe

SUBSCRIBED AND SWORN TO BEFORE ME by said George C. Kraehe, on this the 8th day of April, 2001, to certify which witness my hand and official seal.

[Seal: Lupita G. Rivera, Notary Public, State of Texas, Commission Expires 1/22/2003]

_____
Lupita A. Rivera
Notary Public, State of Texas
Printed or typed name

My Comm. Expires: 1/22/2003

- 8 -

100

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

| | |
|---|---|
| MARIA F. GUAJARDO, et al § § § | United States District Court Southern District of Texas ENTERED MAR 26 2001 Michael N. Milby, Clerk of Court |
| versus § § | CIVIL ACTION: B: 95-215 By Deputy Clerk |
| EDUARDO TREVINO § § | |

## Order Setting Teleconference

Please take notice that the Court has set a teleconference for *April 2, 2001 at 2:00 p.m.* The Case Manager will initiate the call at this time. All counsel must be on standby until called.

Signed on _March 26_, 2001 at Brownsville, Texas.

HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE



EXHIBIT A

# WILLETTE & GUERRA, L.L.P.
## ATTORNEYS AT LAW

---

CHARLES WILLETTE, JR.
R. D "BOBBY" GUERRA*
MARK SOSSI
HUGH P. TOUCHY
EILEEN M. LEEDS
GEORGE C. KRAEHE

---

EDUARDO G. GARZA
RYAN HENRY
LAWRENCE J. RABB
ELIZABETH SANDOVAL-CANTU*

INTERNATIONAL PLAZA, SUITE 460
3505 BOCA CHICA BOULEVARD
BROWNSVILLE, TEXAS 78521
TELEPHONE: (956) 541-1846
FACSIMILE: (956) 541-1893

*MCALLEN OFFICE:
801 NOLANA, SUITE 320-A
MCALLEN, TEXAS 78504
TELEPHONE: (956) 686-2266

April 6, 2001

**Via Fax (956) 541-7694**
The Honorable Victor Quintanilla
LAW OFFICES OF ERNESTO GAMEZ, JR.
777 E. Harrison
Brownsville, Texas 78520

Re:   Cause No. B-97-215
      Maria F. Guajardo, et al.
      vs. The City of Brownsville, et al.
      For the Southern District of Texas
      Brownsville Division
      Our File No. 97-158  CW/GK

Dear Mr. Quintanilla:

Please let this letter clarify our letter faxed to you this date regarding settlement.

This is to confirm that we have accept your demand to settle the above-referenced matter for $60,000.00, inclusive of all attorney's fees, costs, and expenses.

By signing below where indicated, you and your clients and you and your clients' spouses, children, representatives, employees, agents, heirs, and assigns and any person acting through you or your clients, your clients' spouses, children, representatives, employees, agents, heirs, and assigns, agree to enter into a compromise, release, and indemnity agreement and an agreed motion for dismissal with prejudice, abandoning all claims for all damages, including, but not limited to, all claims for survivorship and/or wrongful death damages; all claims for medical, psychiatric, psychological, nursing, chiropractic, or any other expenses associated with the healing arts; all expenses for burial, embalming, or cremation; mental and/or emotional distress and/or anguish; loss of consortium; loss of society; loss of earnings; loss of earning potential; loss of reputation; loss of inheritance; loss of support; loss of comfort, advice, and counsel, or any other damages or injuries of any kind or nature, asserted or that could be asserted in the above-referenced matter against Defendants City of Brownsville, the Brownsville Police Department, and Ben Reyna, Eduardo



Honorable Victor Quintanilla
LAW OFFICES OF ERNESTO GAMEZ, JR.
April 6, 2001
Page 2

Treviño, and Ana Hernandez, all individually and in their official capacities, and any of the City of Brownsville's and the Brownsville Police Department's officials, employees, agents or representatives, including all claims under 42 U.S.C. § § 1981, 1983, and 1985, alleging deprivation of your clients' rights under the First, Fourth, Fifth, Eighth, Ninth, and Fourteenth Amendments to the United States Constitution; all claims for excessive force, wrongful death, wrongful arrest, malicious prosecution, assault and battery, defamation, intentional infliction of emotional distress, and conspiracy; all state law intentional tort claims; all common-law claims for negligence and gross negligence; all claims brought under the Texas Tort Claims Act, TEX. CIV. PRAC. & REM. CODE ANN. ch. 101 (Vernon 2000); all claims brought under the Texas Constitution; all survivorship actions; all claims brought under TEX. CIV. PRAC. & REM. CODE ANN. ch. 106 (Vernon 2000); all claims for declaratory or equitable relief brought under any federal or state statute or authority; and all claims for attorney's fees and/or costs brought under 42 U.S.C. § 1988 or any other statute or authority.

If you do not sign this letter by 5:30 p.m. today, we will assume that your demand for settlement was not made in good faith and we will ask the Court to impose the appropriate sanctions.

If you sign this letter by 5:30 p.m., we will prepare the appropriate settlement instruments, including a compromise, release, and settlement agreement, a notice of settlement to the Court, and an agreed motion to dismiss, once you have counter-signed below confirming your agreement herewith and returned this letter to us.

Very truly yours,

WILLETTE & GUERRA, L.L.P.

By: _____
George C. Kraehe

GCK:lsr

APPROVED AND AGREED TO BY:

_____
Honorable Victor Quintanilla
Attorney for Plaintiffs

```
***************************************************************************
*                                                                    P. 01
*                          TRANSACTION REPORT
*                                                          APR-06-2001 FRI 05:17 PM
*         FOR:  WILLETTE & GUERRA       956 5411893
*---------------------------------------------------------------------------
*   DATE   START     RECEIVER       TX TIME   PAGES TYPE     NOTE        M#  DP
*---------------------------------------------------------------------------
*   APR-06 05:16 PM  5417694         1'10"      2   SEND     OK          051
*---------------------------------------------------------------------------
*                                   TOTAL :   1M 10S  PAGES:   2
*
***************************************************************************
```

# WILLETTE & GUERRA, L.L.P.
## ATTORNEYS AT LAW

CHARLES WILLETTE, JR.
R. D. "BOBBY" GUERRA*
MARK SOSSI
HUGH P. TOUCHY
EILEEN M. LEEDS
GEORGE C. KRAEHE

EDUARDO G. GARZA
RYAN HENRY
LAWRENCE J. RABB
ELIZABETH SANDOVAL-CANTU*

INTERNATIONAL PLAZA, SUITE 460
3505 BOCA CHICA BOULEVARD
BROWNSVILLE, TEXAS 78521
TELEPHONE: (956) 541-1846
FACSIMILE: (956) 541-1893

*MCALLEN OFFICE:
801 NOLANA, SUITE 320-A
MCALLEN, TEXAS 78504
TELEPHONE: (956) 686-2266

April 6, 2001

**Via Fax (956) 541-7694**
The Honorable Victor Quintanilla
LAW OFFICES OF ERNESTO GAMEZ, JR.
777 E. Harrison
Brownsville, Texas 78520

                                      Re:    Cause No. B-97-215
                                                Maria F. Guajardo, et al.
                                                vs. The City of Brownsville, et al.
                                                For the Southern District of Texas
                                                Brownsville Division
                                                <u>Our File No. 97-158  CW/GK</u>