112

Jurors Selected on __April 9, 2001_____ For Case # ____B-97-215____

Case Style **MARIA GUAJARDO, ET AL. VS. CITY OF BROWNSVILLE, ET AL.**

Jury Trial Date __APRIL 9, 2001_____

Judge ___**HILDA G. TAGLE**_____ Time _____9:00 A.M._____

JUROR'S NAMES:

1. ELIDA RODRIGUEZ

2. ELISEO MARTINEZ

3. NARCISA P. GARCIA

4. JOHN JULIAN BUTLER

5. JUAN G. LONGORIA

6. MARIA C. GARZA

7. DONALD WAYNE McKEE

8. SYLVIA C. MARTINEZ

United States District Court
Southern District of Texas
FILED

APR 0 9 2001

Michael N. Milby
Clerk of Court