

**Jurors Selected on** April 9, 2001        **For Case #** B-97-215

**Case Style** <u>**MARIA GUAJARDO, ET AL . VS. CITY OF BROWNSVILLE, ET AL.**</u>

**Jury Trial Date** <u>**APRIL 9, 2001**</u>

**Judge** <u>**HILDA G. TAGLE**</u>        **Time** 9:00 A.M.

**<u>AMENDED</u>**

United States District Court
Southern District of Texas
FILED

APR 1 1 2001

Michael N. Milby
Clerk of Court

**JUROR'S NAMES:**

1. ELIDA RODRIGUEZ

2. ELISEO MARTINEZ

3. JOHN JULIAN BUTLER

4. JUAN G. LONGORIA

5. MARIA C. GARZA

6. DONALD WAYNE McKEE

7. SYLVIA C. MARTINEZ