114

| UNITED STATES DISTRICT COURT | ☆ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| | |
|---|---|
| Maria F. Guajardo, Individually, on Behalf of the Estate of Juan Jose Guajardo and As Next Friend of Tomas Guajardo, III, Cynthia Guajardo, and Caroline Guajardo, Minor Children and Alejandro Garcia<br><br>Vs.<br><br>Eduardo Treviño, Individually | United States District Court<br>Southern District of Texas<br>FILED<br><br>APR 09 2001<br><br>Michael N. Milby, Clerk of Court<br><br>CIVIL ACTION NO. B-97-215 |
| | **Exhibit List** |
| Judge Hilda G. Tagle | Case Manager: Stella Cavasos<br>Court Reporter: Breck Record |
| List of<br>**PLAINTIFFS** | Proceeding             Date |

| No. | Description | Adm. | Exd. |
|---|---|---|---|
| 1 | Medical Records from Brownsville Medical Center (04/08/97 & 04/09/97) (Including Emergency Room & Admitting Records) | | |
| 2 | City of Brownsville EMS Ambulance Activity Report (04/08/97) | | |
| 3 | Pathology Report from Margie W. Cornwell, M.D. (04/14/97) | | |
| 4 | Pathology Report from Margie W. Cornwell, M.D. (05/27/97) | | |
| 5 | Certificate of Death (06/04/97) | | |
| 6 | City of Brownsville EMS Charge Slip (06/04/97) | | |
| 7 | Diagram of Brownsville Municipal Jail | | |
| 8 | Jail Roster from Brownsville Police Department (04/09/97) | | |
| 9 | Photographs (Juan Jose Guajardo) | | |
| 10 | Curriculum Vitae of Luis Alberto Campos, M.D. | | |
| 11 | Written Report from Luis A. Campos, M.D. (09/08/97) | | |
| 12 | Photographs (Eduardo Treviño) | | |
| 13 | Photographs (Caller I.D.) | | |
| 14 | Personnel File of Eduardo Treviño (City of Brownsville) | | |
| 15 | Offense/Incident (04/08/97) (Call No. 97-027392) | | |
| 16 | Brownsville Police Department Booking Card (04/08/97) | | |

| No. | Description | Adm. | Exd. |
|---|---|---|---|
| 17 | Brownsville Police Department Property Receipt Acknowledgment (04/08/97) | | |
| 18 | Police Supplement Report (Case No. 97-027392) | | |
| 19 | Offense/Incident Narrative (04/15/97) (Lt. Eduardo Garces) | | |
| 20 | Brownsville Police Department Offense/Incident Narrative of Hector Eguia Garcia (04/08/97) | | |
| 21 | Cemetery Interment Rights, Merchandise and Services Purchase/Security Agreement (Rose Lawn Memorial Gardens) (04/11/97) | | |
| 22 | Statement of Funeral Goods and Services Selected (Treviño Funeral Home) (04/11/97) | | |
| 23 | Brownsville EMS Records (04/08/97) | | |
| 24 | Medical Bills from Dr. Nicholas Metcalf (04/08/97) | | |
| 25 | Medical Bills from Brownsville Medical Center (04/08/97 & 04/09/97) | | |
| 26 | Written Report from Billy R. Tidwell (03/25/99) | | |
| 27 | Business Records from Treviño Funeral Home | | |
| 28 | Curriculum Vitae of Billy Ray Tidwell | | |
| 29 | Written Report from Thadeus J. Schulz, M.D. (11/07/97) | | |
| 30 | Curriculum Vitae of Thadeus J. Schulz, M.D. | | |
| 31 | Records from Brownsville Police Department (obtained on 05/06/97) | | |
| 32 | Deposition on Written Questions of Juan Luis Zamora, M.D. (06/02/99) | | |
| 33 | Written Report of Juan Luis Zamora, M.D. (08/28/97) | | |
| 34 | Curriculum Vitae of Juan Luis Zamora, M.D. | | |
| 35 | Radio Dispatch EMS form (04/08/97) | | |
| 36 | Brownsville Police Department Offense/Incident Narrative of Eduardo Treviño (April 9, 1997) | | |
| 37 | Affidavit of Eduardo Treviño (April 12, 1997) | | |
| 38 | Brownsville Police Department Offense/Incident Narrative of Cesar Barbosa (April 8, 1997) | | |
| 39 | Brownsville Police Department Offense/Incident Narrative of Juan Ortiz Salazar (April 8, 1997) | | |
| 40 | Brownsville Police Department Offense/Incident Narrative of Juan Loera (April 9, 1997) | | |

| No. | Description | Adm. | Exd. |
|---|---|---|---|
| 41 | Brownsville Police Department Offense/Incident Narrative of Santos Pedro Ochoa (April 9, 1997) | | |
| 42 | Brownsville Police Department Offense/Incident Narrative of Andres Posados (April 9, 1997) | | |
| 43 | Brownsville Police Department Offense/Incident Narrative of Orlando Benavides (April 8, 1997) | | |
| 44 | Brownsville Police Department Offense/Incident Narrative of Jaime Cortez (April 8, 1997) | | |
| 45 | Brownsville Police Department Offense/Incident Narrative of Oscar Lara, (April 16, 1997) | | |
| 46 | Brownsville Police Department Offense/Incident Narrative of Claudio Juventino Ortiz, III (April 22, 1997) | | |
| 47 | Brownsville Police Department Offense/Incident Narrative of Antonio Velasquez (April 9, 1997) | | |
| 48 | Brownsville Police Department Offense/Incident Narrative of Eduardo Martinez (April 9, 1997) | | |
| 49 | Brownsville Police Department Offense/Incident Narrative of Carlos Estrada (April 9, 1997) | | |
| 50 | Brownsville Police Department Offense/Incident Narrative of Marco Antonio Rodriguez (April 9, 1997) | | |
| 51 | Photographs (Brownsville City Jail) | | |
| 52 | Brownsville Police Department Inter-Departmental Communication (from Eduardo Treviño to Chief Ben Reyna) (04/08/97) | | |

ClibPDF - www.fastio.com