115

| UNITED STATES DISTRICT COURT ☆ SOUTHERN DISTRICT OF TEXAS |||
|---|---|---|
| Maria F. Guajardo, et. al. *Versus* -------- Eduardo Treviño, Individually | CASE NO. 97-215 | United States District Court Southern District of Texas FILED APR 10 2001 @ 8:30 AM Michael N. Milby, Clerk of Court |
| | Witness List ||
| Judge Hilda G. Tagle | Case Manager: Stella Cavasos Court Reporter: Breck Record ||
| List of **PLAINTIFFS** | Proceeding TRIAL | Date 4/9/01 |

1. Maria Flores Guajardo

2. Eva Guajardo Valadez

3. Noemi Cottrel

4. Ruth Schultz

5. Hilda Hinojosa

6. Ramona Espinoza

7. Blanca Peña

8. Timoteo Guajardo (decedent's brother)

9. Noe Guajardo

10. Ben Reyna

11. Sgt. Robert Avitia (Custodian of Records)

12. Thomas Guajardo, III

13. Cynthia Guajardo (Minor Plaintiff)

14. Caroline Guajardo (Minor Plaintiff)

15. Alejandro Garcia

16. Ana Hernandez a/k/a Ana Berta Garcia Hernandez

17. Eduardo Treviño (Defendant)

18. Yvonne Salazar (Former Jail Matron)

19. Lt. Eliborio Rios

20. Oscar Ponce (Former Assistant District Attorney)

21. Hector Eguia Garcia

22. Alejandro Medina

23. Orlando Benavides

24. William Alan Kennedy

25. Sam Ortega (EMT Technician)

26. Oscar Lara (EMT Technician)

27. Jaime Ibarra (EMT Technician)

28. Reynaldo Gil (EMT Technician)

29. Claudio Juventino Ortiz, III (EMT Technician)

30. Margie Cornwell, M.D. (Pathologist)

31. Dr. Luis Alberto Campos

32. Dr. Juan Luis Zamora

33. Dr. Thadeus J. Schulz

34. Chief Billy Ray Tidwell

35. Facunda B. Garcia

36. Alma Guadalupe Aguilar

37. Brian Castro (City Jailer)

38. Tommy Clough (Former Jailer)

39. Ignacio Perez (Former Jailer)

40. Bertha Garay (Former Jail Matron)

41. Bertha Partida (Former Detention Officer)

42. Sgt. Perry Peppin

43. Sgt. James Paschall

44. Sgt. Sandra Galvan

45. Officer Eduardo Zuniga

46. Officer Juan Manuel Salinas

47. Officer Eduardo Garces

48. Officer William Clough

49. Officer R.J. Pineda

50. Officer Raul Rodriguez

51. Commander Charlie Cabler

52. Commander Randy Dunn

53. Detective David Garcia

54. Detective Gilberto Garcia, Jr.

55. T. David Church, Jr., Special Agent

56. Pete Lopez, Security Officer

57. Richard Tejada, Security Officer

58. Cesar Lerma Barbosa

59. Fernando Hinojosa Mendoza

60. Jaime Gutierrez Cortez

61. Antonio Velazquez

3

62. Antonio Perez Espinoza

63. Julio Cesar Torres

64. Alejandro Medina

65. Eduardo Martinez

66. Carlos Estrada

67. Marco Antonio Rodriguez

68. Jesus Manuel Olivarez

69. Jesse Garcia

70. Jose Perez

71. Juan Ortiz Salazar

72. Juan Loera

73. Miguel Rios

74. Cosme Berrones

75. Andres Posadas

76. Santos Pedro Ochoa

77. Jesse Garcia

78. Guadalupe Garcia

79. Faustino Guzman Gonzalez

80. Martha Basurto Draper

81. Juan Jesus Escamilla

82. Julio Cesar Vazquez

83. Pedro Guevara

4

84. Roberto Juarez

85. Miguel Angel Barron

86. Jose Maria Moreno

87. Roberto S. Medina

88. Juan Garza

89. Juan Angel Gonzalez

90. Reynaldo Gonzalez, Jr.

91. Alejandro Anival Mendez

92. Antonio Perez

93. Marco Antonio Rodriguez

94. Jorge Trevino

95. Jose Garcia

96. Noe David Ramos

97. Elijah Perez

98. DeWitt S. Davenport, M.D.

99. Marvis Walton

100. Dr. Francis Gumbel (Emergency Physician)

101. Dr. Jaime Silva (Emergency Physician)

102. Dr. Victor Gonzalez (Emergency Physician)

103. Dr. Roberto Lozano (Emergency Physician)

104. Dr. Nicholas Metcalf (Emergency Physician)

105. Dr. Robert Lerma (Emergency Physician)

106. Lorenzo R. Pelly, M.D. (Emergency Physician)

107. Dr. Elrma

108. Marcos Reis, M.D.

109. Dr. Anant Utturkar (Radiologist)

110. Dr. W.J. McKinney (Radiologist)

111. Hector Leal (Registered Nurse)

112. C. Hody (Registered Nurse)

113. Roy Crabbe (Floor Nurse)

114. C. Morellas (Registered Nurse)

115. Maureen J. Raltray (Registered Nurse)

116. Becky Garza (Registered Nurse)

117. M. Sanchez (Registered Nurse)

118. Phili (Patient Care Coordinator)

119. Becky Sauceeda (Respiratory Therapist)

120. Walter Montes (Respiratory Therapist)

121. Ross Moore (Respiratory Therapist)

122. B. Garza (Respiratory Therapist)

123. Jose A. R. (Hospital Representative)

124. Sheriff T.L. Baker

125. David Salmon

126. Alberto M. Vega, Custodian of Records for

127. Mariella P. Adame, Funeral Director for

128. Hilda Castro, Funeral Director for
     Trevino Funeral Home

129. Deacon Felipe Trevino

6

130. Isabel Garcia, Custodian of Records for
Rose Lawn Memorial Gardens

131  Esther A. Garza, Custodian of Financial and Medical Records for


132. Bonnie Douglass, Custodian of Financial Records for
Dr. Nicholas Metcalf

133. Frances Makiolke, Custodian of Financial Records for
Brownsville Medical Center

134. Mary T. Hamilton, Custodian of Financial Records for
Physician Services

135. Belinda P. Campirano, Custodian of Medical Records for
Valley Baptist Medical Center

136. Juan Garcia

137. Norma Ortiz
c/o Norma's Services

138. All of the Custodians of Business, Financial and/or Medical Records of the various clinics, hospitals, physicians, and health care providers which have rendered medical treatment, medical care and/or professional services to deceased, Juan Jose Guajardo in regard to the injuries which he sustained due to the incident made the basis of this lawsuit. Some of the respective names and credentials of said custodian of records are unknown to me at this time.

139. In addition to the witnesses listed by Plaintiffs, Plaintiffs hereby designate the following expert witness listed by Defendant whom Plaintiffs may utilize his testimony in trial:

140. Vincent DiMaio, M.D.

141. Jose Manuel Hinojosa

142. Steven Joseph Schultz

143. Cipriano G. Garcia