116

# UNITED STATES DISTRICT COURT ☆ SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED
APR 10 2001 @ 8:30 AM
Michael N. Milby, Clerk of Court

| | |
|---|---|
| Maria F. Guajardo, et al. versus Eduardo Trevino | CASE NO. B-97-215  Exhibit List |
| Judge Hilda G. Tagle | Case Manager: STELLA CAVAZOS ~~Jerry Garza~~  Court Reporter: Breck Record |
| List of Defendant Edduardo Trevino | Proceeding: Trial    Date: 4/9/01 |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 1 | A. Photographs of the Brownsville City Jail (1-4) | | |
| 2 | B. Diagram of the Brownsville City Jail | | |
| 3 | C. Clothing worn by Defendant on the date of occurrence (can be inspected upon request) | | |
| 4 | D. Photographs of Defendant Eduardo Trevino (1-12) | | |
| 5 | E. Audiotape recording of Juan Jose Guajardo from jail to his home. | | |
| 6 | F. Dr. Margie W. Cornwell's complete autopsy report. | | |
| 7 | G. TLETS printout, showing criminal record history of decedent, Juan Jose Guajardo. | | |
| 8 | H. Photographs of Juan Jose Guajardo (1-9) | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |