*117*

UNITED STATES DISTRICT COURT ☆ SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

APR 1 0 2001

Michael N. Milby, Clerk of Court

| Maria F. Guajardo, et al. | CASE NO. B-97-215 |
| versus - - - - - - - - - - - - - | |
| Eduardo Trevino | **Witness List** |

| Judge Hilda G. Tagle | Case Manager: Stella Cavazos |
| | Court Reporter: Breck Record |

| **Defendant Eduardo Trevino** List of | **Trial** Proceeding | Date 4/9/01 |

1. Eduardo Trevino
2. Eduardo Zuniga
3. William Clough
4. Gilbert Garcia, Jr.
5. Rey Pineda
6. Raul Rodriguez
7. Oscar Ponce
8. Dr. Margaret Cornwell
9. Dr. Vincent DiMaio
10. Ana Hernandez
11. Perry Peppin
12. James Paschall
13. Sam Ortega
14. Oscar Lara
15. Jaime Ibarra
16. Reynaldo Gil
17. DeWitt S. Davenport, M.D.
18. Marvis Walton
19. Francis Gumbel, M.D.
20. Jaime Silva, M.D.
21. Victor Gonzalez, M.D.
22. Roberto Lozano, M.D.
23. Dr. Nicholas Metcalf
24. Charlie Cabler
25. Randy Dunn
26. T. David Church, Jr.

UNITED STATES DISTRICT COURT  ☆  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

| Maria F. Guajardo, et al.<br>*versus* - - - - - - - - - - - - -<br>Eduardo Trevino | CASE NO.  B-97-215 | APR 1 0 2001 |
|---|---|---|

Michael N. Milby, Clerk of Court

### Witness List

| Judge Hilda G. Tagle | Case Manager:  ~~Letty Garza~~  *Gilda Crvazos*<br>Court Reporter:  Breck Record |
|---|---|

| Defendant List of  Eduardo Trevino | Proceeding<br>Trial | Date<br>4/9/01 |
|---|---|---|

27. Ben Reyna
28. Juan Manuel Salinas
29. Eduardo Garces
30. Terry Vinson
31. David Garcia
32. Sandra Galvan
33. Pete Lopez
34. Richard Tejada
35. Brian Castro
36. Cesar Lerma Barbosa
37. Fernando Hinojosa Mendoza
38. Jaime Gutierrez Cortez
39. Claudio Juventino Ortiz, III
40. Antonio Velasquez
41. Antonio Perez Espinoza
42. Julio Cesar Torres
43. Eduardo Martinez
44. Carlos Estrada
45. Marco Antonio Rodriguez
46. Jesus Manuel Olivarez
47. Jesse Garcia
48. Jose Perez
49. Juan Ortiz Salazar
50. Juan Loera
51. Miguel Rios
52. Cosme Berrones
53. Andres Posados
54. Santos Pedro Ochoa
55. Jesse Garcia

# UNITED STATES DISTRICT COURT ☆ SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

| Maria F. Guajardo, et al. | CASE NO. B-97-215 | APR 1 0 2001 |
| versus - - - - - - - - - - - - - | | |
| Eduardo Trevino | Michael N. Milby, Clerk of Court | |
| | Witness List | |

| Judge Hilda G. Tagle | Case Manager: ~~Letty Garza~~ Acua Cavazos |
| | Court Reporter: Breck Record |

| Defendant Eduardo Trevino List of | Proceeding Trial | Date 4/9/01 |

56. Guadalupe Garcia
57. Faustino Guzman Gonzalez
58. Martha Basurto Draper
59. Juan Jesus Escamilla
60. Julio Cesar Vazquez
61. Pedro Guevara
62. Roberto Juarez
63. Miguel Angel Barron
64. Jose Maria Moreno
65. Roberto S. Medina
66. Juan Garza
67. Juan Angel Gonzalez
68. Reynaldo Gonzalez, Jr.
69. Alejandro Anival Mendez
70. Antonio Perez
71. Marco Antonio Rodriguez
72. Jorge Treviño