118

# Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED

APR 09 2001

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☑ Fajardo   ☐ Koerner |
| DATE | 04 / 09 / 01 |
| TIME | 9:25 a.m. — 12:05 p.m. <br> 1:35 p.m. — 4:45 p.m. |
| CIVIL ACTION | B - 97 - 215 |
| STYLE | Guajardo, et al <br> versus <br> Eduardo Treviño |

**DOCKET ENTRY**

(HGT) __1st__ day ☐ Bench or ☑ Jury Trial     (Court Reporter: Breck Record)

__Victor Quintanilla__ for ☑ PLAINTIFF
__George Krache__ for ☑ DEFENDANT

☑ Voir dire begins.  ☑ Jury selected (# of jurors __6__ / alternates __1__ ) *
☑ Jury trial to commence on __4/9/01__ at __1:30 p__. m.
☑ Jury sworn;  ☑ Preliminary Jury Instructions read;  ☑ Witnesses sworn; rule invoked;
☑ Opening statements made by both sides. ☑ Plaintiff presented testimony/evidence.
☐ Plaintiff rests; ☐ Defendant's motion for _____ Denied / Granted;
☐ Defendant presented testimony/evidence.  ☐ Defendant rests;  ☐ Both sides closed.
☐ Rebuttal witness by Plaintiff/Defendant  ☐ Charge read to the jury;  ☐ Final arguments had;
☐ Alternate juror(s) excused;  ☐ Jury begins deliberations;  ☐ Jury verdict reached;
☐ Jury polled  ☐ Verdict received/ filed.  ☐ Jury excused.  ☐ Jury deadlocked; mistrial declared.

Plaintiff exhibits 17, 40, 41, 42 withdrawn. Δ's motion (#111) to enforce settlement agreement denied. Δ's oral motion for leave to amend Joint P/T order denied. Ct will consider holding attys in contempt of ct for not filing Jt P/T order timely as ordered. Δy's objection to Plt's video depos of 3 inmates granted. 2:41 pm Mr. Eduardo Treviño called to testify. Plt's exhibits #7 (w/o legend), #16, #37 admitted w/o obj. attys to report @ 8:15 am to go over Case adjourned until: __4/10/01__, at __9:30 A__. m. exhibits.

* Plaintiff challenges to Jurors #7, 9, 24 sustained. Challenge to #13 overruled. Juror #5 excused by the Ct w/ no obj's from the parties.