# Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED
APR 10 2001
Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☑ Fajardo    ☐ Koerner |
| DATE | 04 / 10 / 01 |
| TIME | 10:20 a.m.   12:00 a.m. |
| | 1:19 p.m.   4:00 p.m. |
| CIVIL ACTION | B - 97 - 215 |
| STYLE | Quajado, et al. versus Eduardo Trevino |

**DOCKET ENTRY**

(HGT) 2nd day   ☐ Bench or ☑ Jury Trial   (Court Reporter: Breck Record)

Victor Quintanilla _____ for ☑ PLAINTIFF

George Kracke _____ for ☑ DEFENDANT

☐ Voir dire begins.   ☐ Jury selected (# of jurors ___/alternates ___)
☐ Jury trial to commence on _____ at _____ .m.
☐ Jury sworn;   ☐ Preliminary Jury Instructions read;   ☐ Witnesses sworn.
☐ Opening statements made by both sides.   ☐ Plaintiff presented testimony/evidence.
☐ Plaintiff rests;   ☐ Defendant's motion for _____ Denied / Granted;
☐ Defendant presented testimony/evidence.   ☐ Defendant rests;   ☐ Both sides closed.
☐ Rebuttal witness by Plaintiff/Defendant   ☐ Charge read to the jury;   ☐ Final arguments had;
☐ Alternate juror(s) excused;   ☐ Jury begins deliberations;   ☐ Jury verdict reached;
☐ Jury polled   ☐ Verdict received/ filed.   ☐ Jury excused.   ☐ Jury deadlocked; mistrial declared.

10:20 A.m. Trial commenced. Witness Eduardo Trevino continues testifying. 1:57 pm Witness Ruth Schuler testifies.

(See 2nd page)

Case adjourned until: 4/11/01, at 8:30 A.m.

**Judge Hilda G. Tagle**
**Case Manager: Stella Cavazos**

**CIVIL NO. B** 97-215

_Guajardo, et al_ vs. _Eduardo Treviño_

**Date:** 4/10/01

**MINUTE ENTRIES CONTINUED:**

10:20 AM Plaintiff's exhibits: 10, 11, 20, 28, 29, 30, 38, 39, 43, 44, 45, 46, 47, 48, 49, 50 admitted w/o obj. Plaintiff withdrew exhibits 14, 32, 33, 34.

1:28 pm Def's exhibits D1 thru D12 admitted w/o obj. Def's exhibits A1 thru A4 admitted w/o obj.

3:09 pm Campos deposition read. admitted w/o obj.
Pltf's exhibits: 1, 2, 3, 4, 5, 6, 7, 8, 9, 12, 13, 15, 16, 18, 21, 22, 23, 24, 25, 27, 31, 35, 36, 37, 51, 52.
Plaintiff withdrew exhibits 38, 39, 43, 44, 46, 47, 48, 49, 50.

Plaintiff's exhibits: 26, 28, 29, 30 admitted. Def's obj's overruled. Def's obj's to Pltf ex# 45 sustained. Ct. will allow testimony by deposition.

Def withdrew exhibit C.
Def's exhibit E admitted; obj's overruled.
Def's exhibits H1 & H2 admitted w/o obj.