120

# Civil Courtroom Minutes

| | | |
|---|---|---|
| JUDGE | Hilda G. Tagle | United States District Court<br>Southern District of Texas<br>FILED |
| CASE MANAGER | Stella Cavazos | APR 11 2001 |
| LAW CLERK | ☑ Fajardo    ☐ Koerner | Michael N. Milby, Clerk of Court |
| DATE | 04 / 11 / 01 | |
| TIME | 8:44 a.m.    12:00 a.m.<br>1:35 p.m.    5:15 p.m. | |
| CIVIL ACTION | B / 97 / 215 | |
| STYLE | Guajardo, et al<br>versus<br>Eduardo Treviño | |

**DOCKET ENTRY**

(HGT) 3rd day   ☐ Bench or ☑ Jury Trial   (Court Reporter: Breck Record)

Victor Quintanilla _____ for ☑ PLAINTIFF

George Kraehe _____ for ☑ DEFENDANT

☐ Voir dire begins.  ☐ Jury selected (# of jurors____/alternates____)
☐ Jury trial to commence on _____ at _____ . m.
☐ Jury sworn;  ☐ Preliminary Jury Instructions read;  ☐ Witnesses sworn.
☐ Opening statements made by both sides. ☐ Plaintiff presented testimony/evidence.
☐ Plaintiff rests; ☐ Defendant's motion for _____ Denied/Granted;
☐ Defendant presented testimony/evidence. ☐ Defendant rests; ☐ Both sides closed.
☐ Rebuttal witness by Plaintiff/Defendant ☐ Charge read to the jury; ☐ Final arguments had;
☐ Alternate juror(s) excused; ☐ Jury begins deliberations; ☐ Jury verdict reached;
☐ Jury polled ☐ Verdict received/filed. ☐ Jury excused. ☐ Jury deadlocked; mistrial declared.

8:44 Video-deposition of Dr. Thadeus J. Schulz shown to the jury. Line/question & answer of Dr. Schulz presented. 10:31 Deposition of Billy R. Tidwell read to the jury. 11:51 Jury recessed for lunch. Line-up of witnesses discussed. Pltf re-urged motion to play video deposition of 3 inmates - Dft's obj sustained. 1:35 pm Dft's exhibits F & 134 admitted w/o obj. 1:38 pm Dr. Vincent DiMaio sworn & testified. Dft's EX I (Drawing of Heart arteries) admitted for demonstrative purpose only.

Case adjourned until: 4/12/01, at 8:30 A.m.

**Judge Hilda G. Tagle**
**Case Manager: Stella Cavazos**

CIVIL NO. B 97-215

Brazito, et al vs. Eduardo Treviño

Date: 4/11/01

**MINUTE ENTRIES CONTINUED:**

2:45 / 2:55 Tomas Brazito, III called to testify.
2:55 Recess taken
3:33 Maria Brazito called to testify - Interpreter Nelda Solis sworn.
4:25 Plaintiff rests.
Def has oral motion outside presence of jury. Jury recessed momentarily.
4:26 Def's Motion for Judgment as a matter of Law & that case be dismissed was Denied.
4:35 Jury brought in.
Def. witnesses: Peter Lopez; Eduardo Zuniga sworn. Peter Lopez called to testify; 4:54 pm Officer Zuniga called to testify. 5:07 pm Jury recessed. Def has only the Def. Treviño to call in the morning. Ct. recessed at 5:15 pm.