# Civil  Courtroom  Minutes



**JUDGE** — Hilda G. Tagle

**CASE MANAGER** — Stella Cavazos

**LAW CLERK** — ☑ Fajardo     ☐ Koerner

United States District Court
Southern District of Texas
FILED

**APR 1 2 2001**

Michael N. Milby, Clerk of Court

**DATE** — 04 — 12 — 01

**TIME** — 8:57 a.m. — 11:51 a.m.

**CIVIL ACTION** — B — 97 — 215

**STYLE** — Maria Guajardo, et al

*versus*

Eduardo Trevino

**DOCKET ENTRY**

(HGT) __4 th__ day   ☐ Bench or ☑ Jury  Trial     (Court Reporter: Breck Record)

1:     VICTOR QUINTANILLA  for: PLAINTIFF

2:     GEORGE KRAEHE for: DEFENDANT

Defendant Eduardo Trevino called to testify. 9:19 a.m. Defendant rests. Both sides close. 9:20 a.m. recess taken. Jury Charge prepared. 9:32 a.m. (Outside presence of the jury) Defendant renewed his oral motion for Judgment as a matter of law; said Motion was Denied by the Court. 9:50 a.m. Defendant's request to withdraw Exhibit E (audiotape) Granted w/o objection. 9:54 a.m. Jury brought in to the courtroom. Jury charge read by the Court. Final arguments began at 10:17 a.m. Jury began deliberating at 10:55 a.m. Verdict reached at 11:40 a.m; verdict received and filed. Jury excused at 11:51 a.m. Court informed counsel that a Final Judgment would be entered. Court adjourned.