#9
123

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
FILED

APR 12 2001
@ 10:55 AM
Michael N. Milby, Clerk of Court

Guajardo, et al §
　　　　　　　　　 §
vs.　　　　　　　 §　　CIVIL ACTION: B-97-215
　　　　　　　　　 §
Eduardo Treviño §
　　　　　　　　　 §

## Certification of Trial Exhibits

We find the trial exhibits admitted into evidence for all parties to be accurate and ready for presentation to the jury for use during their deliberations.

Date 4/12/01

Attorney for Plaintiff(s)
_Victor Quintinilla_

Attorney for Defendant(s)
_(signature)_

ClibPDF - www.fastio.com