# UNITED STATES DISTRICT COURT ☆ SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

| | | |
|---|---|---|
| Maria F. Guajardo, et al.<br>versus<br>Eduardo Trevino | CASE NO. B-97-215<br>AMENDED Exhibit List | APR ~~15~~ 12 2001 @ 4:30 PM<br>Michael N. Milby, Clerk of Court |
| Judge Hilda G. Tagle | Case Manager: ~~Larry Garza~~ STELLA CAVAZOS<br>Court Reporter: Breck Record | |
| List of<br>Defendant Edduardo Trevino | Proceeding<br>Trial | Date<br>4/9/01 |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 1 | (A.) Photographs of the Brownsville City Jail (1-4) | ✓ | |
| 2 | ~~B.~~ Diagram of the Brownsville City Jail | W/DRAWN | |
| 3 | ~~C.~~ Clothing worn by Defendant on the date of occurrence ~~(can be inspected upon request)~~ | W/DRAWN | |
| 4 | (D.) Photographs of Defendant Eduardo Trevino (1-12) | ✓ | |
| 5 | (E.) Audiotape recording of Juan Jose Guajardo from jail to his home. | W/DRAWN | |
| 6 | (F.) Dr. Margie W. Cornwell's complete autopsy report. | ✓ | |
| 7 | G. TLETS printout, showing criminal record history of decedent, Juan Jose Guajardo. | | ✓ |
| 8 | (H.) Photographs of Juan Jose Guajardo ~~(1-5)~~ H1, H2 & H4 | ✓ | |
| 9 | ~~I.~~ Diagram by Dr. DiMayo (Heart vessels) | ✓ For Demonstrative Purpose Only. | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |

125