126

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

# JURY NOTE

Note Number: __1__     Case Number: __B-97-215__

Dear Judge Tagle:

☐ We would like to take a break until ____:____ .

☑ We have reached a verdict.

☐ _____

United States District Court
Southern District of Texas
FILED
APR 1 2 2001 @ 11:40 AM
Michael N. Milby, Clerk of Court

John Butler

_____
Foreman

Date: __04/12/01__     Time: __11:34 a.m.__

*If you need to communicate with the judge,
please complete this form and hand it to the marshal.*