### F. <u>Alejandro Garcia</u>

**What sum of money, if any, if paid now in cash, would fairly and reasonably compensate Alejandro Garcia for his injuries, if any, that were proximately caused by Eduardo Treviño's violation of Title 42, United States Code, Section 1983?**

1) mental anguish in the past  _____

2) mental anguish which in reasonable probability will be suffered in the future  _____

3) loss of support and services in the past  _____

4) loss of support and services which in reasonable probability will be suffered in the future  _____

5) loss of companionship in the past  _____

6) loss of companionship which in reasonable probability will be suffered in the future  _____

United States District Court
Southern District of Texas
FILED

APR 12 2001

Michael N. Milby
Clerk of Court

CAB-97-215

### VERDICT OF THE JURY

We the jury, have answered the foregoing special issues in the manner indicated in this verdict form, and return these answers into Court as our verdict.

United States District Court
Southern District of Texas
FILED

APR 12 2001
@11:40 Am
Michael N. Milby, Clerk of Court

_____
PRESIDING JUROR

John Butler

April 12, 2001

16