United States District Court
Southern District of Texas
ENTERED

APR 2 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Maria F. Guajardo, et al, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-97-215 |
| | § | |
| Eduardo Treviño, Individually, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

BE IT REMEMBERED, that on April 16, 2001, the Court entered final judgment in this case pursuant to Federal Rule of Civil Procedure 58. In accordance with the verdict of the jury announced in open court on April 12, 2001, and now on file in this case, it is **ORDERED** that the Plaintiffs, Maria Guajardo, individually, as administrator of the Estate of Juan Jose Guajardo, and as guardian of Cynthia Guajardo and Caroline Guajardo, Thomas Guajardo III and Alejandro Garcia, **TAKE NOTHING** against the Defendant, Eduardo Treviño, who is now discharged, the jury having found him not liable on the Plaintiffs' 42 U.S.C. § 1983 claim for violation of decedent Juan Jose Guajardo's Fourteenth Amendment right to be free from excessive force. Costs of court are taxed against the Plaintiffs.

DONE at Brownsville, Texas, this the 16 day of April 2001.

Hilda G. Tagle
United States District Court Judge